# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
### ALBANY DIVISION
Pro Se W.V. Resident
Request for Dismissal
with Prejudice
Against *Plaintiffs*,

**Case Number:** 1:2025cv00168

**Presiding Judge:** Brenda K Sannes

**Referring Judge:** Daniel J Stewart

2/16/2025

**By filing the Complaint**
STATE OF WEST VIRGINIA, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF GEORGIA, STATE OF IDAHO, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSISSIPPI, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, STATE OF WYOMING,

Stand in violation of the U.S, Constitution
Art 6 cl 3 oath of State Officers
Art 1 sec 10 Prohibiting agreements without consent from Congress and
Art 4 sec 1 Full faith and Credit to Public Act of N.Y.

WEST VIRGINIA COAL ASSOCIATION, GAS AND OIL ASSOCIATION OF WEST VIRGINIA, INC., AMERICA'S COAL ASSOCIATIONS, and ALPHA METALLURGICAL RESOURCES, INC. by joining the States, aid and abet these officers.

Dismiss this matter with prejudice against the Plaintiffs and fine Plaintiffs $50,000,000.00 each to be deposited in the Climate Change Superfund created by the Act of N.Y.

Pro Se believes
  N.Y. acted in the best interest of the health of the U.S. Citizens residing in N.Y.
whereas the Plaintiffs are acting in the best interest of unnatural entities that may be harming the health of U.S. Citizens.
And
  Congress has not yet spoken under it discretion in art 4 sec 1 "*by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.*"
this matter is premature.

Pro Se W.V. Resident wishes to remain Anonymous, but leaves that to this Court.

1/2

West Virginia Quick Facts

- In 2021, West Virginia ranked fifth among the states in total energy production, accounting for 6% of the nation's total.
- In 2022, West Virginia was the second-largest coal producer in the nation, after Wyoming, and accounted for 14% of U.S. total coal production. West Virginia also had 15% of recoverable coal reserves at producing mines, the third-largest state reserve base in the nation, after Wyoming and Illinois.
- In 2022, coal-fired electric power plants accounted for 89% of West Virginia's total electricity net generation. Renewable energy resources—primarily hydroelectric power and wind energy—contributed 7% and natural gas provided about 4%.
- In 2022, West Virginia was fourth in the nation in natural gas marketed production. The state produced a record 2.9 trillion cubic feet of natural gas, more than 5 times greater than in 2012, and about 95% of it was from shale gas wells.
- West Virginians used about three-fifths of the electricity generated in the state in 2022. As a result, West Virginia was a net supplier of electricity to the regional grid and was among the top states in interstate transfers of electricity. Only four other states sent more of their electricity generation out of state.

Last Updated: January 18, 2024

source: https://www.eia.gov/state/print.php?sid=WV

**_About three-fifths of coal produced is sent to nearly 20 states_**, including West Virginia, **_while the rest is sent to other countries._** In fact, **West Virginia produces the largest share of the nation's exported coal**, accounting for roughly 38% of exports.
source: https://www.energywv.org/wv-energy-profile/coal

In 2023, the U.S. set a new record for natural gas exports as reported by the Energy Information Administration.

Charlie Burd, the president of the West Virginia Gas and Oil Association, highlighted the state's role in global gas supply. West Virginia houses two major natural gas producers, **_with a significant amount of its production being transported east for conversion into liquefied natural gas for international shipment._**
source: https://www.wvnews.com/news/wvnews/us-sets-record-for-natural-gas-exports-in-2023-west-virginia-plays-a-key-role/article_f0d909ea-fc3b-11ee-a008-2bab5491be6b.html

US District Court Northern District of New York
James T. Foley Courthouse Suite 509
445 Broadway
Albany, NY 12207

2/2