

May 2, 2025

**<u>Via E-Filing</u>**
Clerk of Court
U.S. District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

      Re:   *State of West Virginia, et al. v. Letitia James, et al.*, Civil Action No. 1:25-cv-00168-BKS-DJS

Dear Mr. Domurad:

    Pursuant to Local Rule 11.1(b), undersigned counsel writes to respectfully request that you remove Dylan L. Jacobs from the docket. Whereas Dylan L. Jacobs has left the Office of the Arkansas Attorney General, undersigned counsel, Autumn Hamit Patterson, remains at the Office of the Arkansas Attorney General and continues to represent the State of Arkansas. Accordingly, Mr. Jacobs should be removed from the docket.

                               Respectfully submitted,

                               */s/ Autumn Hamit Patterson*
                               Autumn Hamit Patterson
                                Solicitor General
                               OFFICE OF THE ARKANSAS
                                ATTORNEY GENERAL
                               323 Center Street, Suite 200
                               Little Rock, Arkansas 72201
                               (501) 682-2007
                               autumn.patterson@arkansasag.gov

                               *Counsel for the State of Arkansas*

cc:  Counsel for all parties of record (via ECF)