# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF WEST VIRGINIA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:25-cv-0168-BKS-DJS ) |
| LETITIA JAMES, in her official capacity as the Attorney General of New York, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW

PLEASE TAKE NOTICE that, pursuant to Local Rule 11.1(b) of the United States District Court for the Northern District of New York, Andrew G. Frank, heretofore counsel for defendants Letitia James, Amanda Lefton and Amanda Hiller, respectfully moves to withdraw as attorney of record given his departure from the New York State Attorney General's Office as of Wednesday, June 18. Laura Mirman-Heslin and Ayah Badran of the Attorney General's Office will continue to serve as counsel of record for defendants in the above-captioned matter. All three clients and all other parties to the case have been notified of this withdrawal. Movant respectfully requests that this Court grant the motion to withdraw and terminate his association with the defendants in the CM/ECF system.

Dated: June 13, 2025

                                                Respectfully submitted,

                                                */s/ Andrew G. Frank*

                                                Andrew G. Frank (admitted *pro hac vice*)
Assistant Attorney General
New York State Attorney General's Office
28 Liberty Street
New York, NY  10005
Telephone:  212-416-8271
E-mail:  andrew.frank@ag.ny.gov