

State of West Virginia
Office of the Attorney General

John B. McCuskey  
Attorney General

Phone: (304) 558-2021  
Fax: (304) 558-0140

October 28, 2025

<u>Via CM/ECF</u>
The Honorable Brenda K. Sannes
Chief U.S. District Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

    Re:    *West Virginia v. James*, No. 1:25-cv-00168-BKS-DJS

Dear Chief Judge Sannes:

    Our office represents plaintiff State of West Virginia in the above-referenced matter. I write to respectfully request that the Court permit the parties leave to exceed the page limits set by Rule 7.1 of the Local Rules of Civil Procedure for their memoranda of law related to their cross-motions for partial summary judgment.

    The parties have conferred and agreed to the following proposal:

- West Virginia motion: not to exceed 50 pages
- Chamber of Commerce motion: not seeking to exceed page limit
- New York cross-motion and consolidated opposition: not to exceed 60 pages
- West Virginia reply and opposition: not to exceed 40 pages
- Chamber of Commerce reply and opposition: not to exceed 40 pages
- New York reply: not to exceed 25 pages.

    The parties believe this proposal is necessary due to the complex legal issues involved in this litigation. The proposed page-limit extensions will permit the parties to thoroughly brief the issues to aid the Court's consideration of the arguments.

For these reasons, the parties respectfully request that the Court grant the parties leave to exceed the page limits as proposed for the summary judgment briefing schedule.

                              Respectfully,

                              /s/ Caleb B. David
                              Caleb B. David (NDNY Bar No. 706303)
                              Deputy Solicitor General
                              and Special Counsel
                              Office of the Attorney General of West Virginia
                              State Capitol Complex
                              Building 1, Room E-26
                              1900 Kanawha Blvd. E
                              Charleston, WV 25301
                              (304) 558-2021
                              caleb.b.david@wvago.gov