UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-00168-BKS-DJS |

PLAINTIFFS' NOTICE OF MOTION FOR
PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, dated October 31, 2025, Plaintiffs' Rule 56.1 Statement of Material Facts, dated October 31, 2025, the Declaration of Steven P. Lehotsky, dated October 31, 2025, with exhibits attached thereto, and twelve declarations of Plaintiffs' and their members' representatives, Plaintiffs the Chamber of Commerce of the United States of America, the American Petroleum Institute, the National Mining Association, and The Business Council of New York State, Inc. ("Plaintiffs"), will move this Court at the United States Courthouse, James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York, 13261, before the Honorable Brenda K. Sannes at a date and time to be designated by the Court, for an Order: (1) granting Plaintiffs summary judgment on Counts I and II of their Complaint pursuant to Federal Rule of Civil Procedure 56; (2) declaring New York's Climate Change "Superfund" Act, S.2129B, Chapter 679, Laws of 2024 as amended by S.824 ("Act" or "New York's Act") unconstitutional and preempted by federal law under binding Supreme Court and Second Circuit precedent; and (3) enjoining Defendants from enforcing the Act against Plaintiffs' members.

*First*, the Act is precluded by the structure of the United States Constitution because it legislates in an area committed to exclusive federal authority, exceeds New York's authority to regulate conduct beyond its borders, and violates constitutional guarantees of equal state sovereignty and due process (Count I). *Second*, the Act is preempted by the Clean Air Act because it seeks to impose liability for emissions that originated beyond New York's borders (Count II).

As more fully addressed in the accompanying memorandum, the Court should therefore enter judgment in Plaintiffs' favor on Counts I and II, declare the Act unconstitutional because it is precluded by the structure of the Constitution and preempted by the Clean Air Act, and enjoin Defendants from enforcing the Act against Plaintiffs' members.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule of Procedure 7.1(a), Plaintiffs respectfully request oral argument on this motion. This consolidated case involves dozens of plaintiffs and State officials filing multiple cross-motions for partial summary judgment. These motions raise complex issues of federal constitutional and statutory law regarding Plaintiffs' challenge to an unprecedent statute seeking to impose $75 billion in penalties on a select group of large, almost exclusively out-of-state energy producers. Oral argument would allow the parties to further explain their arguments in this important litigation and would assist the Court in addressing the complex issues raised in the parties' cross motions.

Dated: October 31, 2025

Jennifer B. Dickey*
Kevin R. Palmer*
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337

*Counsel for Plaintiff the Chamber of Commerce of the United States of America*

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky*
Scott A. Keller*
Michael B. Schon*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
  Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: steve@lkcfirm.com

Email: scott@lkcfirm.com
Email: mike@lkcfirm.com

Ryan Meyers**
American Petroleum Institute
200 Massachusetts Avenue, NW,
  Suite 1200
Washington, DC 20001
Telephone: (202) 682-8000

*Counsel for Plaintiff American Petroleum Institute*

Tawny Bridgeford*
National Mining Association
101 Constitution Avenue, NW
Washington, DC 20001
Telephone: (202) 463-2629

*Counsel for Plaintiff National Mining Association*

Heather Briccetti Mulligan*
The Business Council of New York State, Inc.
111 Washington Avenue, Suite 400
Albany, NY
Telephone: (518) 465-7511

*Counsel for Plaintiff The Business Council of New York State, Inc.*

Andrew B. Davis*
LEHOTSKY KELLER COHN LLP
750 Rialto Blvd.
  Suite 1-250
Austin, TX 78735
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: andrew@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: jared@lkcfirm.com

Meredith R. Pottorff*
LEHOTSKY KELLER COHN LLP
8513 Caldbeck Drive
Raleigh, NC 27615
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: meredith@lkcfirm.com

Yvonne E. Hennessey
Richard S. Hartunian
Barclay Damon LLP
80 State Street
Albany, NY 12207
Telephone: (518) 429-4293
Email: YHennessey@barclaydamon.com
Email: RHartunian@barclaydamon.com

*Counsel for Plaintiffs the Chamber of Commerce of the United States of America, American Petroleum Institute, National Mining Association, and The Business Council of New York State, Inc.*

*admitted pro hac vice
**CM/ECF registration pending; notice of appearance forthcoming

3

**Certificate of Service**

I, Steven P. Lehotsky, certify that on, October 31, 2025, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky
