**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

|  |  |
|---|---|
| **STATE OF WEST VIRGINIA**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **LETITIA JAMES**, in her official capacity as the Attorney General of New York, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00168-BKS-DJS |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTE that, pursuant to Federal Rules of Civil Procedure 56, Plaintiffs will move the Court on a date specified by the Court at the James T. Foley Courthouse, Suite 509, 445 Broadway, Albany, NY 12207, for an order granting Plaintiffs summary judgment on Counts I and II of the Amended Complaint.

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Plaintiffs respectfully move this Court for summary judgment in their favor and against Defendants on Counts I and II of their Amended Complaint. As set out in the accompanying memorandum in support of summary judgment, Plaintiffs are entitled to summary judgment on Count I because New York's Climate Change Superfund Act violates the structure of the United States Constitution by legislating on matters solely within the power of the federal government. And in doing so, New York violates the sovereignty of its sister States. As also explained in the memorandum in support of summary judgment, Plaintiffs are entitled to summary judgment on Count II because the Act is preempted by the Clean Air Act. This Court should grant Plaintiffs' motion and enjoin the Act. This

1

Motion is supported by Plaintiffs' Memorandum of Law.  The motion is further supported by declarations from twenty-three State officials, one expert witness (Benjamin Zycher), and two representatives of trade association Plaintiffs.  The motion is further supported by the Declaration of Megan Wold and all exhibits thereto, any reply memorandum that Plaintiffs may file, and oral argument that Plaintiffs may present to the Court.

Plaintiffs request oral argument under Local Rule 7.1(b)(5) because the case's complex legal issues should be fully fleshed, and the Court may require updates on the procedural posture of Plaintiffs' and the United States' nearly simultaneous challenges to Vermont's similar law and of the United States' challenge to the Act in the Southern District of New York.

Respectfully submitted,

Dated: October 31, 2025

JOHN B. MCCUSKEY
  ATTORNEY GENERAL OF WEST VIRGINIA

*/s/ Caleb B. David*
Michael R. Williams
  *Solicitor General*
Caleb B. David
  *Deputy Solicitor General*
Spencer J. Davenport*
  *Assistant Solicitor General*

Office of the Attorney General
of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
caleb.b.david@wvago.gov
spencer.j.davenport@wvago.gov

*Counsel for State of West Virginia*

STEVE MARSHALL
  ATTORNEY GENERAL OF ALABAMA

*/s/ Robert M. Overing*
Robert M. Overing*
  *Deputy Solicitor General*

Office of the Attorney General
of Alabama
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Robert.Overing@AlabamaAG.gov

*Counsel for State of Alabama*

TIM GRIFFIN
  ATTORNEY GENERAL OF ARKANSAS

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson*
  *Solicitor General*

Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-3661
Autumn.Patterson@Arkansasag.Gov

*Counsel for the State of Arkansas*

3

CHRISTOPHER M. CARR
  ATTORNEY GENERAL OF GEORGIA

Stephen J. Petrany
  *Solicitor General*

*/s/ Elijah O'Kelley*
Elijah O'Kelley*
  *Assistant Solicitor General*

Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for State of Georgia*


BRENNA BIRD
  ATTORNEY GENERAL OF IOWA

*/s/ Eric H. Wessan*
Eric H. Wessan*
  *Solicitor General*

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

RAÚL R. LABRADOR
  ATTORNEY GENERAL OF IDAHO

*/s/ Michael A. Zarian*
Michael A. Zarian #12418ID*
  *Deputy Solicitor General*

Office of the Idaho Attorney General
700 W. Jefferson St., Suite 210,
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
michael.zarian@ag.idaho.gov

*Counsel for the State of Idaho*


KRIS W. KOBACH
  ATTORNEY GENERAL OF KANSAS

*/s/ Anthony J. Powell*
Anthony J. Powell*
  *Solicitor General*

Office of the Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel.: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for State of Kansas*

4

RUSSELL COLEMAN
  ATTORNEY GENERAL OF KENTUCKY

/s/ *Victor B. Maddox*
Victor B. Maddox (KBA No. 43095)*
Jason P. Woodall (KBA No. 95013)*

Kentucky Office of the Attorney General
310 Whittington Parkway, Suite 101
Louisville, KY  40222
(502) 696-5300
Victor.Maddox@ky.gov
Jason.Woodall@ky.gov

*Counsel for Commonwealth of Kentucky*


LIZ MURRILL
  ATTORNEY GENERAL OF LOUISIANA

/s/ *J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*

Office of the Louisiana Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
(225) 326-6705
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*


LYNN FITCH
  ATTORNEY GENERAL OF MISSISSIPPI

/s/ *Justin L. Matheny*
Justin L. Matheny*
  *Deputy Solicitor General*

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
E-mail: justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*


