# EXHIBIT D

THE LEGISLATURE
STATE OF NEW YORK

MEMORANDUM

FROM: Sen. Liz Krueger and Assm. Jeffrey Dinowitz
TO: Interested parties
RE: Approximate List of Covered Companies under the Climate Change Superfund Act (S.2129-A/A.3351-A)
DATE: October 20, 2023

The peer-reviewed article, "Tracing Anthropogenic Carbon Dioxide and Methane Emissions of Fuel and Cement Producers, 1854-2010,"[1] since updated, by Dr. Richard Heede, provides the analytic basis and data that supports the practical implementation of the central principle of the Climate Change Superfund Act. The principle is that the responsibility for climate change, and the remedy, should be placed on the entities that provided the greenhouse gas-producing hydrocarbon products to the global economy. In other contexts, such as environmental harms caused by toxic waste, Congress and state legislatures have placed the burden of the damages caused on the manufacturer, not the users, even if the substance was legally produced and emitted at the time the harm was caused.

The article describes the methodology in detail, but a basic summary is provided here. Based on production records, the study analyzes the emissions of carbon dioxide and methane produced by corporate entities including both investor-owned and state-owned companies (carbon majors). Production records were retrieved from publicly available annual reports and other sources. The carbon content of each entity's production of coal, oil and natural gas was calculated based on carbon factors established by authoritative international organizations as well as the EPA.

The legislation, when updated, will utilize the period 2000-2020 (the most recent year for which the data has been analyzed). This period was chosen for a number of reasons, including that, by 2000, there was no reasonable doubt that anthropogenic climate change was the result of burning fossil fuels, the harm caused by greenhouse gases was recognized by the industry as “catastrophic,” and a disproportionate share of all global emissions occurred since 2000.

The end product of this research and analysis are tabulations that calculate the emissions of specific companies in rank order. Using these figures, it is also possible to calculate a company's percentage of the total emissions of the companies reported. This approach to calculating and attributing historic greenhouse gas emissions is a starting point for determining assessments under the legislation.

The following companies are in the cohort of entities that have released more than 1 billion tons of $CO_2$ in the prescribed period and have sufficient nexus with New York State such that the state could successfully enforce an assessment issued under the legislation.

[1] https://link.springer.com/article/10.1007/s10584-013-0986-y

| COMPANY | Tons Emitted (million tons) | Tons Assessed (million tons) | Percent of Total Assessments | Annual Assessment (in millions of dollars) |
|---|---|---|---|---|
| Saudi Aramco | 32,693 | 31,693 | 21.45% | $644 |
| Exxon Mobil | 11,915 | 10,915 | 7.39% | $222 |
| Shell, UK | 10,775 | 9,775 | 6.62% | $198 |
| Pemex, Mexico | 10,512 | 9,512 | 6.44% | $193 |
| BP, UK | 9,994 | 8,994 | 6.09% | $183 |
| Chevron, USA | 8,759 | 7,759 | 5.25% | $158 |
| Peabody, USA | 8,683 | 7,683 | 5.20% | $156 |
| TotalEnergies IES, France | 6,858 | 5,858 | 3.96% | $119 |
| Petrobras, Brazil | 6,820 | 5,820 | 3.94% | $118 |
| BHP, Australia | 6,214 | 5,214 | 3.53% | $106 |
| Lukoil, Russia | 5,924 | 4,924 | 3.33% | $100 |
| Conoco Phillips, USA | 5,377 | 4,377 | 2.96% | $89 |
| Glencore, Switzerland | 4,917 | 3,917 | 2.65% | $80 |
| Equinor, Norway | 4,754 | 3,754 | 2.54% | $76 |
| ENI, Italy | 4,518 | 3,518 | 2.38% | $71 |
| Contura, USA | 4,328 | 3,328 | 2.25% | $68 |
| Arch Coal, USA | 4,138 | 3,138 | 2.12% | $64 |
| Anglo American, UK | 3,872 | 2,872 | 1.94% | $58 |
| Rio Tinto, UK | 3,760 | 2,760 | 1.87% | $56 |
| Repsol, Spain | 3,031 | 2,031 | 1.37% | $41 |
| Suncor, Canada | 2,340 | 1,340 | 0.91% | $27 |
| CONSOL Energy, USA | 2,243 | 1,243 | 0.84% | $25 |
| Sasol, South Africa | 2,235 | 1,235 | 0.84% | $25 |
| Novatek, Russia | 2,129 | 1,129 | 0.76% | $23 |
| Canadian Natural Resources, Canada | 1,898 | 898 | 0.61% | $18 |
| Ecopetrol, Colombia | 1,719 | 719 | 0.49% | $15 |
| Devon Energy, USA | 1,666 | 666 | 0.45% | $14 |
| Murray Coal, USA | 1,572 | 572 | 0.39% | $12 |
| Apache, USA | 1,455 | 455 | 0.31% | $9 |
| Cloud Peak, USA | 1,432 | 432 | 0.29% | $9 |
| Ovintiv, USA | 1,414 | 414 | 0.28% | $8 |
| Alliance Res P, USA | 1,343 | 343 | 0.23% | $7 |
| EOG Resources, USA | 1,171 | 171 | 0.12% | $3 |
| Marathon, USA | 1,140 | 140 | 0.09% | $3 |
| Chesapeake, USA | 1,097 | 97 | 0.07% | $2 |
| Hess, USA | 1,031 | 31 | 0.02% | $0.6 |
| Westmoreland, USA | 1,012 | 12 | 0.01% | $0.2 |
| Tech Resources, Canada | 1,011 | 11 | 0.01% | $0.2 |