

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

December 19, 2025

BY CM/ECF
Hon. Brenda K. Sannes, Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336
(315) 234-8590

      Re:   *West Virginia v. James*
            No. 1:25-cv-00168-BKS-DJS

Dear Chief Judge Sannes:

      This office represents defendants (collectively, "New York") in the above referenced action. Earlier this week, I contacted the Northern District Albany Division's Clerk's Office to request guidance regarding several filings due in this case today, January 19, 2025 (*see* Text Order dated 11/03/2025 re ECF No. 216 and 217, and ECF No. 227), in light of the CM/ECF service interruption scheduled for this evening, 9:00 PM (EST) to Saturday, December 20 at 11:00 AM, in the event my office was unable to file two motions and opposition to plaintiffs' partial summary judgment motions, which are due in this case today before the service interruption. I was advised that, due to the service interruption, a filing on December 20 after service resumes would be considered filed on December 19.

      New York respectfully requests that the Court accept and consider its two motions to be filed tomorrow morning after CM/ECF service resumes, a cross-motion for summary judgment, and a motion to strike, and accompanying documents, as well as New York's opposition to plaintiffs' motions for partial summary judgment. Despite our office's inability to file these papers via CM/ECF this evening, New York will be serving copies of these papers on plaintiffs' this evening by email.

      Respectfully,

      By: **/s/ Ayah F. Badran**

THE CAPITOL, ALBANY, NEW YORK, NY 12224 ● PHONE (518) 776-2400 ● FAX (212) 650-9363 ● WWW.AG.NY.GOV
Writer's Direct Phone: (518) 776-2394 ● Email Address: ayah.badran@ag.ny.gov

Ayah F. Badran (NDNY Bar No. 706184)
Assistant Attorney General
Office of the New York State Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2394
Ayah.Badran@ag.ny.gov