UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al.,<br><br>     *Plaintiffs*,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as the Attorney General of New York, et al.,<br><br>     *Defendants*. | No. 1:25-cv-00168-BKS-DJS |

**NOTICE OF NEW YORK'S MOTION TO STRIKE
THE DECLARATION OF BENJAMIN ZYCHER AND PART OF THE
DECLARATION OF CHRISTOPHER LANDAU**

  PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"), upon the accompanying memorandum of law and the Declarations of Don Fullerton, Ph.D. and Justin Mankin, Ph.D., defendants (collectively "New York") will move this Court at the United States Courthouse, James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York, 13261, before the Honorable Brenda K. Sannes at a date and time to be designated by the Court, pursuant to FRCP 56(c) for an Order striking as inadmissible (1) the Declaration of Dr. Benjamin Zycher, ECF 217-26, submitted by West Virginia because it does not meet the standards governing the admissibility of expert testimony, and (2) paragraphs 15 to 20 of the Declaration of Christopher Landau, ECF 221-1, submitted by the United States in support of its statement of interest,

because those paragraphs do not meet the standards governing the admissibility of lay testimony.

Dated:   December 19, 2025
         Albany, New York

                              LETITIA JAMES
                              Attorney General of the State of New York
                              *Attorney for Defendants*

By:  */s/ Ayah F. Badran*
      Ayah F. Badran (Bar No. 706184)
      Assistant Attorney General
      Office of the New York State Attorney General
      Environmental Protection Bureau
      The Capitol
      Albany, NY 12224
      (518) 776-2394
      ayah.badran@ag.ny.gov

      Monica Wagner (Bar No. 706690)
      Deputy Bureau Chief

      Sabita Krishnan (Bar No. 706712)
      Laura Mirman-Heslin (Bar No. 704855)
      Joya Sonnenfeldt (Bar No. 706511)
      Assistant Attorneys General
      Office of the New York State Attorney General
      Environmental Protection Bureau
      28 Liberty Street
      New York, NY 10005
      (212) 416-8184