**FULLERTON EXHIBIT A**

# DON FULLERTON
Curriculum Vitae, May 2025, with links to selected papers

2568 Mesa School Lane
Santa Barbara CA 93109

mobile: (512) 750-6012
dfullert@illinois.edu
U.S. Citizen

## EDUCATION

Ph.D., 1978, Economics, University of California, Berkeley. Thesis: "A General Equilibrium Taxation Model with Applications and Dynamic Extensions"
M.A., 1976, Economics, University of California, Berkeley
B.A., 1974, Economics, with Distinction in All Subjects, Cornell University

## EMPLOYMENT

Affiliate, EmLab, Bren School of the Environment, University of California Santa Barbara, 2025 – https://emlab.ucsb.edu/about/our-team/don-fullerton  (Visiting Professor, 2023 – 2025).
Gutgsell Professor, Department of Finance, and Institute of Government and Public Affairs ("IGPA Senior Scholar"), University of Illinois, 2008 – 2023 retired (Visiting Professor, 2007 – 2008)
Associate Academic Director, Center for Professional Responsibility in Business and Society, at the Gies College of Business, University of Illinois Urbana-Champaign, 2021 – 2023
Associate Director, Institute of Government and Public Affairs, University of Illinois, 2013 – 2016
Addison Baker Duncan Centennial Professor of Economics, Department of Economics, University of Texas at Austin, 1994 – 2008
Professor of Economics and Public Policy, Heinz School of Public Policy and Management, Carnegie Mellon University, 1993 – 1994 (Visiting Professor, 1991 – 1993)
Professor of Economics, University of Virginia, 1988 – 1994 (Associate Prof., 1984 – 1988)
Olin Senior Fellow, National Bureau of Economic Research, 1988 – 1989
Deputy Assistant Secretary (Tax Analysis), U.S. Treasury Department, 1985 – 1987
John Stauffer National Fellow in Public Policy, Hoover Institution, Stanford U., 1983 – 1984
Assistant Professor of Economics and Public Affairs, Princeton University, 1978 – 1984

## OTHER PROFESSIONAL ACTIVITIES

Co-Chair, Committee Report for the National Academies of Sciences, on "Costs and Approaches for Municipal Solid Waste Recycling Programs" (2024)
Visiting Researcher, Bren School of the Environment, U.C. Santa Barbara, Sept. 2021 – June 2022
Editor, *Journal of the Association of Environmental and Resource Economists*, Jan.2017 – Dec.2019 (Co-Editor, three years 2014 – 2016, and Chief Transition Editor, one year, 2013 – 2014)
Member, U.S.EPA Science Advisory Board Economy-Wide Modelling Panel, 2015 – 2017
Nannerl O. Keohane Distinguished Visiting Professor, Duke University (Durham NC) and University of North Carolina (Chapel Hill, NC), Spring 2015
Vice President, Association of Environmental and Resource Economists (AERE), 2012 – 2014
Visiting Fellow, Bren School of the Environment, U.C. Santa Barbara, CA, Winter Quarter 2013
Lead Author, 5th Assessment Report, Working Group III of the United Nations Intergovernmental Panel on Climate Change (IPCC), 2011 – 2014  http://www.ipcc.ch/report/ar5/wg3/
Director, NBER Program on Environmental and Energy Economics, ten years 2007 – 2016 (Director, NBER Working Group on Environmental Economics, 2001 – 2007)
Research Associate, National Bureau of Economic Research (NBER), 1983 – present (Faculty Research Fellow, 1979 – 1983)
Member, American Economic Association (AEA) Committee on the Status of Minority Groups in the Economics Profession, 2011 – 2014
Member, Program Committee for the AEA meetings, January 2005, and January 2013

    Co-Chair, Organizing Committee, AERE Summer Conference, 2012
    Chair, AERE Workshop Committee, 2004
    Managing Editor, *B.E. Journal of Economic Analysis & Policy*, 2001 – 2012
    Chair, Admissions Committee for PhD program in Economics, U. Texas, 2001 – 2004
    Member, Science Advisory Board, Council on Clean Air Compliance Analysis, USEPA, 1998 – 2002
    Board of Editors, *American Economic Review*, 1995 – 2001
    Director, American Economic Association Summer Minority Program, 1995 – 2000
    Associate Editor, *Journal of Environmental Economics and Management*, two years 1997 – 1998
    Editorial Advisory Board, *National Tax Journal*, 1984 – 1998
    Nonresident Senior Fellow, Brookings Institution, 1987 – 1997
    Director, Thomas Jefferson Center for Political Economy, U. of Virginia, 1987 – 1991
    Visiting Scholar, American Enterprise Institute, 1984 – 1985

**GRANTS AND RESEARCH CONTRACTS  (see below)**

**HONORS AND AWARDS**

    AERE Fellow, Award of the Association of Environmental and Resource Economists, 2014
    "List of Teachers Ranked as Excellent by their Students", UIUC:  2008, 2009, 2010, 2011, 2013, 2016, 2018, 2019
    College of ACES Team Award for Excellence, University of Illinois, 2011
    Faculty Research Assignment, University of Texas at Austin, 1998 – 1999 and 2003 – 2004
    Sesquicentennial Associate, Center for Advanced Studies, U. of Virginia, 1991 – 1992
    Distinguished Professor Award, for outstanding teaching, given by the Undergraduate Economics Club, University of Virginia, 1988
    Meritorious Service Award, U.S. Treasury Department, 1987
    First Prize, Outstanding Doctoral Dissertation Award, National Tax Association, 1979
    Phi Beta Kappa, Cornell University, 1974

**TESTIMONY AND PRESENTATIONS TO POLICYMAKERS (see below)**

**BOOKS AND MONOGRAPHS**

    *[Municipal Solid Waste Recycling in the United States: Analysis of Current and Alternative Approaches](#)*, by D. Fullerton, D. Reinhart, and others. The National Academies Press (2025).

