## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

STATE OF WEST VIRGINIA, et al.,

*Plaintiffs*,

v.

LETITIA JAMES, in her official capacity
as the Attorney General of New York, et al.,

*Defendants*.

No. 1:25-cv-00168-BKS-DJS

## NOTICE OF NEW YORK'S CROSS-MOTION
## FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, upon the accompanying memorandum of law, Local Rule 56.1 statement of material facts and the Declarations of Don Fullerton, Ph.D.; Justin Mankin, Ph.D.; and Harold Koh, Ph.D., defendants (together, "New York") will move this Court at the United States Courthouse, James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York, 13261, before the Honorable Brenda K. Sannes at a date and time to be designated by the Court, for an Order dismissing the operative complaints because the *Chamber of Commerce* plaintiffs (together, "the Chamber") and the *West Virginia* plaintiffs (together, "West Virginia") lack standing, or in the alternative, dismissing Counts I and II of the operative complaints because New York's Climate Change Superfund Act is not preempted or precluded by the United States Constitution or the Clean Air Act; and  dismissing all claims against

Acting Tax Commissioner Hiller because the Eleventh Amendment bars West Virginia's claims against her.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule of Procedure 7.1, New York respectfully requests oral argument on this motion. The Act is significant to New York as it seeks to recover from fossil fuel companies that profited from producing the fossil fuels that contribute to climate change a portion ($75 billion) of the enormous costs (hundreds of billions of dollars) to New York of responding to climate change. Oral argument is further warranted because this consolidated case involves a matter of first impression challenging a new statute that does not yet have implementing regulations. Oral argument would allow the parties to further explain their arguments and share any developments in the United States' challenge to the Act in the Southern District of New York and in ongoing challenges to Vermont's similar law.

Dated:       December 19, 2025
             Albany, New York

                         LETITIA JAMES
                         Attorney General of the State of New York
                         *Attorney for Defendants*

                  By:  **/s/ *Ayah F. Badran***
                         Ayah F. Badran (Bar No. 706184)
                         Assistant Attorney General
                         Office of the New York State Attorney General
                         Environmental Protection Bureau
                         The Capitol
                         Albany, NY 12224
                         (518) 776-2394
                         ayah.badran@ag.ny.gov

Monica Wagner (Bar No. 706690)
Deputy Bureau Chief

Sabita Krishnan (Bar No. 706712)
Laura Mirman-Heslin (Bar No. 704855)
Joya Sonnenfeldt (Bar No. 706511)
Assistant Attorneys General
Office of the New York State Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8184