**MANKIN EXHIBIT A**

# Justin Staller Mankin

| | | | |
|---|---|---|---|
| **Contact Information** | Department of Geography<br>Dartmouth College<br>371 Irving Building for Energy and Society<br>Hanover, NH 03755 | | Primary Email: mankin@dartmouth.edu<br>Website: http://jsmankin.github.io<br>Primary Phone: (603) 646-3381 |
| | Division of Ocean & Climate Physics<br>Lamont-Doherty Earth Observatory<br>61 Route 9W, P.O. Box 1000<br>Palisades, NY 10964 | | Primary Email: jsmankin@ldeo.columbia.edu<br>Website: www.ldeo.columbia.edu<br>Primary Phone: (845) 365-8373 |

**Academic Appointments**

**Dartmouth College** — Hanover, NH
- **2023 -** Associate Professor, Department of Geography
  Adjunct Associate Professor, Department of Earth Sciences
- **2018 - 2023** Assistant Professor, Department of Geography
  Faculty Affiliate, Ecology, Evolution, Environment & Society (EEES)
  Adjunct Assistant Professor, Department of Earth Sciences

**Lamont-Doherty Earth Observatory (LDEO) of Columbia University** — Palisades, NY
- **2018 -** Adjunct Associate Research Scientist, Division of Ocean & Climate Physics
- **2015 - 2018** Earth Institute Postdoctoral Fellow, Division of Ocean & Climate Physics

**NASA Goddard Institute for Space Studies** — New York, NY
- **2015 - 2017** Postdoctoral Research Fellow, Joint Appointment with LDEO

**Education**

**Ph.D., Stanford University** — Stanford, CA
Environment & Resources, September 2015

**M.P.A., Columbia University** — New York, NY
Environmental Science & Policy, May 2010

**M.Sc., The London School of Economics** — London, UK
Global Politics & Development Economics, October 2008

**B.A., Columbia University** — New York, NY
Political Science, May 2004

**Professional Societies**

American Geophysical Union (AGU); American Meteorological Society (AMS); American Association of Geographers (AAG); American Association for the Advancement of Science (AAAS)

**Publications**

⋆ Denotes research where Mankin is lead or senior author (i.e., last author, per Vancouver Protocol); underlined are: PI-advised (P)ostdoc, (G)rad student, (U)ndergrad, and (R)esearch Assistant

Total peer-reviewed papers published: 65. Total citations: ∼8000; h-/i-10 index: 40/55 (based on Google Scholar)

Manuscripts under review

70. ⋆Lesk, C. (P) & **J. S. Mankin**, Precipitation consolidation decreases terrestrial water storage, *revised & resubmitted.*

69. Wargo, J. (G) J. Winter, **J. S. Mankin**, & E. Osterberg, Observed decreases in seasonal drought across the Northeastern United States, *under review*.

68. Bagwell, T. (G), S. Dee, E. Ching, X. Luo, F. Viens, **J. S. Mankin**, Quantifying the impacts of tropical modes of climate variability on armed conflict, *minor revisions*.

67. Pollack, A., J. Campbell, C. Madison, C. Cooper, M. Coronese, J. Doss-Gollin, P. Hedge, C. Helgeson, C. Lesk, **J. S. Mankin**, E. Mayfield, R. Nicholas, S. Roth, V. Srikrishnan, N. Tuana, K. Keller, Unlocking the benefits of transparent and reusable science for climate-risk management, *provisionally accepted, PNAS*.

66. ★Gottlieb, A. (G) & **J. S. Mankin**, Observed daily temperature records outpace model predictions for a third of humanity, *revising*.

Peer-reviewed publications

65. ★Gottlieb, A. (G) & **J. S. Mankin**, Subseasonal temperature variability drives nonlinear snow loss with warming, *Water Resources Research* (2025) 10.1029/2024WR039724.

64. ★**Mankin, J. S.**, N. Siegert (R), J. E. Smerdon, B. I. Cook, R. Seager, A. P. Wiliams, C. Lesk, (P), Z. Li (P), H. Singh (R), E. Martinez (U), Nonlinear carbon feedbacks diminish future freshwater availability, *Journal of Climate* (2025) 10.1175/JCLI-D-24-0028.1.

63. Jiang, Y., J. E. Smerdon, R. Seager, G. Wang, B. I. Cook, C. Zheng, **J. S. Mankin**, A. P. Williams, Land-surface conditions and their influence on the 2020-21 Western US drought, *Water Resources Research* (2025) 10.1029/2024WR038124.

62. ★Callahan, C. (G) & **J. S. Mankin**, Carbon majors and the scientific case for climate liability, *Nature* (2025) 10.1038/s41586-025-08751-3.

61. ★Lesk, C. (P), J. Winter, & **J. S. Mankin**, Projected runoff declines from plant physiological effects on precipitation, *Nature Water* (2025) 10.1038/s44221-024-00361-z.

60. ★Callahan, C. (G), N. J. Dominy, J. M. DeSilva, & **J. S. Mankin**, Reply to Sato and Kohyama, *Bulletin of the American Meteorological Society* (2025) 10.1175/BAMS-D-24-0269.1.

59. Future Earth, The Earth League, and the World Climate Research Programme, (**J. S. Mankin** a selected author), 10 New Insights in Climate Science 2024/2025, *One Earth* (2025) 10.1016/j.oneear.2025.101285.

58. Byrne, M. P., G. Hegerl, J. Scheff, A. Berg, C. Hohenegger, V. Humphrey, M. M. Laguë, F. H. Lambert, **J. S. Mankin**, K. A. McColl, K. A. McKinnon, A. G. Pendergrass, Lucas Vargas Zeppetello, Y. Zhang, Theory and the future of land-climate science, *Nature Geoscience* (2024) s41561-024-01553-8.

57. Fallah, A. (G), M. A. Barlow, L. Agel, J. Kim, **J. S. Mankin**, D. M. Mocko, C. B. Skinner, Impact of Vegetation Assimilation on Flash Drought Characteristics Across the Continental United States, *Journal of Hydrometeorology* (2024) 10.1175/JHM-D-23-0219.1.

56. ★Callahan, C. (G), N. J. Dominy, J. M. DeSilva, & **J. S. Mankin**, Home runs rising: Warming global temperatures are altering America's pastime, *Bulletin of the American Meteorological Society* (2024).

55. ★Li, Z. (P), J. E. Smerdon, R. Seager, N. Siegert (R), & **J. S. Mankin**, Emergent trends complicate interpretation of the United States Drought Monitor, *AGU Advances* (2024) 10.1029/2023AV001070.

54. ★Gottlieb, A. (G) & **J. S. Mankin**, Evidence of human influence on Northern Hemisphere snow loss, *Nature* (2024) 10.1038/s41586-023-06794-y.

53. ★Callahan, C. (G) & **J. S. Mankin**, Persistent effect of El Niño on global economic growth, *Science* (2023) 10.1126/science.adf2983.

52. ★Callahan, C. (G), N. J. Dominy, J. M. DeSilva, & **J. S. Mankin**, Global warming, home runs, and the future of America's pastime, *Bulletin of the American Meteorological Society* (2023) 10.1175/BAMS-D-22-0235.1.

51. ★Gottlieb, A. (G) & **J. S. Mankin**, Snow drought & its impacts: insights from quantifying and sourcing specific uncertainties, *Bulletin of the American Meteorological Society* (2023) 10.1175/BAMS-D-20-0243.A.

50. ★Callahan, C. (G) & **J. S. Mankin**, Globally unequal effect of extreme heat on economic growth, *Science Advances* (2022) 10.1126/sciadv.add3726.