CATHERINE HANAWAY
  ATTORNEY GENERAL OF MISSOURI

/s/ *Louis J. Capozzi*
Louis J. Capozzi *
  *Solicitor General*

Office of The Missouri Attorney General
Solicitor General
Office of Missouri Attorney General
815 Olive Street
St Louis, MO 63101
717-802-2077
Email: louis.capozzi@ago.mo.gov

*Counsel for State of Missouri*

5

AUSTIN KNUDSEN
  ATTORNEY GENERAL OF MONTANA

/s/ *Christian B. Corrigan*
Christian B. Corrigan*
  *Solicitor General*

Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov

*Counsel for State of Montana*


DREW H. WRIGLEY
  ATTORNEY GENERAL OF NORTH DAKOTA

/s/ *Philip Axt*
Philip Axt*
  *Solicitor General*

600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov

*Counsel for the State of North Dakota*

MICHAEL T. HILGERS
  ATTORNEY GENERAL OF NEBRASKA

/s/ *Zachary A. Viglianco*
Zachary A. Viglianco*
  *Principal Deputy Solicitor General*

Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
zachary.viglianco@nebraska.gov

*Counsel for State of Nebraska*


DAVE YOST
  ATTORNEY GENERAL OF OHIO

/s/ *Mathura Sridharan*
Mathura Sridharan *
  *Solicitor General*

30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
Email: mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*

6

GENTNER DRUMMOND
  ATTORNEY GENERAL OF OKLAHOMA

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II*
  Solicitor General

Office of the Attorney General of
Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

Counsel for State of Oklahoma


MARTY J. JACKLEY
  ATTORNEY GENERAL OF SOUTH DAKOTA

/s/ Emily Greco
Emily Greco*
  Assistant Attorney General

South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
605-773-3215
emily.greco@state.sd.us

Counsel for State of South Dakota


ALAN WILSON
  ATTORNEY GENERAL OF SOUTH CAROLINA

/s/ J. Emory Smith, Jr.
J. Emory Smith, Jr.*
  Solicitor General

Office of the Attorney General of
South Carolina
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3680
esmith@scag.gov

Counsel for State of South Carolina


JONATHAN SKRMETTI
  ATTORNEY GENERAL AND REPORTER OF
TENNESSEE

/s/ J. Matthew Rice
J. Matthew Rice*
  Solicitor General

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
615-532-6026
Email: matt.rice@ag.tn.gov

Counsel for State of Tennessee

7

KEN PAXTON
  ATTORNEY GENERAL OF TEXAS

Brent Webster
*First Assistant Attorney General*

Ralph Molina
*Deputy First Assistant Attorney General*

Austin Kinghorn
*Deputy Attorney General for Legal Strategy*

*/s/ Ryan G. Kercher*
Ryan G. Kercher*
  *Chief, Special Litigation Division*
Texas Bar No. 24060998

Zachary Berg*
  *Special Counsel*
Tex. State Bar No. 24107706

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov
Kathleen.Hunker@oag.texas.gov

*Counsel for State of Texas*

DEREK E. BROWN
  ATTORNEY GENERAL OF UTAH

*/s/ Gary T. Wight*
Gary T. Wight (Utah Bar No. 10994)*
  *Assistant Attorney General*

1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
(801) 538-7227
gwight@agutah.gov

*Counsel for State of Utah*

8

KEITH G. KAUTZ
  ATTORNEY GENERAL OF WYOMING

/s/ Ryan Schelhaas
Ryan Schelhaas*
  *Chief Deputy Attorney General*

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

WEST VIRGINIA COAL ASSOCIATION AND
AMERICA'S COAL ASSOCIATIONS
By Counsel

/s/ Christopher M. Hunter
Robert G. McLusky, WVBN 2489*
Christopher M. Hunter, WVBN 9768*

Jackson Kelly, PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1381
rmclusky@jacksonkelly.com
chunter@jacksonkelly.com

*Counsel for West Virginia Coal Association
and America's Coal Associations*

GAS AND OIL ASSOCIATION OF WEST VIRGINIA,
INC.
By Counsel

/s/ Ivan L. London
Ivan L. London*
William E. Trachman*
Alexander Khoury

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
303-292-2021
916-284-3255
ilondon@mslegal.org
wtrachman@mslegal.org
akhoury@mslegal.org

*Counsel for Gas and Oil Association of West
Virginia, Inc.*

ALPHA METALLURGICAL RESOURCES, INC.
By Counsel

/s/ Michael W. Kirk
Michael W. Kirk*
Adam P. Laxalt*
Brian W. Barnes*
Megan M. Wold*

Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
mkirk@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
mwold@cooperkirk.com

*Counsel for Plaintiff
Alpha Metallurgical Resources, Inc.*

*pro hac vice*

9