    *[The Use of Economy-Wide Models in Evaluating the Social Costs, Benefits, and Economic Impacts of Air Regulations](#)*, by P. Wilcoxen, D. Fullerton, and others, report for the U.S.EPA SAB. (2017).

    *[Illinois Budget Policy Toolbox](#)*, editor, Urbana, IL: Institute of Government and Public Affairs, University of Illinois. (2014).

    *[Distributional Aspects of Energy and Climate Policies](#)*, edited with Mark A. Cohen and Robert H. Topel, Edward Elgar Publishers, Cheltenham, UK (2013).

    *[The Design and Implementation of U.S. Climate Policy](#)*, edited with Catherine Wolfram, Chicago: University of Chicago Press for NBER. (2012).

    *The Distributional Effects of Environmental and Energy Policy*, editor, Aldershot, UK: Ashgate Publishers (2009).

    *The Economics of Pollution Havens*, editor, Cheltenham, UK: Edward Elgar Publishers (2006).

    *[Income Redistribution from Social Security](#)*, with B. Mast, Washington DC: The American Enterprise Institute Press (2005).

    *[Public Finance Solutions to Vehicle Emissions Problems in California](#)*, with S. West, Berkeley, CA: The B.E. Press (2003).

*The Distribution of Tax Burdens*, edited with G. E. Metcalf, Cheltenham, UK: Edward Elgar (2003).

*The Economics of Household Garbage and Recycling Behavior*, edited with T. C. Kinnaman, Cheltenham, UK: Edward Elgar Publishers (2002).

*Footing the Bill for Superfund Cleanups: Who Pays and How?*, with K. N. Probst, R. E. Litan, and P. R. Portney, Washington, DC: Brookings Institution and Resources for the Future (1995).

[Who Bears the Lifetime Tax Burden?](), with D. L. Rogers, Washington, DC: Brookings (1993).

*Compendium of Tax Research 1987*, edited with Thomas Neubig, Washington, DC: U.S. Treasury Department (1987).

*A General Equilibrium Model for Tax Policy Evaluation*, with C. L. Ballard, J. B. Shoven, and J. Whalley, Chicago: The University of Chicago Press (1985).

*The Taxation of Income from Capital: A Comparative Study of the U.S., U.K., Sweden, and West Germany*, edited with M. A. King, Chicago: The University of Chicago Press (1984).

## RESEARCH PAPERS

### Working Papers

"The Good, the Bad, and the Ugly", with SunLee Stechuk, for presentation at the Association of Environmental and Resource Economists (AERE) meeting in Washington DC, June 2024.

"Cost Effective Ways to Induce Recycling: A Randomized Control Trial of Single-Family Households in Rantoul, Illinois", for presentation at the Association of Environmental and Resource Economists (AERE) meeting in Washington DC, June 2024.

"What Drives Forest Leakage?", with K. Baylis and P. Shah, working paper.

"A Model of the Model: Unpacking CGE Results on Leakage from Climate Policy," with K. Baylis and D.H. Karney, working paper.

### 2024-2025

"[The Economics of Recycling Heterogeneity]()", with Thomas Kinnaman, *Oxford Research Encyclopedia of Economics and Finance.* Oxford University Press. 2025.

"[The Circular Economy]()", in: Lundgren, T., Bostian, M., Managi, S. (eds.) *Encyclopedia of Energy, Natural Resource, and Environmental Economics*, Second Edition. vol. 3, Elsevier (2025).

"[What Determines Effectiveness of Renewable Energy Standards? General Equilibrium Analytical Model and Empirical Analysis]()", with C. L. Ta, *Journal of the Association of Environmental and Resource Economists* 12:1 (January 2025).

"[Do Market Failures Create a 'Durability Gap' in the Circular Economy?]()", with S. He, *Journal of the Association of Environmental and Resource Economists* 11:6 (2024). [Supplemental Appendix]()

### 2020-2022

"[Introducing the Circular Economy to Economists]()", Fullerton, D., C. W. Babbitt, M. M. Bilec, S. He, C. Isenhour, V. Khanna, E. Lee, and T. L. Theis, *The Annual Review of Resource Economics* (Vol.14, October, 2022).  [Supplemental Appendix]().

"[When and How to Use Economy-Wide Models for Environmental Policy Analysis]()", J. C. Carbone, L. T. M. Bui, D. Fullerton, S. Paltsev, I. Sue Wing, *The Annual Review of Resource Economics* (Vol.14, October, 2022).

"[Net Burdens of Carbon Policy Vary within Each Income Group – and within Each Nation]()", *CESifo Forum 5* (Vol.22, September, 2021).

"[Costs of Energy Efficiency Mandates Can Reverse the Sign of Rebound]()", with C. L. Ta, *Journal of*

*Public Economics* (Vol.188, August, 2020). Supplemental Appendix.