49. Hoell, A., X-W Quan, M. Hoerling, H. F. Diaz, R. Fu, C. He, J. R. Lisonbee, A. Sheffield, I. R. Simpson, E. R. Wahl, **J. S. Mankin**, R. Seager, Water Year 2021 Compound Precipitation and Temperature Extremes in California and Nevada, *Bulletin of the American Meteorological Society* (2022) 10.1175/BAMS- D-22-0112.2.

48. ★Coffel, E. (P), C. Lesk (P), & **J. S. Mankin**, Earth System Model overestimation of cropland temperatures scales with agricultural intensity, *Geophysical Research Letters* (2022) 10.1029/2021GL097135.

47. Cook, B. I., J. E. Smerdon, E. R. Cook, A. P. Williams, K. P. Anchukaitis, **J. S. Mankin**, *alphabetical thereafter*, Megadroughts in the Common Era and the Anthropocene, *Nature Reviews, Earth and Environment* (2022) 10.1038/s43017-022-00329-1

46. ★Callahan, C. (G) & **J. S. Mankin**, National-scale attribution of historical climate damages, *Climatic Change* (2022) 10.1007/s10584-022-03387-y.

45. ★He, Y. (P), J. Chipman, N. Siegert (U), **J. S. Mankin**, Rapid Indo-Malaysian land use and land cover change over the last 35 years, *Annals of the American Association of Geographers* (2022) 10.1080/24694452.2022.2077168

44. Williams, A.P., B. Livneh, K. A. McKinnon, W. D. Hansen, **J. S. Mankin**, B. I. Cook, J. E. Smerdon, A. M. Varuolo-Clarke, N. R. Bjarke, C. S. Juang, D. P. Lettenmaier, Growing impact of wildfire on western United States water supply, *Proceedings of the National Academy of Sciences* (2022) 10.1073/pnas.2114069119.

43. ★Coffel, A. (P), C. Lesk (P), J. Winter, E. Osterberg, **J. S. Mankin**, Crop-climate feedbacks boost US maize and soy yields, *Environmental Research Letters* 17(2)(2022) 10.1088/1748-9326/ac4aa0.

42. ★Gottlieb, A. (G) & **J. S. Mankin**, Observing, measuring, and assessing the consequences of snow drought, *Bulletin of the American Meteorological Society* (2022) 10.1175/BAMS-D-20-0243.1.

41. Hoell, A., X Quan, M. Hoerling, R. Fu, **J. S. Mankin**, I. Simpson, R. Seager, C. He, J. Lisonbee, B. Livneh, A. Sheffield, Record Low 2020 North American Monsoon Rains Reignites American Southwestern Drought, *Bulletin of the American Meteorological Society* (2022) 10.1175/BAMS-D-21-0129.1.

40. ★**Mankin, J. S.**, I. Simpson, A. Hoell, R. Fu, J. Lisonbee, A. Sheffield, D. Barrie, NOAA Drought Task Force Report on the 2020-2021 Southwestern U.S. Drought. NOAA Drought Task Force, MAPP, and NIDIS (2021) 10.25923/j0rj-an85.

39. Huang, H., C. M. Patricola, J. M. Winter, E. C. Osterberg, & **J. S. Mankin**, Rise in Northeast US Extreme Precipitation Caused by Ocean Variability and Climate Change, *Weather & Climate Extremes* (2021) 10.1016/j.wace.2021.100351.

38. Cook, B., **J. S. Mankin**, A. P. Williams, K. Marvel, J. E. Smerdon, H. Liu, Uncertainties, limits, and benefits of climate change mitigation for soil moisture drought in Southwestern North America, *Earth's Future* (2021) 10.1029/2021EF002014.

37. Scheff, J., **J. S. Mankin**, S. Coats, & H. Liu, $CO_2$-plant effects do not account for the gap between dryness indices and projected dryness impacts in CMIP5 or CMIP6, *Environmental Research Letters* (2021) 10.1088/1748-9326/abd8fd.

36. McDermid, S. S., B. I. Cook, M. DeKauwe, **J. S. Mankin**, J. E. Smerdon, A. P. Williams, R. Seager, M. Puma, I. Aleinov, M. Kelley, L. Nazarenko, Disentangling the regional climate impacts of competing vegetation responses to elevated $[CO_2]$, *Journal of Geophysical Research - Atmospheres* (2021) 10.1029/2020JD034108.

35. ★Coffel, E. (P), & **J. S. Mankin**, Thermal power generation is disadvantaged in a warming world, *Environmental Research Letters* (2021) 10.1088/1748-9326/abd4a8.

34. ★**Mankin, J. S.**, F. Lehner, S. Coats, K. McKinnon, The value of initial condition large ensembles to robust decision-making, *Earth's Future* (2020) 10.1029/2020EF001610.

33. ★Callahan, C. (G) & **J. S. Mankin**, The influence of internal climate variability on projections of synoptically driven Beijing haze, *Geophysical Research Letters* (2020) 10.1029/2020GL088548.

32. Cook, B. I., **J. S. Mankin**, K. M. Marvel, A. P. Williams, J. E. Smerdon, K. J. Anchukaitis, Climate change and drought: twenty-first century projections from the CMIP6 radiative forcing scenarios, *Earth's Future* (2020) 10.1029/2019EF001461.

31. Qin, Y., J. T. Abatzoglou, S. Siebert, L. S. Huning, A. AghaKouchak, **J. S. Mankin**, C. Hong, D. Tong, S. J. Davis, N. D. Mueller, Agricultural vulnerability to changing snowmelt, *Nature Climate Change* (2020) 10.1038/s41558-020-0746-8.

30. ★He, Y. (P), E. Lee, **J. S. Mankin**, Seasonal tropospheric cooling in Northeast China associated with cropland expansion, *Environmental Research Letters* (2020) 10.1088/1748-9326/ab6616.

29. Winter, J. M., H. Huang, E. Osterberg, **J. S. Mankin**, Anthropogenic impacts on the exceptional precipitation of 2018 in the Mid-Atlantic United States, *Bulletin of the American Meteorological Society* (2020) 10.1175/BAMSD-19-0172.1

28. Lehner, F., A. W. Wood, J. A. Vano, D. M. Lawrence, M. P. Clark, **J. S. Mankin**, The potential to reduce uncertainty in regional runoff projections from climate models, *Nature Climate Change* (2019) 10.1038/s41558-019-0639-x.

27. ★**Mankin, J. S.**, R. Seager, J. E. Smerdon, B. I. Cook, A. P. Williams, Mid-latitude freshwater availability reduced by projected vegetation responses to climate change, *Nature Geoscience* (2019) s41561-019-0480-x.

26. ★Raymond, C. (G), & **J. S. Mankin**, Coastal moderation of extreme heat in the United States, *Environmental Research Letters* (2019) 10.1088/1748-9326/ab495d.

25. ★Coffel, E. (P), B. Keith, C. Lesk, E. Bower, J. Lee, R. M. Horton, **J. S. Mankin**, More concurrently hot and dry years in the Nile Basin despite increasing precipitation, *Earth's Future* (2019) 10.1029/2019EF001247.

24. ★Coffel, E. (P), R. M. Horton, J. M. Winter, **J. S. Mankin**, Nonlinear increases in extreme temperatures paradoxically dampen increases in extreme humid-heat, *Environmental Research Letters* (2019) 10.1088/1748-9326/ab28b7.

23. Schultz, K. & **J. S. Mankin**, Is temperature exogenous? Conflict Related Uncertainty in the Instrumental Climate Record in Sub-Saharan Africa, *American Journal of Political Science* (2019) 10.1111/ajps.12425.

22. Bishop, D., A. P. Williams, R. Seager, A. M. Fiore, B. I. Cook, **J. S. Mankin**, D. Singh, J. E. Smerdon, M. P. Rao, Investigating the causes of increased 20th-century precipitation over the southeastern United States, *Journal of Climate* (2019) 10.1175/JCLI-D-18-0244.1.