"Environmental Economics: The 50th Anniversary of the Birth of this Field around the First Earth Day," in *Earth 2020: An Insider's Guide to a Rapidly Changing Planet*, edited by Philippe D. Tortell. Cambridge, UK: Open Book Publishers (2020), https://doi.org/10.11647/OBP.0193

**2019**

"Environmental Policy on the Back of an Envelope: A Cobb-Douglas Model is Not Just a Teaching Tool", with C. L. Ta, *Energy Economics* (Vol. 84, No. S1, October, 2019).

"The Lifecycle of the 47%," with N. S. Rao, *National Tax Journal* (Vol. 72, No. 2, June, 2019).

"Who Bears the Economic Burdens of Environmental Regulations?" with E. Muehlegger, *Review of Environmental Economics and Policy* (Vol. 13, No. 1, Winter 2019).

"Vertical and Horizontal Redistributions from a Carbon Tax and Rebate," with J.A. Cronin and S. Sexton, *Journal of the Association of Environmental and Resource Economists* (Vol. 6, No. S1, March 2019).

"An Introduction to Energy Policy Trade-Offs between Economic Efficiency and Distributional Equity," with T. Deryugina and W. A. Pizer, *Journal of the Association of Environmental and Resource Economists* (Vol. 6, No. S1, March 2019).

"A Carbon Tax is Not Regressive," with S. Sexton, *Tax Notes* (January 28, 2019).

"The Effect of Illinois Municipal Electric Aggregation," with T. Deryugina, M. Konar, and J. Reif, *State Tax Notes* (April 1, 2019).

"How Long Do the 47 Percent Pay No Tax?" with N. S. Rao, *Tax Notes* (August 5, 2019).

**2016-2018**

"Multiple Pollutants, Co-Benefits, and Suboptimal Environmental Policies," with D. H. Karney, *Journal of Environmental Economics and Management* (Vol.87, No.1, January, 2018).

"Potential State-Level Carbon Revenue under the Clean Power Plan," with D.H. Karney, *Contemporary Economic Policy* (Vol.36, No.1, January, 2018).

"Public Finance in a Nutshell: A Cobb Douglas Teaching Tool for General Equilibrium Tax Incidence and Excess Burden," with C.L. Ta, *National Tax Journal* (March 2017).

"Gas Taxes in Illinois: Efficiency and Distributional Effects," with K. Nafari and J. Reif, *State Tax Notes* (June 2016).

"Environmental and Energy Economics: Program Report," with Catherine Wolfram, *NBER Reporter* Cambridge, MA: National Bureau of Economic Research (No.2, July, 2016).

**2014-2015**

"A Model to Evaluate Vehicle Emission Incentive Policies in Japan," with L. Gan and M. Hattori, *Environmental Economics and Policy Studies* (Vol.17, No.1, 2015).

"Negative Leakage," with K. Baylis and D.H. Karney, *Journal of the Association of Environmental and Resource Economists* (Vol. 1, No. 1&2, March/June, 2014).

"Social, Economic, and Ethical Concepts and Methods", with C. Kolstad, K. Urama *et al*, in *Climate Change Mitigation*, IPCC's Fifth Assessment Report, WGIII (2014).

"Permit Trading for Carbon Dioxide Emissions in Illinois", with D.H. Karney, *State Tax Notes* (May 26, 2014).

"Can a Unilateral Carbon Tax Reduce Emissions Elsewhere?", with J. Elliott, *Resource and Energy Economics* (Vol.36, No.1, January, 2014).

**2012-2013**

"Can Pollution Tax Rebates Protect Low-Wage Earners?", with H. Monti, *Journal of Environmental Economics and Management* (Vol.66, No.3, November, 2013).

"Vehicle Choices, Miles Driven, and Pollution Policies," with Y. Feng and L. Gan, *Journal of Regulatory Economics* (Vol.44, No.1, August, 2013).

"Leakage, Welfare, and Cost-Effectiveness of Carbon Policy", with K. Baylis and D. H. Karney, *American Economic Review, Papers and Proceedings* (Vol.103, No.3, May, 2013).

"Introduction", in M.A. Cohen, D. Fullerton, and R.H. Topel, eds., *Distributional Aspects of Energy and Climate Policies*, Edward Elgar Publishers, Cheltenham, UK (2013).

"Does the Indexing of Government Transfers Make Carbon Pricing Progressive?", with G. Heutel and G. Metcalf, *American Journal of Agricultural Economics* (Vol.94, No.2, January, 2012).

"Introduction and Summary", with C.Wolfram, in D. Fullerton and C.Wolfram, eds., *The Design and Implementation of U.S. Climate Policy*, Chicago: University of Chicago Press for NBER (2012).

**2010-2011**

"The Progressivity of Social Security," with J. Coronado and T. Glass, *B.E. Journal of Economic Analysis & Policy* (Vol.11, No.1, *Advances*, Art.70, 2011).

"Six Distributional Effects of Environmental Policy," *Risk Analysis* (Vol.31, No.6, 2011).

"Optimal Taxation of Externalities Interacting Through Markets: A Theoretical General Equilibrium Analysis," with X. Ren and J. Braden, *Resource and Energy Economics* (Vol. 33, No.3, 2011).

"Environmental and Energy Economics: Program Report", *NBER Reporter*, No.4, Cambridge, MA: National Bureau of Economic Research (2010).

"Analytical General Equilibrium Effects of Energy Policy on Output and Factor Prices," with G. Heutel, *B.E. Journal of Economic Analysis & Policy* (Vol.10, No.2, *Symposium*, Art.15, 2010). Reprinted in M.A. Cohen, D. Fullerton, and R.H. Topel, eds., *Distributional Aspects of Energy and Climate Policies*, Edward Elgar Publishers, Cheltenham, UK (2013).