21. Trugman, A. T., D. Medvigy, **J. S. Mankin**, W. R. L. Anderegg, Soil moisture drought as a major driver of carbon cycle uncertainty, *Geophysical Research Letters* (2018) 10.1029/2018GL078131.

20. Cook, B. I., **J. S. Mankin**, K. Anchukaitis, Climate change and drought: from past to future, *Current Climate Change Reports* (2018) 10.1007/s40641-018-0093-2.

19. ⋆**Mankin, J. S.**, R. Seager, J. E. Smerdon, B. I. Cook, A. P. Williams, R. M. Horton, Projected blue water tradeoffs with $CO_2$-enriched ecosystems, *Geophysical Research Letters* (2018) 10.1002/2018GL077051.

18. Skinner, C. B., C. J. Poulsen, **J. S. Mankin**, Amplification of heat extremes by plant $CO_2$ physiological forcing, *Nature Communications* (2018) 10.1038/s41467-018-03472-w.

17. Diffenbaugh, N. S., D. Singh, **J. S. Mankin**, Probability of unprecedented climate events: comparing historical changes with the UN aspirational targets and NDC commitments, *Science Advances* (2018) 10.1126/sciadv.aao3354.

16. Ault, T. R., S. St. George, J. E. Smerdon, S. Coats, **J. S. Mankin**, C. Carrillo, B. I. Cook, S. Stevenson, A robust null hypothesis for the potential causes of megadrought in western North America, *Journal of Climate* (2018) 10.1175/JCLI-D-17-0154.1.

15. Cook, B. I., A. P. Williams, **J. S. Mankin**, R. Seager, J. E. Smerdon, D. Singh, Revisiting the leading drivers of Pacific coastal drought variability in the Contiguous United States, *Journal of Climate* (2018) 10.1175/JCLI-D-17-0172.1.

14. Swain, D. L., D. Singh, D. Horton, **J. S. Mankin**, T. Ballard, N. S. Diffenbaugh, Remote linkages to anomalous winter atmospheric ridging over the northeastern Pacific, *Journal of Geophysical Research-Atmospheres* (2017) 10.1002/2017JD026575.

13. Williams, A. P., Cook, B. I., Smerdon, J. E., Bishop, D. A., Seager, R., **Mankin, J. S.**, The 2016 southeastern US drought: an extreme departure from centennial wetting and cooling, *Journal of Geophysical Research - Atmospheres* (2017) 10.1002/2017JD027523.

12. Smerdon, J. E., Luterbacher, J., Phipps, S. J., (alphabetical thereafter), Comparing data and model estimates of hydroclimate variability and change over the Common Era, *Climate of the Past* (2017) 10.5194/cp-2017-37.

11. ⋆**Mankin, J. S.**, J. E. Smerdon, B. I. Cook, A. P. Williams, R. Seager, The curious case of projected 21st-century drying but greening in the American West, *Journal of Climate* (2017) 10.1175/JCLI-D-17-0213.1.

10. Diffenbaugh, N. S., D. Singh, **J. S. Mankin**, A. Charland, M. Haugen, D. E. Horton, D. L. Swain, D. E. Touma, M. Tsiang, B. Rajaratnam, Quantifying the influence of historical global warming on the probability of unprecedented extreme climate events, *Proceedings of the National Academy of Sciences* (2017), 10.1073/pnas.1618082114.

9. ⋆ **Mankin, J. S.**, D. Viviroli, M. M. Mekonnen, A. Y. Hoekstra, R. Horton, J. E. Smerdon, and N. S. Diffenbaugh, Influence of internal variability on population exposure to hydroclimatic changes, *Environmental Research Letters* (2017) 10.1088/1748-9326.

8. Ault, T., **J. S. Mankin**, B. I. Cook, J. E. Smerdon, Relative impacts of mitigation, temperature, and precipitation on 21st Century megadrought risk in the American Southwest, *Science Advances* (2016) 10.1126/sciadv.1600873.

7. Horton, R., **J. S. Mankin**, C. Lesk, E. Coffel, C. Raymond, A review of recent advances in research on extreme heat events, *Current Climate Change Reports* (2016) 10.1007/s40641-016-0042-x.

6. Coats, S. & **J. S. Mankin**, The challenge of accurately quantifying future megadrought risk in the American Southwest, *Geophysical Research Letters* (2016) 10.1002/2016GL070445.

5. Singh, D, D. L. Swain, **J. S. Mankin**, D. E. Horton, L. Thomas, N. S. Diffenbaugh, Recent amplification of the North American winter temperature dipole, *Journal of Geophysical Research: Atmospheres* (2016) 10.1002/2016JD025116.

4. ⋆**Mankin, J. S.**, D. Viviroli, D. Singh, A. Y. Hoekstra, and N. S. Diffenbaugh, The potential

for snow to supply human water demand in the present and future, *Environmental Research Letters* (2015) 10.1088/1748-9326/10/11/114016.

3. ⋆**Mankin, J. S.**, N. S. Diffenbaugh, Influence of temperature and precipitation variability on near-term snow trends, *Climate Dynamics* (2015) 10.1007/s00382-014-2357-4.

2. Siegfried, T., T. Bernauer, R. Guiennet, S. Sellars, A. W. Robertson, **J. S. Mankin**, P. Bauer-Gottwein, Will Climate Change Exacerbate or Mitigate Water Stress in Central Asia?, *Climatic Change*, **112** (3-4) 881 (2012) DOI 10.1007/s10584-011-0253-z.

1. ⋆**Mankin, J. S.**, Gaming the system: how Afghan opium underpins local power, *Journal of International Affairs*, **63** (1) 195 (2009).

PEER-REVIEWED BOOK CHAPTERS

1. Moore, F., **J. S. Mankin**, A. H. Becker, Disciplines: Integrating Climate and Social Sciences, Chapter 4 in *Climate Cultures: Anthropological Perspectives on Climate Change*. Jessica Barnes and Michael Dove (eds). New Haven: Yale University Press (2015).

DATASETS

1. National-scale attribution of historical climate damages, (2022) 10.1007/s10584-022-03387-y. Available at: https://rcweb.dartmouth.edu/CMIG/national_attribution_2022/prod/.
These data are being used in ongoing climate litigation by Our Children's Trust in their national court case (Juliana v. United States) and international cases (e.g., in Canada's LaRose v. Her Majesty, among others in development). Also is the basis of an advising opinion being written by the International Court of Justice for the UN on questions of Loss & Damage.

REPORTS

3. ⋆**Mankin, J.S.**, A. Gottlieb, C. Callahan, National climate damages traceable to emissions from the U.S. transport sector, September 2025, https://zenodo.org/records/17080804.

2. ⋆**Mankin, J.S.**, A. Gottlieb, C. Callahan,ational climate damages traceable to emissions from the U.S. power sector, June 2025, https://doi.org/10.5281/zenodo.16874810.

1. ⋆**Mankin, J.S.**, Response to Request for Information Development of a Climate Superfund Cost Recovery Program for the State of Vermont, October, 2024.

OTHER WRITING

15. ⋆Lesk, C. (P), S. Shukla, W. B. Anderson, B. I. Cook, & **J. S. Mankin**, Continental drying unlikely to explain recent sea-level rise,Reply to Seo et al., Abrupt sea level rise and Earth's gradual pole shift reveal permanent hydrological regime changes in the 21st century, *Science e-letter*.

14. ⋆**Mankin, J. S.**, The people have a right to climate data, *The New York Times*, Section A, Page 22, 20 January 2024.

13. ⋆Lesk, C. (P), **J.S. Mankin** & National Center for Atmospheric Research Staff (Eds), The Climate Data Guide: Making sense of data from Land Surface Models (LSMs), September 2023.