"Combinations of Instruments to Achieve Low-Carbon Vehicle-Miles," with D. Karney, *Stimulating Low-Carbon Vehicle Technologies*, edited by OECD, Paris: OECD Publishers (2010).

"Comment on 'CIM-EARTH: Framework and Case Study'," *B.E. Journal of Economic Analysis & Policy* (Vol.10, No.2, *Symposium*, Art.12, 2010). Reprinted in M.A. Cohen, D. Fullerton, and R.H. Topel, eds., *Distributional Aspects of Energy and Climate Policies*, Edward Elgar Publishers, Cheltenham, UK (2013).

"Environmental Taxes," with A. Leicester and S. Smith, in *Dimensions of Tax Design*, edited by Institute for Fiscal Studies (IFS), Oxford: Oxford University Press (2010).

"Tax and Subsidy Combinations for the Control of Car Pollution," with S. West, *B.E. Journal of Economic Analysis & Policy* (Vol.10, No.1, *Advances*, Art.8, 2010).

"The General Equilibrium Incidence of Environmental Mandates," with G. Heutel, *American Economic Journal: Economic Policy* (Vol. 2, No.3, August, 2010).

**Distributional Effects of Environmental and Energy Policy**

"Introduction," in D. Fullerton, ed., *The Distributional Effects of Environmental and Energy Policy*, Aldershot, UK: Ashgate Publishers (2009).

"The Allocation of Permits in U.S. Climate Change Legislation", with D. Karney, *Economists' Voice* (November, 2009).

"Who Bears the Burden of a Tax on Carbon Emissions in Japan?," with G. Heutel, *Environmental Economics and Policy Studies* (Vol.8, No.4, 2007).

"The General Equilibrium Incidence of Environmental Taxes," with G. Heutel, *Journal of Public Economics* (April, 2007).  Reprinted in D. Fullerton, ed., *The Distributional Effects of Environmental and Energy Policy*, Ashgate Publishers (2009).

"A Framework to Compare Environmental Policies," *Southern Economic Journal* (Oct., 2001).
Reprinted in D. Fullerton, ed., *The Distributional Effects of Environmental and Energy Policy*, Ashgate (2009).
Reprinted in K. Segerson, ed., *The Economics of Pollution Control*, Edward Elgar Publishing (2011).

**Environmental Policy in the Energy Sector**

"Environmental Investment and Policy with Distortionary Taxes and Endogenous Growth," with S.R. Kim, *Journal of Environmental Economics and Management* (September 2008).

"Cap and Trade Policies in the Presence of Monopoly and Distortionary Taxation" with G. Metcalf, *Resource and Energy Economics* (November, 2002).

 "A Tax on Output of the Polluting Industry is Not a Tax on Pollution: The Importance of Hitting the Target," with I. Hong and G. Metcalf, in C. Carraro and G. Metcalf, eds., *Distributional and Behavioral Effects of Environmental Policy*, Chicago: The University of Chicago Press (2001).

"Environmental Controls, Scarcity Rents, and Pre-Existing Distortions," with G. Metcalf, *Journal of Public Economics* (May, 2001). Reprinted in L.H. Goulder, ed., *Environmental Policy Making in Economies with Prior Tax Distortions*, Edward Elgar Publishing. Cheltenham, UK (2002).

"Environmental Taxes and the Double-Dividend Hypothesis: Did You Really Expect Something for Nothing?," with G. Metcalf, *Chicago-Kent Law Review* (Vol.73, No.1, 1998).

"Sulfur Dioxide Compliance of a Regulated Utility," with S. McDermott and J. Caulkins, *Journal of Environmental Economics and Management* (September, 1997).

**Environmental Policy in the Transportation Sector**

 "Cost-Effective Policies to Reduce Vehicle Emissions," with L. Gan, *American Economic Review, Papers and Proceedings* (May, 2005).

"Can Taxes on Cars and on Gasoline Mimic an Unavailable Tax on Emissions?", with S. West, *Journal of Environmental Economics and Management* (January, 2002).  Reprinted in W. Harrington and V. McConnell, eds., *Controlling Automobile Air Pollution*, Ashgate Publishers (2007).

**Environmental Policy via Deposit-Refund Systems**

"The Two-Part Instrument in a Second-Best World," with A. Wolverton, *Journal of Public Economics* (September, 2005).

"Suggested Subsidies are Sub-optimal Unless Combined with an Output Tax," with R. Mohr, *Contributions to Economic Analysis and Policy* (Vol.2, No.1, Art.1, 2003).

"Two Generalizations of a Deposit-Refund System," with A. Wolverton, *American Economic Review, Papers and Proceedings* (May, 2000).

"The Case for a Two-Part Instrument: Presumptive Tax and Environmental Subsidy," with A. Wolverton, in A. Panagariya, P. Portney and R. Schwab, eds., *Environmental and Public Economics: Essays in Honor of Wallace E. Oates*, Cheltenham, UK: Edward Elgar (1999).

"Policies for Green Design," with W. Wu, *Journal of Environmental Economics and Management* (September, 1998).

**Garbage and Recycling Behavior**

"An Excise Tax on Municipal Solid Waste?," in S. Cnossen, ed., *Theory and Practice of Excise Taxation*, Oxford: Oxford University Press (2005).

 "Economic Analysis of Solid Waste Management Policies," with A. Raub, in N. Braathen, ed., *Addressing the Economics of Waste*, Paris: OECD (2004).