12. ⋆**Mankin, J. S.** & C. Callahan (G), The other climate change, *The Los Angeles Times*, page A11, 25 May 2023.

11. ⋆C. Callahan (G) & **Mankin, J. S.**, MLB home run counts are rising and global warming is playing a role, *The Conversation*, 7 April 2023.

10. ⋆**Mankin, J. S.** & C. Callahan (G), The Scientific Case for Climate Liability and Loss and Damage Claims, *Lawfare*, 2022.

9. ⋆**Mankin, J. S.**, The American West's drought isn't a disaster. It's our new, permanently arid normal, *The Washington Post*, 2021.

8. Fu, R., I. Simpson, **J. S. Mankin**, A. Hoell, D. Barrie, Fueled by climate change, costly Southwest drought isn't going away, *The Washington Post*, 2021.

7. ⋆Coffel, E. (P) & **J. S. Mankin**, Thermal power generation disadvantaged under global warming, *Carbon Brief*, 2021.

6. Fu, R., A. Hoell, **J. S. Mankin**, I. Simpson, Addressing drought-heatwave-wildfire interactions, *EOS*, 2021.

5. ⋆Coffel, E. (P) & **J. S. Mankin**, More rain but less water in the Nile Basin, *The Conversation*, 13 January 2020.

4. ⋆**Mankin, J. S.**, et al., Will plants help make the planet wetter or drier in a changing climate?, *Carbon Brief*, 5 November 2019.

3. Schultz, K. & **J. S. Mankin**, The weather stations that monitor climate change are at risk. This is why, *The Washington Post*, 22 April 2019.

2. **Mankin, J. S.**, Rotten to the core, *Foreign Policy*, (2011).

1. **Mankin, J. S.**, Preventive semantics, *Foreign Policy*, 146 (2005).

## Academic honors and awards

**MIT & Woods Hole Oceanographic Institution,** H. Burr Steinbach Visiting Scholar, 2025.

**American Geophysical Union,** Global Environmental Change Early Career Award, 2024.

**World Climate Research Programme & Future Earth:** Callahan & Mankin, *Science* (2023) named one of the 10 New Insights in Climate Science (10NICS), 2024.

**Keynote Lecture,** National Academies of Sciences, Climate Change and Human Migration, 2024.

**AGU Editors' Highlight:** Li et al., "Emergent trends complicate the interpretation of the United States Drought Monitor," 2024.

**Nature Editors' Highlight**: Gottlieb & Mankin, "Evidence of human influence on Northern Hemisphere snow loss," 2024.

**Nature Cover Article**: Gottlieb & Mankin, "Evidence of human influence on Northern Hemisphere snow loss," 2024.

**AMS Editors' Highlight:** Callahan et al., "Global warming, home runs, and the future of America's pastime," 2024.

**Science Editors' Highlight**, Callahan & Mankin, "Persistent effect of El Niño on global economic growth," 2024.

**Climate Science Leader**, Climate Judiciary Project, Environmental Law Institute, 2023.

**Science Editors' Highlight:** Callahan et al., "Global warming, home runs, and the future of America's pastime," 2023.

**IOP Editors**, Outstanding Reviewer Award, 2022.

**AMS Editors' Highlight:** Gottlieb & Mankin, "Observing, measuring, and assessing the consequences of snow drought," 2022.

**Nature Editors' Highlight:** Callahan & Mankin, "Globally unequal effect of extreme heat on economic growth," 2022.

**IOP Editors**, Outstanding Reviewer Award, 2021.

**AGU Editors' Highlight**: Mankin et al., "The value of initial condition large ensembles to robust adaptation decision-making," 2020.

**Nature Editors' Highlight**: Qin et al., "Agricultural risks from changing snowmelt," 2020.

**Named Co-Lead**, National Oceanic and Atmospheric Administration (NOAA) Drought Task Force IV, 2020.

**Nature Editors' Highlight:** Schultz & Mankin, "Is temperature exogenous? Conflict related uncertainty in the instrumental climate record in Sub-Saharan Africa," 2019.

**Nature Climate Change Editors' Highlight:** Mankin et al. "The potential for snow to supply human water demand in the present and future," 2018.

**IOP Editors,** Outstanding Reviewer Award, 2016.

**IOP Editors' Highlight:** Mankin et al.,"The potential for snow to supply human water demand in the present and future," 2016.

**Nature Editors' Highlight:** Mankin et al., "The potential for snow to supply human water demand in the present and future," 2015.

**IOP Editors Annual "Select" Article**, Mankin et al., "The potential for snow to supply human water demand in the present and future," 2015.

**Environmental Research Letters Monthly Highlights Collection**, November 2015.

**Andrew Wellington Cordier Essay Winner**, Columbia University, 2009.

**Distinction**, MSc. Thesis, London School of Economics, 2008.

FELLOWSHIPS

**Scialog Fellow**, Kavli Foundation, Research Corporation for Science Advancement (RCSA), 2025-2026.

**Petitt Family Fellowship**, Dartmouth College, 2023-2024.

**Junior Faculty Fellowship**, Dartmouth College, 2021-2022.

**Earth Institute Postdoctoral Fellowship**, Columbia University, 2015-2017.

**Northeast Climate Science Center Fellowship**, The Center for Climate Systems Research & University of Massachusetts, Amherst, 2015-2017.

**Predoctoral Science Fellowship**, Center for International Security and Cooperation (CISAC), Stanford University, tuition and stipend, 2014-2015.

**Stanford Center on International Conflict and Negotiation (SCICN) Fellowship**, Stanford Law School, 2012-2013.

**Rising Environmental Leadership Program (RELP) Fellowship**, Woods Institute for the Environment, Stanford University, 2012-2013.

**Margaret Jonsson Family Foundation Fellowship**, School of Earth Sciences, Stanford University, tuition and stipend, 2010-2014.

**Environmental Science Academic Fellowship**, Columbia University, 2010.

ACADEMIC SERVICE

PROFESSIONAL

**Member**, National Academies of Sciences, The Future of Drought in the United States Consensus Study, 2025-2026

8

**Member**, US CLIVAR Working Group on Accelerating Research on the Scientific Foundations of Regional Climate Risk Information, 2025-2028

**Co-lead**, 'Drought' Water Cycle Priorities, NASA Decadal Survey, 2024-2025

**Member**, British Institute of International and Comparative Law (BIICL) Global Perspectives on Corporate climate Legal Tactics Core Group, 2025-present

**Graphics Lead Author**, Sixth National Climate Assessment (NCA6), Chapter 12, 2024-2027

**Media Lead**, World Climate Research Programme & Future Earth 10 New Insights in Climate Science, 2024

**Deputy Chief Editor**, *Earth's Future*, American Geophysical Union, 2025-present

**Editor**, *Earth's Future*, American Geophysical Union, 2024-present

**Associate Editor,** *Journal of Climate*, American Meteorological Society, 2023-present

**Associate Editor,** *Earth's Future*, American Geophysical Union, 2022-2024

**Co-Chair,** 37th Conference on Climate Variability and Change at the 104th American Meteorological Society (AMS) Annual Meeting, 2023-2024

**Member,** The Corporation of the Montshire Museum of Science, 2024-present

**Member,** American Meteorological Society Committee on Climate Variability and Change (AMS CVC), 2020-present

**Committee Member,** *Earth's Future* Editor-in-Chief Search Committee, 2023

**Committee Member,** Conference on Attribution Science and Climate Law Advisory Committee, Columbia University, 2024-present

**Chair,** American Meteorological Society CVC Scientific and Technological Activities Commission (STAC) Awards Committee, 2021-2023