"The Economics of Residential Solid Waste Management," with T. Kinnaman, in H. Folmer and T. Tietenberg, eds., *The International Yearbook of Environmental and Resource Economics 2000/2001*, Cheltenham, UK: Edward Elgar (2000).

"Garbage and Recycling with Endogenous Local Policy," with T. Kinnaman, *Journal of Urban Economics* (November, 2000).

"Household Responses to Pricing Garbage by the Bag," with T. Kinnaman, *American Economic Review* (September, 1996). Reprinted in Richard Brooks, Nathaniel O. Keohane and Douglas A. Kysar, eds., *Economics of Environmental Law*, Cheltenham, UK: Edward Elgar Publishing (2009).

"How a Fee Per-Unit Garbage Affects Aggregate Recycling in a Model with Heterogeneous Households," with T. Kinnaman, in A. L. Bovenberg and S. Cnossen, *Public Economics and the Environment in an Imperfect World*, Dordrecht, The Netherlands: Kluwer (1995).

"Garbage, Recycling, and Illicit Burning or Dumping," with T. Kinnaman, *Journal of Environmental Economics and Management* (July, 1995). Reprinted in C. S. Russell, ed., *The Economics of Environmental Monitoring and Enforcement*, Aldershot, UK: Ashgate (2002).

**Other Environmental Issues**

"The Irrelevance of the Double Dividend", with J. Gravelle, *Proceedings of the National Tax Association*, November 1998 meetings (1999).

"How Economists See the Environment", with R. Stavins, *Nature* (October 1, 1998). Reprinted in R. Stavins, ed., *Economics of the Environment*, New York: Norton (Fourth Edition 2000, Fifth Edition 2005).

"Environmental Levies and Distortionary Taxation: Comment," *American Economic Review* (March, 1997). Reprinted in L.H. Goulder, ed., *Environmental Policy Making in Economies with Prior Tax Distortions*, Edward Elgar Publishing. Cheltenham, UK (2002).

"Why Have Separate Environmental Taxes?" *Tax Policy and the Economy* 10 (1996).

"Should Environmental Costs be Paid by the Polluter or the Beneficiary? The Case of CERCLA and Superfund," with S. Tsang, *Public Economics Review* (June, 1996).

"Cost Effectiveness," and "Free Rider," two entries in R. A. Eblen and W. R. Eblen, eds., *The Encyclopedia of the Environment*, Boston: Houghton Mifflin (1994).

**Social Security**

"Is Social Security Part of the Social Safety Net?", with J. R. Brown and J. L. Coronado, *Tax Policy and the Economy* 23 (2009).

"The Many Definitions of Social Security Privatization," with M. Geruso, *Economists' Voice* (March, 2006). Reprinted in A. Edlin, J.B. DeLong and J. Stiglitz, eds., *The Economists' Voice*, Columbia U. Press (2008).

"Long-Run Effects of Social Security Reform Proposals on Lifetime Progressivity," with J. Coronado and T. Glass, in M. Feldstein and J. Liebman, eds., *The Distributional Aspects of Social Security and Social Security Reform*, Chicago: The University of Chicago Press (2002).

"Distributional Impacts of Proposed Changes to the Social Security System," with J. Coronado and T. Glass, *Tax Policy and the Economy* 13 (1999).

**Taxation: Analysis of Incidence**

"Introduction," with G. Metcalf, in D. Fullerton and G. Metcalf, eds., *The Distribution of Tax Burdens*, Cheltenham, UK: Edward Elgar (2003).

"Tax Incidence," with G. Metcalf, in A. Auerbach and M. Feldstein, eds., *Handbook of Public Economics*, Vol. 4, Amsterdam: Elsevier (2002).

"Neglected Effects on the Uses Side: Even a Uniform Tax Would Change Relative Goods Prices," with D. L. Rogers, *American Economic Review, Papers and Proceedings* (May, 1997).

"Lifetime Effects of Fundamental Tax Reform," with D. Rogers, in H. Aaron and W. Gale, eds., *Economic Effects of Fundamental Tax Reform*, Washington DC: Brookings Institution (1996).

"Distributional Effects on a Lifetime Basis," with D. Rogers, in D. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, DC: American Enterprise Institute Press (1995).

"Lifetime vs. Annual Perspectives on Tax Incidence," with D. L. Rogers, *National Tax Journal* (September, 1991). Reprinted in V. Tanzi and H. Zee, eds., *Recent Developments in Public Finance*, Cheltenham, UK: Edward Elgar Publishing (2011).

"Estimating the Distribution of Tax Burdens: A Comparison of Different Approaches," with S. Devarajan and R. A. Musgrave, *Journal of Public Economics* (April, 1980).

**Taxation: Deadweight Loss**

"A Simulation-Based Welfare Loss Calculation for Labor Taxes with Piecewise-Linear Budgets," with L. Gan, *Journal of Public Economics* (September 2004).

"Tax Evasion and the Allocation of Capital," with M. Karayannis, *Journal of Public Economics* (October, 1994).

"Distortionary Taxes and the Provision of Public Goods," with C. L. Ballard, *Journal of Economic Perspectives* (Summer, 1992). Reprinted in J. Creedy, ed., *Economic Welfare: Concepts and Measurement*, Cheltenham, UK: Edward Elgar (1999).

"Reconciling Recent Estimates of the Marginal Welfare Cost of Taxation," *American Economic Review* (March, 1991). Reprinted in J. Creedy, ed., *Economic Welfare: Concepts and Measurement* (1999).