**Member,** American Meteorological Society CVC STAC Awards Committee, 2023-present

**Co-lead,** National Oceanic and Atmospheric Administration Drought Task Force (NOAA DTF), 2020-2023

**Member Representative,** University Corporation for Atmospheric Research (UCAR) for Dartmouth College, 2020-present

**Senior Anti-Corruption Advisor,** NATO International Security Assistance Force (ISAF), 2011

**Advisor,** U.S. House of Representatives, Subcommittee on Environment of the House Committee on Science, Space, and Technology Majority, 2022

**Proposal referee for** National Science Foundation (Climate & Large Scale Dynamics; Geoinformatics; Human-Environment and Geographical Sciences; Paleo Perspectives on Climate Change; Human Networks and Data Science), National Oceanic and Atmospheric Administration, Department of Energy, Human Frontier Science Program, Swiss National Science Foundation

**Guest Editor for** Proceedings of the National Academy of Sciences (2025)

**Journal referee for** Journal of Climate, Geophysical Research Letters, Journal of Hydrology, Nature, Science, Water Resources Research, Earth's Future, Biogeosciences, Climate Dynamics, Climatic Change, Climate of the Past, Frontiers in Climate Science, Environmental Research Letters, Earth Science Reviews, Nature Climate Change, Agricultural and Forest Meteorology, Proceedings of the National Academy of Sciences, Nature Communications, Sustainability, Nature Water, Journal of Geophysical Research-Atmospheres, npj Climate Science, PlosOne, Science Advances, Springer Publishing, Cambridge University Press

**Session Convener,** American Geophysical Union (AGU) 2024, 'Advances in understanding water-energy-carbon interactions I and II'; American Geophysical Union (AGU) 2023, 'Drought: Mechanisms and Impacts in the Past, Present, and Future'; American Geophysical Union (AGU) 2022, 'Drought: Mechanisms and Impacts in the Past, Present, and Future'; American Meteorological Society (AMS) 2022, 'Land-Atmosphere Interactions'; American Geophysical Union (AGU) 2021, 'Drought: Mechanisms and Impacts in the Past, Present, and Future'; American Meteorological Society (AMS) 2021, 'Downscaling and Regional Climate Change'; American Geophysical Union (AGU) 2020, 'Understanding the Terrestrial Hydrological Response to Atmospheric $CO_2$: Constraints from the Geologic Past and Insights into the Future'; American Meteorological Society (AMS) 2020, 'The use of large ensembles in understanding climate variability and change', January 2020

**Seminar organizer,** Dartmouth's 'Critical Data' seminar series, 2019-2020; Lamont-Doherty Earth Observatory Division of Ocean & Climate Physics Seminar, 2016-2017

**Conference organizer,** Co-Chair of the 37th Conference on Climate Variability and Change at AMS 2024; Columbia Sabin Center Climate and Law Workshop planning committee, January 2025; AGCI Workshop Chair "The Future of Terrestrial Water Availability" October 2024; PAGES2k PMIP3 Workshop planning committee, Lamont-Doherty Earth Observatory, June 1-3 2016

**OSPA Judge,** AGU 2016 Fall Meeting; AMS 2020 Annual Meeting; AMS 2021 Annual Meeting; AGU 2021 Annual Meeting; AMS 2022 Annual Meeting

DARTMOUTH

**Member**, Joint Economics-Irving Institute Faculty Search Committee, 2025-present

**Team Faculty Advisor**, Dartmouth Women's & Men's Lacrosse teams, 2025-present

**Chair**, Dartmouth Climate Futures Initiative Research Colloquium, 2024

**Member,** Dartmouth Climate Collaborative Advisory Council, 2024-present

**Member,** Committee on Standards (COS), 2023-present

**Member,** Committee on the Faculty (COF), Dartmouth, 2020-2021

**Member,** Provost's Strategic Working Group to the Irving Institute, 2024

**Chair,** Curriculum Committee, Department of Geography, 2024-present

**Member,** Curriculum Committee, Department of Geography, 2023-present

**Member,** Departmental Seminar Committee, Department of Geography, 2024-present

**Co-chair,** Departmental Seminar Committee, Department of Geography, 2019-2020

**Member,** Dartmouth Climate Solutions Working Group Organizing Committee, 2023-2024

**Member,** Search Committee, Department of Geography, 2022-2023

**Chair,** Curriculum Committee, Dartmouth EEES PhD program, 2020-2022

**Member,** Curriculum Committee, Dartmouth EEES PhD program, 2022-present

**Member,** Program Chair Selection Committee, Dartmouth EEES PhD program, 2021-2023

**Advisory Board Member,** Irving Institute Faculty Advisory Board, 2022-2024

**Member,** Ad Hoc Group on Energy for Dartmouth Sustainability Office, 2022-2023

**Member,** Design Initiative at Dartmouth (DIAD) Steering Committee, 2022-present

**Faculty Advisor,** Center for Environmental Leadership Training (CELT), 2022-present

ADVISEES          POSTDOCTORAL FELLOWS

**Coffel, Ethan**, Postdoctoral Fellow, Neukom Institute, Dartmouth, lead advisor (2018-2020), now Asst. Prof. at Syracuse University

**Fofrich, Robert**, Postdoctoral Fellow, Silicon Valley Family Foundation, lead advisor (2026-2028)

**Gottlieb, Alex**, Postdoctoral Fellow, Rockefeller Family Fund, lead advisor (2024-2026)

**He, Yaqian**, Postdoctoral Fellow, Department of Geography, Dartmouth, lead advisor (2018-2020), now Asst. Prof. at University of Arkansas

**Lesk, Corey**, Postdoctoral Fellow, Neukom Institute, Dartmouth, lead advisor (2022-2025), now Asst. Prof. at UQAM

**Li, Zhiying**, Postdoctoral Fellow, Department of Geography, Dartmouth, lead advisor (2021-2024), now Asst. Prof. at Indiana University

**von Fromm, Sophie**, Postdoctoral Fellow, Neukom Institute, Dartmouth, co-advisor (2023-2025), now Asst. Prof. at Montana State University

GRADUATE STUDENTS

**Burks, Junior**, PhD student, EEES program, Dartmouth, committee member (2025-present)

**Burns, Madeleine**, PhD student, EEES program, Dartmouth, NDSEG funded, lead advisor (2025-present)

**Callahan, Christopher**, PhD student, EEES program, Dartmouth, NSF GRFP funded, lead advisor (2018-2023), now Asst. Prof. at Indiana University

**Gottlieb, Alex**, PhD candidate, EEES program, Dartmouth, DOE funded, lead advisor (2019-2024), now Postdoctoral Scholar, Dartmouth

**Lane, Erin**, PhD candidate, EEES program, Dartmouth, committee member (2021-2025)

**Perlmutter, Flora**, PhD candidate, EEES Program, Dartmouth, NSF GRFP funded, lead advisor (2022-present)

**Potemkin, Stella**, PhD student, EEES program, Dartmouth, SVCF Foundation funded, lead advisor (2025-present)

**O'Shea, Maggie**, PhD student , EEES program, Dartmouth, Changing Horizons Foundation funded, lead advisor (2023-present)

**Savage, Joseph**, PhD student, EEES program, Dartmouth, committee member (2025-present)

**Wang, Chunmeng**, PhD student, EEES program, Dartmouth , committee member (2025-present)

UNDERGRADUATE STUDENTS

**Liu, Joanne**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2019-2019)

**Martinez, Emily**, Junior Research Fellow, Neukom Scholar, Dartmouth undergraduate (2019-2022)

**Rust, Elise**, Senior Honors Thesis QSS, Dartmouth undergraduate (2020-2021)

**Zamora Castillo, Santiago**, Dartmouth undergraduate (2020-2020)

**Siegert, Noel**, Dartmouth undergraduate (2020-2023)

**Pronichenko, Katya**, Dartmouth Sophomore Research Scholar (2021-present)

**Adobamen, Anna**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2021-2021)

**Kulasingham-Poon, Meghan**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2021-present)

**Yildirim, Ulgen**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2021-2021)

**Gerber, Annabel**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2021-present)

**Moon, Zoe**, Women in Science Program Fellow (WISP), Dartmouth undergraduate (2022-present)

**Bryant, Grace**, Senior Honors Thesis Student, Earth Sciences, Dartmouth undergraduate (2022-2023)

**Simon, Erica**, Neukom Scholar, Dartmouth undergraduate (2022-present)

**Lertbunnaphongs, Buntida "Beam"**, ENVS scholar, Dartmouth undergraduate (2023-2024)

**Pogue, Lily** Senior Honors Thesis Student, Geography, Dartmouth undergraduate (2024)
**Colgan, May** URAD researcher, Geography, Dartmouth undergraduate (2024-present)
**Ding, Gary** EPS scholar, Dartmouth undergraduate (2025-present)

Grants

External agencies and foundations, pending (total: $5M)

6. **Frontiers Planet Prize**, sole-PI, *limited submission, pending*, End-to-end climate attribution (2026).