"The Marginal Excess Burden of Different Capital Tax Instruments," with Y. Henderson, *Review of Economics and Statistics* (August, 1989).

"Uncertainty, Welfare Cost, and the 'Adaptability' of U.S. Corporate Taxes," with A. Lyon and R. Rosen, *Scandinavian Journal of Economics* (August, 1984). Reprinted in F. R. Forsund and S. Honkapohja, eds., *Limits and Problems of Taxation*, London: The MacMillan Press Ltd (1985).

"Disparities in the Taxation of Income from Capital," *Proceedings of the National Tax Association*, October 1982 meetings (1983).

**Taxation: Effects on Housing, Charitable Giving, Savings, and Revenue**

"Laffer Curve", in S. Durlauf and L. Blume, eds., *The New Palgrave Dictionary of Economics*, Second Edition, London: Palgrave Macmillan Ltd. (2008).

"A General Equilibrium Model of Housing, Taxes, and Portfolio Choice," with J. Berkovec, *Journal of Political Economy* (April, 1992).

"Housing Finance," in P. Newman, M. Milgate, and J. Eatwell, eds., *The New Palgrave Dictionary of Money and Finance*, London: Macmillan Press (1992).

"Tax Policy toward Art Museums," in M. Feldstein, ed., *The Economics of Art Museums*, Chicago: The University of Chicago Press (1991).

"On Justifications for Public Support of the Arts," *Journal of Cultural Economics* (Dec., 1991). Reprinted in Ruth Towse, ed., *Cultural Economics: The Arts, the Heritage, and the Media Industries Vol. 2*, Cheltenham, UK: Edward Elgar (1997).

"The General Equilibrium Effects of Inflation on Housing Consumption and Investment," with J. Berkovec, *American Economic Review, Papers and Proceedings* (May, 1989).

"Can Tax Revenues Go Up When Tax Rates Go Down?", in Bartlett and T. Roth, eds., *The Supply-Side Solution*, Chatham, NJ: Chatham House Publishers (1983).

"On the Possibility of an Inverse Relationship Between Tax Rates and Government Revenues," *Journal of Public Economics* (October, 1982). Reprinted in James Alm, ed., *The Economics of Taxation*, Cheltenham, UK: Edward Elgar (2011).

"The Economic Recovery Tax Act of 1981: Implications for Charitable Giving," with S. D. Goodman, *Tax Notes* (September 20, 1982).

"Income Tax Incentives to Promote Saving," with C. Becker, *National Tax Journal* (Sept., 1980).

**Taxation: Evaluation of Reforms**

"Inputs to Tax Policymaking: The Supply Side, the Deficit, and the Level Playing Field," in M. Feldstein, ed., *American Economic Policy in the 1980s*, University of Chicago Press (1994).

"Economic Efficiency in Recent Tax Reform History: Policy Reversals or Consistent Improvements?" with J. B. Mackie, *National Tax Journal* (March, 1989).   Reprinted in A. Sahu and R. Tracy, eds., *The Economic Legacy of the Reagan Years: Euphoria or Chaos?*, New York: Praeger (1991).

"The Indexation of Interest, Depreciation, and Capital Gains and Tax Reform in the U.S.," *Journal of Public Economics* (February, 1987).

"The Impact of Fundamental Tax Reform on the Allocation of Resources," with Y. K. Henderson, in M. Feldstein, ed., *The Effects of Taxation on Capital Accumulation*, Chicago: The University of Chicago Press (1987).

"Uncertain Parameter Values and the Choice Among Policy Options," with A. B. Lyon, *Journal of Public Economics* (June, 1986).

"Long Run Effects of the Accelerated Cost Recovery System," with Y. K. Henderson, *Review of Economics and Statistics* (August, 1985).

"Tax Reform: A Study of Some Major Proposals," with M. Allison and J. Makin, in *Real Tax Reform: Replacing the Income Tax*, Washington, DC: American Enterprise Institute (1985).

"The Consumption Tax: An Idea Whose Time Has Come?" *Tax Notes* (April 22, 1985), also in J. Makin, ed., *Real Tax Reform: Replacing the Income Tax*, Washington DC: AEI Press (1985).

"Replacing the U.S. Income Tax with a Progressive Consumption Tax: A Sequenced General Equilibrium Approach," with J. B. Shoven and J. Whalley, *Journal of Public Economics* (February, 1983).

"Corporate Tax Integration in the United States: A General Equilibrium Approach," with A. T. King, J. B. Shoven, and J. Whalley, *American Economic Review* (September, 1981).

"Corporate and Personal Tax Integration in the US: Some Preliminary Findings," with A. T. King, J. B. Shoven, and J. Whalley, in R. H. Haveman and K. Hollenbeck, eds., *Microeconomic Simulation*, Madison, WI: Institute for Research on Poverty (1980).

**Taxation: Marginal Effective Tax Rates on Capital**

"Marginal Effective Tax Rate," in J. Cordes, R. Ebel, and J. Gravelle, eds., *The Encyclopedia of Taxation and Tax Policy*, Washington, DC: Urban Institute Press (1999).

"United States," with M. Karayannis, in D. W. Jorgenson and R. Landau, eds., *Tax Reform and the Cost of Capital: An International Comparison*, Washington DC: Brookings Institution (1993).

"Tax Neutrality and Intangible Capital," with A. B. Lyon, *Tax Policy and the Economy* 2 (1988).

"Introduction," in *Compendium of Tax Research 1987*, Washington, DC: U.S. Treasury (1987).