5. **Bassi Fellowship**, University of Venice, Euro-Mediterranean Center on Climate Change (CMCC), sole PI, *invited submission, pending*, The costs of climate to reinsurance (2026-2027).

4. **Guggenheim Foundation**, sole PI, *pending, 9/2026-8/2027*, Expanding the end-to-end climate attribution ecosystem.

3. **Keck Foundation**, co-PI, with K. Reed (Stony Brook University), *invited submission, pending, 01/2026-12/2028*, Physically linking climate change to flood impacts. ($500k to Dartmouth)

2. **Larsen Lam Climate Change Foundation**, PI, *invited submission, pending 9/2025-8/2027*, Assessing insured losses from individual emitters. ($2.6M to Dartmouth)

1. **Ikea Foundation**, lead PI, with B. Franta (Oxford University), C. Rodriguez-Garavito (NYU Law), *pending, 10/2025-08/2027*, Democratizing Climate Data: The Climate Damage Attribution Library. ($1.6M to Dartmouth)

External agencies and foundations, current, cancelled, & completed
Total to Dartmouth: $2.37M

10. **Changing Horizons Fund**, sole PI, unrestricted gift, *6/2025* ($50k to Dartmouth)

9. **Silicon Valley Community Foundation**, sole PI, unrestricted gift, *5/2025*. ($800,000 to Dartmouth)

8. **Rockefeller Family Fund**, sole PI, *9/2024-8/2026*, Transparent, reproducible, and rational estimates of climate damages to Vermont from particular emissions. ($ 450,000 to Dartmouth)

7. **NOAA Climate Variability & Predictability**, co-I, with Y. Jiang, J. Smerdon, and R. Seager (Columbia University), *recommended, but remains unfunded, 1/2025 - 1/2028,* The impact of land surface conditions on the evolution and predictability of ocean-driven hydroclimate extremes in the western U.S. ($77k to Dartmouth)

6. **NOAA NIDIS**, co-PI with Z. Li (Indiana), Y. Jiang, J. Smerdon, R. Seager (Columbia), Contextualizing Drought Severity in a Changing Climate to Support Drought Monitoring and Management, *selected, remains unfunded, 1/2026-08/2028*. ($52k to Dartmouth)

5. **NSF Climate & Large Scale Dynamics**, co-PI, with Syracuse University,*9/2023-8/2026*, Agriculture as a driver of regional climate extremes. ($128,075 to Dartmouth)

4. **Aspen Global Change Institute**, co-PI, with Cornell *awarded*, Future resilience and risk of terrestrial water availability: towards an integrated perspective on water, plants, and climate.

3. **Department of Energy**, co-PI, with J. Smerdon and R. Seager of Columbia University, *9/2021 - 8/2025,* The Role of Vegetation in Past and Future Global Hydroclimatic Change. ($332,560 to Dartmouth)

2. **NSF Human-Environment and Geographical Sciences**, co-PI, *7/2021 - 6/2024,*The Crop-Climate Feedback Cycle and its Implications for Global Food Production.( $26,600 to Dartmouth)

1. **NOAA Modeling, Analysis, Predictions and Projections**, lead PI, with J. Smerdon, B. Cook, and R. Seager of Columbia University, *9/2020 - 8/2024,* Regional Influences of Vegetation on Complex Droughts in North America. ( $421,334 to Dartmouth)

Internal, current & completed

**Rockefeller Center**, lead PI, Future Terrestrial Water Availability: Towards an Integrated Perspective on Water, Plants, and Climate, Dartmouth, 2024.

**Neukom Institute CompX**, lead PI, Geophysical Data Poverty in Climate Damage Assessments, Dartmouth, 2024-25.

**Wright Center for the Study of Computation and Just Communities**, lead PI, National Attribution of Historical Climate Damages: Data in Service of Climate Litigation, Dartmouth, 2022.

**Neukom Institute CompX**, lead PI, Assessing adaptation feedbacks to present and future climate extremes, Dartmouth, 2020-21.

**Rockefeller Center**, lead PI, Estimating the time of emergence and distribution of climate adaptation benefits for climate decision-making, Dartmouth, 2020-21

**Walter and Constance Burke Research Initiation Award**, lead-PI, The role of vegetation in shaping present and future aridity and drought, 2018

**Earth Institute** lead PI, Columbia University, 2015-2017.

**Earth Institute Cross-Cutting Initiative**, co-I, Columbia University, 2016-2017.

**E-IPER Graduate Summer Research Grant**, 2012.

**McGee Grant**, Stanford University, School of Earth Sciences, 2011.

ACADEMIC CERTIFICATIONS

**National Center for Atmospheric Research (NCAR)**, Boulder, CO, USA
Community Land Model Workshop **September 2016**

**National Centre of Competence in Research, Climate (NCCR)**, Grindewald, Switzerland
NCCR Swiss Climate Research Summer School **Summer 2013**

**National Center for Atmospheric Research (NCAR)**, Boulder, CO, USA
Community Earth System Model (CESM) Workshop **Summer 2012**

TEACHING

⋆ Denotes an original course developed by Mankin for Dartmouth students

1. ⋆GEOG 01.01: Introduction to Earth System Science
   Lower-division course that introduces students to the study of the physical environment using a systems approach. The lab-based course examines how energy, mass, and momentum are exchanged through physical world, the sets of feedbacks a processes such exchange generates, and how those determine the varied forms of life on Earth. Offered SP 21, F 22, F 23, F 24, F 25, every year.

2. ⋆ GEOG 16.01: A Climate for Human Security
   Mid-division course that examines how the biogeophysics of the climate system shape human welfare and security; assumes a knowledge of the physics of global warming (e.g., GEOG 5) and statistics. Topics include climate projections, climate variability, climate uncertainty, climate sensitivity, and the carbon budget, the consumptive and paradoxical dimensions of the climate problem, the differences between 1.5°C and 2°C worlds, climate and political violence, mitigation, adaptation, and geoengineering. Offered SU 19, SP 21, SP 23, SP 24, W 26, offered most years.

3. ⋆ GEOG 18.01/EEES 140: Climate Extremes on a Warming Planet
   Mid-division course on the physics, impacts, and future of extreme weather and climate with a parallel graduate-level offering (EEES 140). The cloud-based python notebook problem sets developed by Mankin for the class led GEOG 18.01 to be selected as the pilot class for Dartmouth's Data Science Infused for Undergraduate STEM Education Project (DIFUSE), which is an NSF-funded project to develop data science applications in Dartmouth undergraduate classrooms.

13

      Assumes no prior knowledge of atmospheric science or programming. Offered SP 19, SP 20, SU 20, SP 23, SP 24, W 25, F 25, offered most years.