"Investment Allocation and Growth Under the Tax Reform Act of 1986," with Y. K. Henderson and J. B. Mackie, in *Compendium of Tax Research 1987*, Washington, DC: U.S. Treasury (1987).

"Investment Incentives Under the Tax Reform Act of 1986," with R. Gillette and J. Mackie, in *Compendium of Tax Research 1987*, Washington, DC: U.S. Treasury Department (1987).

 "Does the Tax System Favor Investment in High-Tech or Smoke-Stack Industries?" with A. B. Lyon, *Economic Inquiry* (July, 1986).

"The Use of Effective Tax Rates in Tax Policy," *National Tax Journal* (September, 1986).

"Cross Price Effects and Capital Taxation," with J. Skinner, *Proceedings of the National Tax Association*, November 1984 meetings (1985).

"Which Effective Tax Rate?", *National Tax Journal* (March, 1984), and "Which Effective Tax Rate? A Reply," *National Tax Journal* (March, 1985).

"Incentive Effects of Taxes on Income from Capital: Alternative Policies in the 1980's," with Y. K. Henderson, in C. R. Hulten and I. V. Sawhill, eds., *The Legacy of Reaganomics*, Washington, DC: The Urban Institute Press (1984).

"The United States," chapter in M. A. King and D. Fullerton, eds., *The Taxation of Income from Capital: A Comparative Study of the U.S., U.K., Sweden, and West Germany*, Chicago: The University of Chicago Press (1984).

"Comparisons of Effective Tax Rates," chapter in M. A. King and D. Fullerton, eds., *The Taxation of Income from Capital: A Comparative Study of the U.S., U.K., Sweden, and West Germany*, Chicago: The University of Chicago Press (1984).

"Conclusions," with D. F. Bradford, chapter in M. A. King and D. Fullerton, eds., *The Taxation of Income from Capital: A Comparative Study of the U.S., U.K., Sweden, and West Germany*, Chicago: The University of Chicago Press (1984).

"The Aborted Phase-in of Marginal Effective Corporate Tax Rates," with L. A. Hamdan, *Public Finance Quarterly* (October, 1983).

"Why Do Varying Effective Corporate Tax Rates Matter?", *Tax Notes 1981 Effective Tax Rate Supplement* (August, 1982).

"Pitfalls in the Construction and Use of Effective Tax Rates," with D. F. Bradford, in C. R. Hulten, ed., *Depreciation, Inflation, and the Taxation of Income from Capital*, Washington, DC: The Urban Institute Press (1981).

**Taxation: Models of Computable General Equilibrium**

"The Irrelevance of Detail in a Computable General Equilibrium Model," with T. Fox, *Economics Letters* (May, 1991).

"Computable General Equilibrium Models," *Social Science Computer Review* (Winter, 1990).

"A Disaggregate Equilibrium Model of the Tax Distortions among Assets, Sectors, and Industries," with Y. K. Henderson, *International Economic Review* (May, 1989).

"A Comparison of Methodologies in Empirical General Equilibrium Models of Taxation," with Y. K. Henderson and J. B. Shoven, in H. Scarf and J. B. Shoven, eds., *Applied General Equilibrium Analysis*, New York: Cambridge University Press (1984).

"Transition Losses of Partially Mobile Industry-Specific Capital," *Quarterly Journal of Economics* (February, 1983).

"A Re-examination of Tax Distortions in General Equilibrium Models," with R. H. Gordon, in M. Feldstein, ed., *Behavioral Simulation Methods in Tax Policy Analysis*, Chicago: The University of Chicago Press (1983).

"A General Equilibrium Taxation Model with Applications and Dynamic Extensions," *Proceedings of the National Tax Association*, October 1979 meetings (1980).

"General Equilibrium Analysis of U.S. Taxation Policy," with J. B. Shoven and J. Whalley, *1978 Compendium of Tax Research*, Washington, DC: U.S. Treasury Department (1978).

"Notes on Displaced CES Functional Forms"

**GRANTS AND RESEARCH CONTRACTS**

    Grant, National Science Foundation, co-PI with T. Theis and others, "SRS RN: Convergent Innovations in Regional CirCULAR Economies (CIRCULAR)," 2021 – 2022

    Grant, National Science Foundation, co-PI with M. Bilec and others, "Collaborative Research: Convergence Around the Circular Economy," 2019 – 2022

    Grant, Sloan Foundation, PI with T. Deryugina and W. Pizer, "Energy Policy Tradeoffs between Economic Efficiency and Distributional Equity," 2016 – 2018

    Grant, National Science Foundation, Senior Investigator on a large DMUU award to the U. of Chicago for a "Center for Robust Decision Making on Climate and Energy Policy," 2010 – 2014

    Cooperative Agreement, U.S. EPA, "The Connection from Empirical Analysis to Welfare Evaluation," for NBER's Environmental and Energy Economics Program, July 2010 – June 2014

    Grant, Smith Richardson Foundation, PI with C. Wolfram, "The Design and Implementation of U.S. Climate Policy," 2010 – 2012

    Grant, National Science Foundation, "Indoor Environmental Science and Engineering – An Emerging Frontier," IGERT Program, for U.T. Grad Student Fellowships, Co-PI, June 2006 – June 2008

    Cooperative Agreement, U.S. EPA, "The Connection from Empirical Analysis to Welfare Evaluation," for NBER's Working Group on Environmental Economics, July 2005 – June 2009

    Research Contract, Economic and Social Research Institute of Japan, "The Distributional Effects of Climate Change Policy," March 2004 – March 2006