4. ⋆ GEOG 60.01/EEES 160: Earth System Modeling
Upper division course with a parallel graduate-level offering (EEES 160) introduces the concepts (theory and practicalities) related to the science and art of numerical modeling generally, and process-based modeling for climate science, specifically. Students build and work with a range of models, from simple, zero-dimensional radiation balance models to compiling and running fully-coupled global-scale Earth System Model experiments on a supercomputer (NCAR's Cheyenne cluster). Students learn the potentials and pitfalls of modeling more generally, while positioning a rational evaluation of models and their place in society, especially around predictions of climate change. Assumes knowledge of scientific computing, linear algebra, vector calculus, statistics, and differential equations. Offered W 23, SP 25, and every other year.

5. ⋆ GEOG 63.01: Decarbonize Your Life
An action-biased, transformative course designed to empower students with a comprehensive understanding of the imperative and practice of individual-level decarbonization. Grounded in an interdisciplinary approach, the course integrates insights from philosophy, critical social science, climate science, engineering, economics, medicine, and public policy. By the end of the term, students will be equipped with the knowledge and tools to critically analyze their carbon footprints and develop actionable, informed strategies to reduce their personal environmental impact where they live, now. Offered F 26.

6. ⋆ EEES 162/EARS 204/GEOG 90.03: Advanced Topics in Climate Science
During this course, students use primary literature and reviews to explore and interrogate seminal, retired, and new findings in climate science. Topics include climate forcings and feedbacks, land-atmosphere interactions, tipping elements, emergent constraints, climate projections, detection and attribution, climate impacts, integrated assessment, climate extremes, adaptation, and mitigation. Students will situate findings within their broader scientific experience and pursuits, tracing the evolution of ideas over time and pinpointing open questions for future research. Offered F 26.

TESTIMONY AND BRIEFINGS

7. Legislative testimony to Massachusetts Joint Committee on Energy & the Environment for H.1014/S.588, *September 2, 2025*.

6. Legislative testimony to Maine Committee on Committee on Environment and Natural Resources Testimony for LD 1870, *May 5, 2025*.

5. Briefing to Vermont Secretary for Natural Resources on S.259, *April 9, 2024*.

4. Briefing to the California Attorney General's Office, *June 26, 2024*.

3. Senate Testimony to Vermont Senate Natural Resources & Energy Committee on S.259, Montpelier, VT *March 21, 2024*.

2. Senate Testimony to Vermont Senate Judiciary Committee on S.259, Montpelier, VT *February 22, 2024*.

1. Congressional Briefing to Subcommittee on Environment, Committee on Science, Space, and Technology on Hydrologic Outlooks for the Western U.S., U.S. House of Representatives, Washington, D.C. *July 14, 2022*.

INVITED WORKSHOPS

17. Continental Weather and Climate Workshop III, Harvard University, Cambridge, MA, USA *May 22-23, 2025*.

16. Examining State Climate Superfund Bills, Environmental Law Institute, Washington, D.C., USA *March 19, 2025*.

14

15. Law and Climate Science Workshop, Climate Litigation Accelerator New York University, New York, NY, USA *April 4, 2025*.

14. Attribution Science and Climate Law Conference, Columbia University, New York, NY, USA *January 9-10, 2025*.

13. World Climate Research Programme Safe Landings Group, Geneva, Switzerland *could not attend, November 18-20, 2024*.

12. JPL Climate Risk Science Workshop, JPL Pasadena, CA, USA *October 28-30, 2024*.

11. Aspen Global Change Institute, Future of Terrestrial Water, Aspen, CO USA October 20-25, 2024.

10. Continental Weather and Climate Workshop II, Harvard University, Cambridge, MA, USA *June 14-16, 2024*.

9. National Academies Workshop on Climate Change and Human Migration: An Earth Systems Science Perspective, National Academies of Sciences, Engineering, and Medicine, Washington, D.C., USA *March 18-19, 2024*.

8. Continental Weather and Climate Workshop I, Harvard University, Cambridge, MA, USA *June 14-16, 2023*.

7. Assessing Drought in a Changing Climate, National Integrated Drought Information System (NIDIS) and the USDA Climate Hubs, Boulder, CO, USA, *February 28, 2023*.

6. Environmental Law Institute, Climate Leaders Judiciary Project, Washington, D.C., USA, *February 27, 2023*.

5. Rapid Attribution Workshop, National Oceanic and Atmospheric Administration, Boulder, CO, USA, *May 24-25, 2022*.

4. Continental Climate Change: Simple Models to Understand the Future, University of St. Andrews, Scotland, UK, *June 15, 2022*.

3. United States Climate Modeling Summit (US-CMS) on Land-Atmosphere Interactions and Extremes, NOAA Center for Weather and Climate Prediction, College Park, MD, USA, *April 4, 2018*.

2. NSF-EASM Workshop on Surviving peak drought and warming in the Southwest, University of Arizona, Tucson, AZ, USA, *March 29-30, 2018*.

1. PAGES2K / PMIP3 Hydroclimate Workshop, Lamont-Doherty Earth Observatory, Palisades, NY, USA, *June 1-3, 2016*.

PRESENTATIONS   INVITED TALKS (SELECTED)

64. American Geophysical Union (two invited talks), New Orleans, LA., USA *December 15-16, 2025*.

63. Program in Atmospheres, Oceans, & Climate (PAOC) Colloquium, Department of Earth, Atmospheric, and Planetary Sciences, MIT, Cambridge, MA, USA *December 1, 2025*.

62. *upcoming,* GundxChange, Gund Institute for the Environment, University of Vermont, Burlington, VT, USA *November 7, 2025*.

61. MIT-WHOI, Steinbach Scholar Colloquium (two talks), Woods Hole Oceanographic Institution, Woods Hole, MA, USA *August 2/3, 2025*.

60. Harvard University Center for the Environment, Harvard University, Cambridge, MA, USA *May 23, 2025*.

59. US Climate Alliance, Washington, D.C., USA *May 21, 2025*.

58. Rockefeller Family Fund, New York, NY, USA *May 20, 2025*.

15

57. Department of Geography Colloquium, UCLA, Los Angeles, CA, USA *May 12, 2025*.

56. Larsen Lam Climate Change Foundation, *May 8, 2025*.

55. New York University School of Law, New York, NY, USA *April 4, 2025*.

54. Thayer School of Engineering Ice+Climate Seminar, Hanover, NH, USA *March 28, 2025*.

53. Environmental Law Institute, Washington, D.C., USA *March 19, 2025*.

52. Department of Earth Sciences, University of Oxford, Oxford, England, UK *March 14, 2025*.

51. Ocean & Climate Physics Seminar, Lamont-Doherty Earth Observatory of Columbia University, Palisades, NY, USA *January 24, 2025*.

50. Columbia Law School, Climate Accountability Workshop, New York, NY, USA *January 10, 2025*.

49. American Geophysical Union, Washington, D.C., USA *December 13, 2024*.

48. Jet Propulsion Laboratory, Caltech, Pasadena, CA, USA *October 28, 2024*.

47. Aspen Global Change Institute, Aspen, CO, USA *October 22, 2024*.

46. Franklin Environmental Center at Hilcrest Climate Action Program, Middlebury College, Middlebury, VT, USA *September 10, 2024*.

45. Rockefeller Family Fund, New York, NY, USA *June 13, 2024*.

44. Harvard University Center for the Environment, Harvard University, Cambridge, MA, USA *June 14, 2024*.

43. Columbia Climate School, Columbia University, New York, NY, USA *June 5, 2024*.

42. New York University School of Law, Climate Litigation Accelerator, New York, NY, USA *March 20, 2023*.

41. National Academies of Sciences, Engineering, and Medicine, Washington, D.C., USA *March 18, 2024*.

40. Grantham Institute, London School of Economics, London, England, UK *November 20, 2023*.

39. Smith School of Enterprise and the Environment, University of Oxford, Oxford, UK *October 12, 2023*.

38. Department of Earth and Planetary Sciences, Harvard University, Cambridge, MA, USA *15 June 2023*.

37. Earth Research Institute, University of California, Santa Barbara, Santa Barbara, CA, USA *19 May 2023*.

36. K. Douglas Nelson Seminar, Department of Earth and Environmental Sciences, Syracuse University, Syracuse, NY, USA *April 6, 2023*.