    Research Contract, Economic and Social Research Institute of Japan, "Second-Best Control of Vehicle Emissions in the U.S. and Japan," March 2002 – March 2004

    Grant, National Science Foundation, Number SBR-9811324, Co-Principal Investigator with G. Metcalf, "Alternative Environmental Policies in a Second Best World: General Equilibrium and Empirical Analysis," September 1998 – August 2001

    Grant, MacArthur Foundation, co-written with S. Collins on behalf of the American Economic Association, "The Economics Pipeline: A Proposal to Increase the Representation of Minorities in the Economics Profession," April 1998 – March 2002

    Research Contract, Public Policy Institute of California, Number ER97-008, "Public Finance Solutions to Vehicle Emissions Problems in California," July 1997 – February 2000

    Grant, National Science Foundation, Number SBR-9619670, Co-PI with S. Collins, "American Economic Association Summer Training and Scholarship Program," joint Economics Program and Research Experiences for Undergraduates (REU), April 1997 – March 2000

    Grant, U.S. EPA, Number R824740-01-0, "A Framework to Compare Policies for Source Reduction," October 1995 – September 1997

    Grant, National Science Foundation, Number SBR-9413334, "Garbage, Recycling, and Economic Incentives: An Extension," August 1994 – July 1995

    Research Contract, Brookings Institution and Resources for the Future, "The Economic Impacts of Superfund," April 1992 – April 1993

    Grant, National Science Foundation, Number SES-9122785, "Garbage, Recycling, and Economic Incentives," March 1992 – March 1994

    Grant, Bankard Fund for Political Economy, "Landfill Needs, Recycling, and the Price of Trash Collection," July 1991 – June 1992

    Grant, Bankard Fund for Political Economy, "The Effects of Tax Policy in a Lifetime Context," July 1990 – June 1991

Research Contract, Brookings Institution, "The Distribution of Tax Burdens over Different Lifetime Profiles," July 1987 – June 1989

Grant, Department of Housing and Urban Development, Number H-5798RG, with J. Berkovec, "A General Equilibrium Analysis of Housing Consumption and Investment," July 1987 – Dec. 1987

Research Contract, American Enterprise Institute, "The Impact of Major Tax Reform Proposals," January 1985 – March 1985

Research Contract, National Science Foundation, Number 83-GB-0007, "Differential Effects of the Accelerated Cost Recovery System on Investment: A Survey, with Implications for Understanding Effects on High Technology Investment," July 1983 – Sept. 1983

Grant, National Science Foundation, SES-8025404, "Parameterization, Inflation, and Endogenous Corporate Financial Behavior in a General Equilibrium Taxation Model," 1981 – 1983

Research Contract, U.S. Treasury Department, with J. Shoven and J. Whalley, "Extensions of the General Equilibrium Tax Evaluation Program," September 1978 – August 1980

Research Contract, U.S. Treasury, with J. Shoven and J. Whalley, "General Equilibrium Impacts of Replacing the U.S. Income Tax with a Progressive Consumption Tax," June 1978 – Aug. 1978

## TESTIMONY AND PRESENTATIONS TO POLICYMAKERS

Interview with Ambassador Gideon Behar, Special Envoy for Climate Change and Sustainability, Israel, on "Climate Change Effects on Innovation, Economy, and Diplomacy," April 20, 2021.

Met with the Prime Minister of The Netherlands, Mark Butte, for 45 minutes, about waste policy and "The Circular Economy", at The Hague in the PM's office, June 20, 2018.

Annual "CBP Lecture" for the Central Planning Bureau of the Netherlands, at The Hague, to an audience of 175 policymakers and policy analysts, on "The Circular Economy", June 20, 2018.

Annual Forum, on "Climate Policy" for 300 policymakers of the World Bank's Macroeconomics and Fiscal Management (MFM) Global Practice, Washington DC, March 29, 2017.

Legislators' Conference, presentation on "Climate Policy", to all new members of the Illinois State General Assembly and Senate, November, 2016.

U.S.EPA Science Advisory Board's Economy-Wide Modelling Panel, Washington, DC, presentations in 2015, 2016, and 2017.

Legislators' Conference, presentation on "Tax Reform", to all new members of the Illinois State General Assembly and Senate, November 2014.

Legislators' Conference, presentation on "Energy Policy", to all new members of the Illinois State General Assembly and Senate, November 2012.

European Union's 27 Finance Ministers, on a "Carbon Tax", Gothenberg Sweden, October 2009; and Keynote Speaker at E.U. conference of 500 policy analysts in Brussels, November 2009.

House Committee on Ways and Means (State of Texas), on a proposal to tax $NO_X$ emissions of electric utilities, April 20, 2005.

Joint Select Committee on Public School Finance (State of Texas), on the gross receipts tax and income tax, December 4, 2003.

House Committee on Merchant Marine and Fisheries, on the Gasoline Excise Tax Revenues Attributable to Recreational Motorboats, as Dep. Asst. Secretary of the Treasury, June 17, 1986.

Senate Finance Committee, on the President's tax reform proposals, June 20, 1985.

House Banking Committee, Subcom on Econ Stabilization, on international taxes, June 11, 1985.

House Banking Committee, Subcommittee on Economic Stabilization, corporate taxes, March 1985.

Senate Finance Committee, on the taxation of banks, March 11, 1983.

Senate Budget Committee, on the corporate income tax, Feb. 16, 1983; in *Tax Notes*, March 1983.