35. Advances in Climatology, American Association of Geographers Annual Meeting, Denver, CO, USA *March 23, 2023*.

35. Environmental Law Institute, Washington, D.C., USA *February 28, 2023*.

34. Irving Energy Institute, Faculty Seminars on Energy and Climate, Dartmouth College, Hanover, NH, USA *February 17, 2023*.

33. Department of Earth and Atmospheric Sciences, Cornell University, Ithaca, NY, USA *October 19, 2022*.

32. Department of Atmospheric Sciences, Texas A&M, College Station, TX, USA *September 21, 2022*.

31. NOAA-CIRES Rapid Attribution Workshop, Boulder, CO, USA *May 24, 2022*.

30. School of Earth and Environmental Sciences, University of St. Andrews, Fife, Scotland, UK *June 15, 2022*.

29. School of Ocean and Earth Science and Technology (SOEST), University of Hawaii, Manoa *November 19, 2021*.

28. Science Pub of Vermont, Brandon, VT, USA *November 7, 2021*.

27. Department of Earth System Science, University of California, Irvine, Irvine, CA, USA *April 12, 2021*.

26. NOAA Drought Task Force Monthly Meeting, Teleconference, USA *January 8, 2021*.

25. Department of Earth, Environmental and Planetary Sciences, Rice University, Houston, TX, USA *February 20, 2020*.

24. Department of Environmental Science, University of Virginia, Charlottesville, VA, USA *13 February 2020*.

23. Department of Environmental, Earth and Atmospheric Sciences, University of Massachusetts-Lowell, Lowell, MA, USA *October 17, 2019*.

22. American Geophysical Union, Washington, D.C., USA, *December 12, 2018*.

21. American Geophysical Union, New Orleans, LA, USA, *December 13, 2017*.

20. Center for Lifetime Study, Marist College, Poughkeepsie, NY, USA, *October 3, 2017*.

19. Pacala lab, Princeton University, Princeton, NJ, USA, *May 3, 2017*.

18. Department of Earth & Planetary Sciences, Brown University, Providence, RI, USA, *May 1, 2017*.

17. Sustainable Development Program (*guest lecture*), Columbia University, New York, NY, USA, *May 24, 2017*.

16. School of the Environment, Washington State University, Vancouver, WA, USA, *February 9, 2017*.

15. Department of Earth Sciences, University of Minnesota, Minneapolis, MN, USA, *February 6, 2017*.

14. Department of Environmental Science, American University, Washington, DC, USA, *January 31, 2017*.

13. Department of Geography, Dartmouth College, Hanover, NH, USA, *January 16, 2017*.

12. Society, Water, and Climate, The University of Utah, Salt Lake City, Utah, USA, *November 29, 2016*.

11. Urban Ecology Studio, Graduate School of Architecture, Planning, and Preservation, Columbia University, New York, NY, USA, *June 30, 2016*.

10. Department of Earth & Planetary Sciences Seminar, Northwestern University, Evanston, IL, USA, *February 19, 2016*.

9. Earth Matters Series, "A Matter of Degrees", School of Continuing Education, Stanford University, Stanford, CA, USA, *February 24, 2015*.

8. Ocean & Climate Physics Seminar, Lamont-Doherty Earth Observatory, Palisades, NY, *February 20, 2015*.

7. Center for International Security and Cooperation (CISAC), Freeman Spogli Institute (FSI), Stanford, CA, USA, *January 15, 2015*.

6. Stanford Center on International Conflict and Negotiation (SCICN), Stanford, CA, *May 28, 2013*.

5. Knowledge transfer program (KTP), University of Reading, Reading, UK, *May 8, 2012*.

4. Policy & Economic Research Roundtable (PERR), Stanford University, Stanford, CA, USA, 27 January 2012.

3. National Conference on Science, Policy and the Environment (NCSE): Environment and Security, Washington, DC, USA, *January 18, 2012*.

2. Center for International Security and Cooperation (CISAC), Hewlett Foundation, CA, USA, *January 17, 2012*.

1. NATO ISAF HQ CJIATF-Shafafiyat, Kabul, Afghanistan, *January 30, 2011*.

Contributed talks (select 1st author only)

9. **Mankin, J.S.**, Nonlinear plant responses to carbon dioxide and climate diminish water availability, American Geophysical Union Annual Meeting, Chicago, IL, USA, 12 December 2022.

8. **Mankin, J.S.**, The causes, consequences, and future of the ongoing Western U.S. drought, American Association of Geographers, New York, NY, USA 27 February 2022.

7. **Mankin, J.S.**, H. Singh, J. E. Smerdon, B. I. Cook, R. Seager, Impact of vegetation on historical North American droughts and the implications for a future greenhouse world, American Geophysical Union Annual Meeting, Washington, D.C., USA, 7 December 2020.

6. **Mankin, J.S.**, R. Seager, J. E. Smerdon, B. I. Cook, A. P. Williams, Will plants ameliorate or amplify drought risks under global warming? American Geophysical Union Annual Meeting, Washington, D.C., USA, 10 December 2018.

5. **Mankin, J. S.**, Blue water tradeoffs with ecosystems in a CO2-enriched climate, American Association of Geographers, New Orleans, LA, USA 11 April 2018.

4. **Mankin, J. S.**, J. E. Smerdon, B. I. Cook, A. P. Williams, R. Seager, Transpiration-driven aridification of the American West in 21st century model projections, American Geophysical Union Annual Meeting, San Francisco, CA, USA, 12 December 2016.

3. **Mankin, J. S.**, Climate certainty, uncertainty and human water availability in a warming world, Stanford University, Stanford, CA, USA, 12 June 2015.

2. **Mankin, J. S.**, D. Viviroli, M. M. Mekonnen, A. Y. Hoekstra, and N. S. Diffenbaugh, Quantifying the crucial role of snow in supplying human water demand. American Geophysical Union Annual Meeting, San Francisco, CA, USA, 15 December 2014.

1. **Mankin, J. S.**, M. Scherer, and N. S. Diffenbaugh, Diagnosing the inter-model spread in snow water equivalent over Central and Southwest Asia. Stanford School of Earth Sciences Review, CA, USA, 12 April 2013.

Skills & miscellany

**Technical:** Unix/Linux shell, Python/Jupyter, NCL, R, Matlab, ArcGIS, ENVI, git, HTML, CSS LaTeX
**Clearance:** Top Secret (TS/SCI) clearance, granted 2004; NATO Secret as of 2011

Scientific communication & outreach

**Media interviews and coverage of research (truncated):** The New York Times, The Washington Post, The Los Angeles Times, The Guardian, AP, Reuters, AFP, CNN, CBS, NPR, PBS, Bloomberg, BBC, Scientific American, Nature, Accuweather, CNBC, National Geographic, The Atlantic, The Weather Channel, FSRN, Axios, The Christian Science Monitor, Phys.org, CarbonBrief, Environmental Research News, Salon, USA Today.

**Documentary films:** Climate in Therapy (2023) `https://www.imdb.com/title/tt18163368`

**Podcasts:** Living on Earth, September 2025, America Adapts, March 2024; On Point, February 2024, British Institute of International and Comparative Law, June 2025; Harvard Kennedy School Journalist's Resource "Unlocked," June 2025

Last updated: December 19, 2025 •

`http://jsmankin.github.io`