**MANKIN EXHIBIT B**

Mankin Exhibit B-1 — Stott et al. (2004)

# letters to nature

## Methods

A set of speckle-tracking algorithms[5] was used to determine the 1992, 1994, 1995 and 2000 velocities from 1–24-day image pairs. Speckle tracking uses the displacements of the correlated speckle patterns in pairs of SAR images to derive ice motion estimates. Individual errors were up to a few hundred metres per year (see Fig. 2), but errors on averages (for example, Fig. 3) are below 100 m yr$^{-1}$. We did not tide-correct the speckle-tracked data, so there are biases on the floating ice that do not spatially average out. To assess this error, we estimated velocity for five 1992 InSAR pairs, each with different tidal errors. The standard deviation for these estimates was 69 m yr$^{-1}$. Our 1992 and 1994 estimates are temporal averages of multiple (2 to 5) same-year pairs, which further reduces this error. The 2001 through 2003 estimates were derived using the IMCORR[25] feature-tracking software applied to 16-to-64-day Landsat image pairs. Established methods[26] were applied to passive microwave data to determine the 2002 melt extent.

Received 7 July; accepted 8 October 2004; doi:10.1038/nature03130.

1. Echelmeyer, K., Clarke, T. S. & Harrison, W. D. Surficial glaciology of Jakobshavns Isbrae, West Greenland. 1. Surface morphology. *J. Glaciol.* **37,** 368–382 (1991).
2. Krabill, W. *et al.* Greenland ice sheet: High-elevation balance and peripheral thinning. *Science* **289,** 428–430 (2000).
3. Thomas, R. H. *et al.* Investigation of surface melting and dynamic thinning on Jakobshavn Isbrae, Greenland. *J. Glaciol.* **49,** 231–239 (2003).
4. Abdalati, W. *et al.* Outlet glacier and margin elevation changes: Near-coastal thinning of the Greenland ice sheet. *J. Geophys. Res.* **106,** 33729–33741 (2001).
5. Joughin, I. Ice-sheet velocity mapping: a combined interferometric and speckle-tracking approach. *Ann. Glaciol.* **34,** 195–201 (2002).
6. Fastook, J. L., Brecher, H. H. & Hughes, T. J. Derived bedrock elevations, strain rates and stresses from measured surface elevations and velocities—Jakobshavns Isbrae, Greenland. *J. Glaciol.* **41,** 161–173 (1995).
7. Abdalati, W. & Krabill, W. B. Calculation of ice velocities in the Jakobshavn Isbrae area using airborne laser altimetry. *Remote Sens. Environ.* **67,** 194–204 (1999).
8. Echelmeyer, K., Harrison, W. D., Clarke, T. S. & Benson, C. Surficial glaciology of Jakobshavns Isbrae, West Greenland. 2. Ablation, accumulation and temperature. *J. Glaciol.* **38,** 169–181 (1992).
9. Zwally, H. J. *et al.* Surface melt-induced acceleration of Greenland ice-sheet flow. *Science* **297,** 218–222 (2002).
10. Echelmeyer, K. & Harrison, W. D. Jakobshavns Isbrae, West Greenland—Seasonal variations in velocity or lack thereof. *J. Glaciol.* **36,** 82–88 (1990).
11. Weidick, A. *Satellite Image Atlas of Glaciers of the World, Greenland* (USGS Professional Paper 1386-C, United States Government Printing Office, Washington, 1995).
12. Sohn, H. G., Jezek, K. C. & van der Veen, C. J. Jakobshavn Glacier, West Greenland: 30 years of spaceborne observations. *Geophys. Res. Lett.* **25,** 2699–2702 (1998).
13. Hughes, T. The Jakobshavns effect. *Geophys. Res. Lett.* **13,** 46–48 (1986).
14. Rott, H., Rack, W., Skvarca, P. & De Angelis, H. Northern Larsen Ice Shelf, Antarctica: further retreat after collapse. *Ann. Glaciol.* **34,** 277–282 (2002).
15. De Angelis, H. & Skvarca, P. Glacier surge after ice shelf collapse. *Science* **299,** 1560–1562 (2003).
16. Scambos, T. A., Hulbe, C., Fahnestock, M. & Bohlander, J. The link between climate warming and break-up of ice shelves in the Antarctic peninsula. *J. Glaciol.* **46,** 516–530 (2000).
17. van der Veen, C. J. Fracture mechanics approach to penetration of surface crevasses on glaciers. *Cold Regions Sci. Technol.* **27,** 31–47 (1998).
18. IPCC. *Climate Change 2001: Working Group I: The Scientific Basis* (eds Houghton, J. T. *et al.*) Ch. 11 (http://www.grida.no/climate/ipcc_tar/wg1/index.htm) (Intergovernmental Panel on Climate Change, Cambridge, Univ. Press, Cambridge, 2001).
19. Thomas, R. H. *et al.* Substantial thinning of a major east Greenland outlet glacier. *Geophys. Res. Lett.* **27,** 1291–1294 (2000).
20. Rignot, E., Vaughan, D. G., Schmeltz, M., Dupont, T. & MacAyeal, D. Acceleration of Pine Island and Thwaites glaciers, West Antarctica. *Ann. Glaciol.* **34,** 189–194 (2002).
21. Mohr, J. J., Reeh, N. & Madsen, S. N. Three-dimensional glacial flow and surface elevation measured with radar interferometry. *Nature* **391,** 273–276 (1998).
22. Joughin, I., Tulaczyk, S., Fahnestock, M. & Kwok, R. A mini-surge on the Ryder Glacier, Greenland, observed by satellite radar interferometry. *Science* **274,** 228–230 (1996).
23. Joughin, I., Tulaczyk, S., Bindschadler, R. & Price, S. F. Changes in West Antarctic ice stream velocities: Observation and analysis. *J. Geophys. Res.* **107** (B11), 2289, doi:10.1029/2001JB001029 (2002).
24. Paterson, W. S. B. *The Physics of Glaciers* 3rd edn (Pergamon, Oxford, 1994).
25. Scambos, T. A., Dutkiewicz, M. J., Wilson, J. C. & Bindschadler, R. A. Application of image cross-correlation to the measurement of glacier velocity using satellite image data. *Remote Sens. Environ.* **42,** 177–186 (1992).
26. Abdalati, W. & Steffen, K. Greenland ice sheet melt extent: 1979–1999. *J. Geophys. Res.* **106,** 33983–33988 (2001).

**Acknowledgements** This work was supported by the Cryospheric Sciences Program of NASA's Earth Science Enterprise. I.J. performed his contribution at the Jet Propulsion Laboratory, California Institute of Technology, under contract with the National Aeronautics and Space Administration. We thank H. Brecher for the 1985 velocity data and B. Csatho, K. In Huh and S. Manizade for acquiring and orthorectifying the Landsat imagery. Radarsat data were provided by CSA through ASF and ERS SAR data were provided by ESA through the VECTRA project.

**Author contributions** All authors contributed equally to this work.

**Competing interests statement** The authors declare that they have no competing financial interests.

**Correspondence** and requests for materials should be addressed to I.J. (ian@apl.washington.edu).

---

..................................................................

# Human contribution to the European heatwave of 2003

**Peter A. Stott[1], D. A. Stone[2,3] & M. R. Allen[2]**

[1]Met Office, Hadley Centre for Climate Prediction and Research (Reading Unit), Meteorology Building, University of Reading, Reading RG6 6BB, UK
[2]Department of Physics, University of Oxford, Oxford OX1 3PU, UK
[3]Department of Zoology, University of Oxford, Oxford OX1 3PS, UK

...................................................................................

The summer of 2003 was probably the hottest in Europe since at latest AD 1500[1–4], and unusually large numbers of heat-related deaths were reported in France, Germany and Italy[5]. It is an ill-posed question whether the 2003 heatwave was caused, in a simple deterministic sense, by a modification of the external influences on climate—for example, increasing concentrations of greenhouse gases in the atmosphere—because almost any such weather event might have occurred by chance in an unmodified climate. However, it is possible to estimate by how much human activities may have increased the risk of the occurrence of such a heatwave[6–8]. Here we use this conceptual framework to estimate the contribution of human-induced increases in atmospheric concentrations of greenhouse gases and other pollutants to the risk of the occurrence of unusually high mean summer temperatures throughout a large region of continental Europe. Using a threshold for mean summer temperature that was exceeded in 2003, but in no other year since the start of the instrumental record in 1851, we estimate it is very likely (confidence level >90%)[9] that human influence has at least doubled the risk of a heatwave exceeding this threshold magnitude.

Temperatures near the Earth's surface are rising globally[10], and evidence is mounting that most of the warming observed in recent decades has been caused by increasing atmospheric concentrations of greenhouse gases[9,11,12]. Anthropogenic increases in annual-mean temperatures have also been detected on continental scales, in Europe, North America and other land regions[13–15]. We first investigate the origins of long-term changes in decadal-mean European summer (June–August) temperatures, determining the changes attributable to anthropogenic drivers of the climate system and changes attributable to natural drivers. We then estimate how the risk of mean June–August temperatures exceeding a particular extreme threshold in any individual summer has changed as a result of this anthropogenic interference in the climate system.

Over the course of the twentieth century, June–August temperatures in Europe exhibited an overall increase, and a distinctive temporal pattern of temperature change, including cooling in the 1950s and 1960s (Fig. 1). We focus on the region bounded by 10° W and 40° E and 30–50° N (Fig. 1 inset), this being one of the regions chosen in previous studies[13,16] to represent climatically coherent regions sufficiently large to exhibit climate change signals above the noise of natural internal variability. We use a pre-selected region in order to minimize any bias that could result from selecting our region already knowing where the most extreme temperatures occurred. Even in such a large domain, 2003 was the warmest summer on record. The history of temperature change averaged over this region is well reproduced by simulations of the HadCM3 climate model[17], even at the model's relatively low spatial resolution (3.75° longitude by 2.5° latitude), when driven with both anthropogenic and natural drivers of climate change (Fig. 1; see red, green, blue and turquoise lines). Four simulations (denoted ALL) were made with different initial conditions[18], each with the same combination of well mixed greenhouse gases, sulphate aerosols and changes in tropospheric and stratospheric ozone, as well as natural changes in solar output and explosive volcanic eruptions[12]. A calculation of the temperature changes due to natural drivers alone (obtained by combining a simulation with solar forcing and

## letters to nature



**Figure 1** June–August temperature anomalies (relative to 1961–90 mean, in K) over the region shown in inset. Shown are observed temperatures (black line, with low-pass-filtered temperatures as heavy black line), modelled temperatures from four HadCM3 simulations including both anthropogenic and natural forcings to 2000 (red, green, blue and turquoise lines), and estimated HadCM3 response to purely natural natural forcings (yellow line). The observed 2003 temperature is shown as a star. Also shown (red, green and blue lines) are three simulations (initialized in 1989) including changes in greenhouse gas and sulphur emissions according to the SRES A2 scenario to 2100[22]. The inset shows observed summer 2003 temperature anomalies, in K.

a simulation with volcanic forcing, and denoted NAT) shows no warming in the latter part of the century (Fig. 1, yellow line).

A necessary requirement for any detection of significant warming is that HadCM3 adequately represents the natural internal variability of European summer temperatures. A quantitative test, in which an estimate of the forced response calculated from the ALL ensemble mean is subtracted from the observations and the residual compared with HadCM3 simulated internal variability, shows no



**Figure 2** Power spectra of European mean summer temperature. Solid line, observed spectrum after removing an independent estimate of the externally forced response provided by the ensemble mean of the ALL simulations. Shaded region, 5 to 95 percentile region of the estimated range of spectra of natural internal variability estimated from segments taken from the HadCM3 control run of the same length as the observations. Model spectral densities have been inflated by a factor of 1.25 to allow for sampling uncertainty in the ALL ensemble mean.

significant discrepancy in variance on either interdecadal or 2- to 10-year timescales (Fig. 2). If anything, the model appears to be overestimating observed variability in this season and region, making our estimates of attributable risk relatively conservative. We also find no evidence of a secular change in variance on sub-decadal timescales in either model or observations: over the twenty-first century, the standard deviation of the forced simulations under the SRES A2 scenario (Fig. 1), when a second-order polynomial trend has been removed, increases by an insignificant 0.01 K from the first 40 years (1990–2030) to the last 40 years (2060–2100). This contrasts with the conclusions of ref. 2, although their results applied to a much smaller region.

We now apply a standard optimal detection analysis to European summer temperatures, similar to those applied to global scale patterns of temperature change[11,12,19]. The analysis is a regression between decadal-mean seasonal-mean observations over 1920–99 and simulated temperature changes over the same period from both anthropogenic and natural forcings (ALL) and from natural forcings alone (NAT), and is in most respects identical to that of ref. 13 (see Methods). Figure 3a shows the estimated likelihood functions for the factors by which we could scale up or down the amplitudes of the model-simulated responses to anthropogenic forcing (red curve) and natural forcing (green curve) while remaining consistent with the observations. As the fifth percentile of the scaling factor on the anthropogenic response (red curve in Fig. 3a) is greater than zero, an anthropogenic influence on decadal-mean European summer temperature is detected at the 5% significance level (that is, the hypothesis that there is no positive anthropogenic influence can be rejected at the 5% level). We conclude from this investigation of decadal-mean summer temperatures that it is very likely that past anthropogenic forcing is responsible for a significant fraction of the observed European summer warming.

We now calculate the changed risk of extremely hot summers that can be attributed to past anthropogenic emissions, allowing for

©2004 Nature Publishing Group

## letters to nature

uncertainty in the anthropogenic warming. Averaged over the region of interest (Fig. 1, inset), summer temperatures in 2003 exceeded the 1961–90 mean by 2.3 K (Fig. 1, black star). To quantify changes in risk, we need an objective definition of the event in question. Using 2.3 K itself is problematic for three reasons: first, relying too closely on the details of what actually occurred when defining what we are looking for introduces a selection bias in our attribution procedure; second, temperature anomalies in 2003 may have been amplified by soil-moisture feedbacks[2] or interactions with the North Atlantic[20], both of which may be under-estimated, although we do observe similar magnitude spikes in model summer temperatures in Fig. 1; third, given the length of model-simulated variability we have available, inferring the statistics of temperature excursions over 2 K requires extrapolation of extreme value distributions, which introduces further uncertainties. 2003 was the first year to reach or exceed a threshold of 1.6 K (2001 being the second-warmest European summer, at 1.5 K). We therefore consider how the probability of exceeding this threshold has changed, by comparing this estimated late-twentieth-century probability with the estimated probability of exceeding the same absolute threshold if there had been no anthropogenic influence on climate. Increasing this threshold to any value up to 2.3 K strengthens our conclusions regarding attributable risk; hence using a threshold that only just exceeds the second warmest summer is relatively conservative.

Assuming that sub-decadal continental-scale variability is stationary and adequately represented by HadCM3, we estimate possible distributions of temperatures in individual summers in the presence and absence of anthropogenic influence. We do this by adding HadCM3 control variability to reconstructions of 1990s decadal-mean temperatures both with all external factors included, and with anthropogenic factors removed, allowing for uncertainty in these

decadal-mean temperatures from the detection analysis (Fig. 3b). Figure 4a shows the estimated likelihood of the risk (probability) of exceeding a 1.6 K threshold in the presence of anthropogenic climate change (red line) and in the absence of anthropogenic change (green line), expressed both as a frequency (number of occurrences per thousand years, bottom axis) and as a return period (top axis). The clear shift from the green to the red distribution implies that an appreciable fraction of the risk of such hot summers can be attributed to human influence on climate. Even in the presence of anthropogenic warming, we conclude that the estimated probability of exceeding 1.6 K appears to be low (best estimate is a 1 in 250 year event (Fig. 4a, red curve) but this risk may be increasing rapidly.

The fraction attributable risk (FAR) is estimated in Fig. 4b (see Methods). In certain circumstances, the figure of relevance in establishing possible liability for compensation has been FAR = 0.5, corresponding to a doubling of risk over natural conditions[21] (meaning that one event in two would have happened naturally). According to our calculation, there is a greater than 90% chance that over half the risk of European summer temperatures exceeding a threshold of 1.6 K is attributable to human influence on climate. Although there is a large spread, reflecting the remaining uncertainties in the effects of climate change on this spatial scale, the anthropogenic FAR could be substantially greater than 0.5. Also marked on Fig. 4b is a vertical line representing an overall 'best estimate' of the human contribution to the increased risk of these very hot European summers[7], given the information that we have available at present. On this basis, human influence is to blame for 75% of the increased risk of such a heatwave.

Our analysis shows that European summers are warming owing to anthropogenic climate change. Under un-mitigated emissions scenarios, summers like 2003 are likely to be experienced more



**Figure 3** Estimated likelihood functions for anthropogenic and natural contributions to European summer temperature changes. The curves show estimated distributions of anthropogenic (red) and natural (green) scaling factors on model-simulated responses (**a**). 1990s summer temperatures (relative to pre-industrial climate) with all external drivers of climate change (red) and with anthropogenic drivers removed (green) (**b**). A scaling factor of zero (horizontal solid line in **a**) implies no contribution to observed 1990s temperatures from this driver, while unity (horizontal dashed line in **a**) implies no systematic under- or over-estimate by the model of the observed response to this driver. The width of these distributions reflects the uncertainties for these probabilities.



**Figure 4** Change in risk of mean European summer temperatures exceeding the 1.6 K threshold. **a**, Histograms of instantaneous return periods under late-twentieth-century conditions in the absence of anthropogenic climate change (green line) and with anthropogenic climate change (red line). **b**, Fraction attributable risk (FAR). Also shown, as the vertical line, is the 'best estimate' FAR, the mean risk attributable to anthropogenic factors averaged over the distribution.

©2004 **Nature Publishing Group**

frequently in future; HadCM3 projections (Fig. 1) indicate that the probability of European mean summer temperatures exceeding those of 2003 increases rapidly under the SRES A2 scenario[22], with more than half of years warmer than 2003 by the 2040s. By the end of this century, Fig. 1 shows that 2003 would be classed as an anomalously cold summer relative to the new climate, for the scenario and model under consideration.

We may have underestimated the FAR of a heatwave in 2003 by using 1990s figures for attributable background warming. Conversely, the FAR may have been overestimated by selecting an area that has recently been subject to extreme temperatures, although this effect should be alleviated by our use of an independently specified region. Modelling and forcing uncertainties, and any errors in the variability characteristics of the model, could mean that our assessment of the likelihood of the FAR exceeding 0.5 is in error. Including a different combination of the available natural HadCM3 simulations changes the results quoted by less than 5%, but a systematic exploration of both modelling and forcing uncertainty would require a very large multi-model ensemble, varying model parameters across their range of possible values and exploring the range of potential forcing estimates[23,24].

Anthropogenic warming trends in Europe imply an increased probability of very hot summers. Given the effects of the 2003 heatwave, this suggests a greater risk of associated adverse impacts, although to make a quantitative attribution assessment of any specific social, economic or ecological impact will require detailed modelling of both local meteorological conditions and their relationships with the impact in question. Nevertheless, it seems likely that past human influence has more than doubled the risk of European mean summer temperatures as hot as 2003, and with the likelihood of such events projected to increase 100-fold over the next four decades, it is difficult to avoid the conclusion that potentially dangerous anthropogenic interference in the climate system is already underway. The FAR provides a potential measure for redistributing the associated costs of such extreme events[21]. □

## Methods

### Attribution of decadal-mean seasonal-mean changes

In a natural extension of previous work[12,13,25], observed decadal-mean summer near-surface temperature changes, $\mathbf{y}$, over land for 1920–99 are constructed from monthly-mean values extracted from the CRUTEM2(v) data set[10] for the region $10°$ W–$40°$ E, $30$–$50°$ N, requiring data for at least two out of three months (June–August) in at least half the years. They are regressed against the mean response over the observational data-mask of a four-member ensemble of HadCM3 simulations driven with both anthropogenic and natural forcings ($\mathbf{x}_1$, ALL, red, green, blue and turquoise lines in Fig. 1) and a second set of simulations of the response to natural or volcanic forcing alone ($\mathbf{x}_2$, NAT, yellow line in Fig. 1) plus noise:

$$\mathbf{y} = (\mathbf{x}_1 - \nu_1)\beta_1 + (\mathbf{x}_2 - \nu_2)\beta_2 + \nu_0 \qquad (1)$$

where $\beta_1$, $\beta_2$ are the unknown scaling factors to be estimated in the regression, $\nu_0$ is the noise in the observations, and $\nu_1$ and $\nu_2$ account for sampling uncertainty introduced by estimating model-simulated responses from a finite ensemble[26]. A scaling factor of 1 would imply that the response in the model simulations is identical to the observed changes, while a factor of 0 implies no correspondence between modelled and observed responses. Likelihood functions for scaling factors obtained from the regression account only for sampling variability that arises from natural internal climate variability as represented by HadCM3. They do not account for systematic errors in the shapes of the modelled patterns or uncertainties due to missing forcings (for example, land use changes or fossil-fuel black carbon emissions). If we assume a uniform prior in these scaling factors, these likelihoods can be thought of as probability distributions.

The combined effects of solar and volcanic forcings are estimated from a simulation with volcanic forcing amplified by a factor of 10 and solar forcing amplified by a factor of 5, multiplied by 0.1 and 0.2, respectively, and added. This approach was taken in order to obtain the clearest possible climate signal from a weak forcing and a limited number of climate simulations. Previous work showed that the largest climate signal responds linearly to increasing these forcings[27]. Including an additional four simulations with unamplified natural forcings in the analysis makes little difference to the results.

We use the HadCM3 control run and intra-ensemble variability to estimate internal variability, $\nu_0$, $\nu_1$ and $\nu_2$, taking into account the enhanced signal-to-noise from averaging over the ALL ensemble and inflating the solar and volcanic forcing[13]. This gives scaling factors for the combined effects of all forcings and for natural forcings, from which the anthropogenic and natural scaling factors can be calculated by linear transformation[27] (Fig. 3a). Where the 5 to 95 percentile uncertainty range does not include zero scaling factor, this indicates that the relevant signal has been detected at the 5% significance level,

that is, there is less than 5% chance that the relevant forcing has had no effect. From the scaling factors and their uncertainties, we derive likelihood functions of 1990s temperature anomalies attributable to the combined effects of all forcings and attributable to natural factors alone (Fig. 3b).

### Attribution of change in risk of exceeding a threshold

The distribution of attributed anthropogenic decadal-mean warming in the 1990s is used to calculate the FAR for an individual European summer exceeding the 1.6 K threshold as follows. We estimate the probability of exceeding the 1.6 K threshold from the generalized Pareto distribution (GPD) fitted to the HadCM3 control run temperatures[28]. The spectral analysis shown in Fig. 2 indicates that HadCM3 provides an adequate representation of internal variability. We calculate the probability, $P_0$, of the 1.6 K threshold being exceeded without anthropogenic climate change (shown by the green curve in Fig. 4a, expressed as return period, top axis, and instantaneous risk: rate of occurrence per $10^3$ yr, bottom axis) and the probability, $P_1$, of exceeding the threshold with anthropogenic climate change (red curve in Fig. 4a). In estimating the green curve, the chance of exceeding the 1.6 K threshold is re-estimated using the GPD with the mean summer temperature adjusted to each percentile of the estimated distribution of decadal-mean temperature anomalies attributable to natural forcing and internal variability. For the red curve, the response to anthropogenic forcing is also included. A bootstrap resampling method is used to allow for uncertainty in GPD parameters. From these distributions, we calculate the distribution of attributable increase in risk $(P_1/P_0)$ and the FAR $((P_1 - P_0)/P_1)^8$, as shown in Fig. 4b, whose spread reflects uncertainty in the magnitude of the forced decadal-mean response and in the estimation of the extreme value distribution parameters due to limited sample size.

Received 21 May; accepted 5 October 2004; doi:10.1038/nature03089.

1. Luterbacher, J., Dietrich, D., Xoplaki, E., Grosjean, M. & Wanner, H. European seasonal and annual temperature variability, trends, and extremes since 1500. *Science* 303, 1499–1503 (2004).
2. Schär, C. *et al.* The role of increasing summer variability in European heatwaves. *Nature* 427, 332–336 (2004).
3. Beniston, M. The 2003 heat wave in Europe: A shape of things to come? An analysis based on Swiss climatological data and model simulations. *Geophys. Res. Lett.* 31, doi: 10.1029/2003GL018857 (2004).
4. Black, E., Blackburn, M., Harrison, G. & Methven, J. Factors contributing to the summer 2003 European heatwave. *Weather* 59, 217–223 (2004).
5. Institut de Veille Sanitaire. Impact sanitaire de la vague chalaire d'aout 2003 en France. Bilan et perspectives. ⟨http://www.invs.sante.fr/publications/2003/bilan-chaleur-1103⟩ (2003).
6. Palmer, T. N. & Räisänen, J. Quantifying the risk of extreme seasonal precipitation events in a changing climate. *Nature* 415, 512–514 (2002).
7. Allen, M. R. Liability for climate change. *Nature* 421, 891–892 (2003).
8. Stone, D. A. & Allen, M. R. The end-to-end attribution problem: From emissions to impacts. *Clim. Change* (in the press).
9. IPCC *Climate Change 2001: The Scientific Basis: Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* (eds Houghton, J. T. *et al.*) (Cambridge Univ. Press, Cambridge, UK, 2001).
10. Jones, P. D. & Moberg, A. Hemispheric and large-scale surface air temperature variations: An extensive revision and an update to 2001. *J. Clim.* 16, 206–223 (2003).
11. Stott, P. A. *et al.* Attribution of twentieth century temperature change to natural and anthropogenic causes. *Clim. Dyn.* 17, 1–21 (2001).
12. Tett, S. F. B. *et al.* Estimation of natural and anthropogenic contributions to 20th century temperature change. *J. Geophys. Res.* 107, doi: 10.1029/2000JD000028 (2002).
13. Stott, P. A. Attribution of regional-scale temperature changes to anthropogenic and natural causes. *Geophys. Res. Lett.* 30, doi: 10.1029/2003GL017324 (2003).
14. Karoly, D. J. *et al.* Detection of a human influence on North American climate. *Science* 302, 1200–1203 (2003).
15. Zwiers, F. W. & Zhang, X. Towards regional scale climate change detection. *J. Clim.* 16, 793–797 (2003).
16. Giorgi, F. Variability and trends of sub-continental scale surface climate in the 20th century. Part I: observations. *Clim. Dyn.* 18, 675–691 (2002).
17. Johns, T. C. *et al.* Anthropogenic climate change for 1860 to 2100 simulated with the HadCM3 model under updated emissions scenarios. *Clim. Dyn.* 20, 583–612 (2003).
18. Stott, P. A. *et al.* External control of 20th century temperature by natural and anthropogenic forcings. *Science* 290, 2133–2137 (2000).
19. Tett, S. F. B., Stott, P. A., Allen, M. R., Ingram, W. J. & Mitchell, J. F. B. Causes of twentieth century temperature change near the Earth's surface. *Nature* 399, 569–572 (1999).
20. Colman, A. & Davey, M. Prediction of summer temperature, rainfall and pressure in Europe from preceding winter North Atlantic ocean temperature. *Int. J. Climatol.* 19, 513–536 (1999).
21. Grossman, D. A. Warming up to a not-so-radical idea: Tort-based climate change litigation. *Colombia J. Environ. Law* 28, 1–61 (2003).
22. Nakicenovic, N. & Swart, R. *Special Report on Emission Scenarios* (Cambridge Univ. Press, Cambridge, UK, 2000).
23. Allen, M. R. & Stainforth, D. A. Towards objective probabilistic climate forecasting. *Nature* 419, 228 (2002).
24. Murphy, J. M. *et al.* Quantification of modelling uncertainties in a large ensemble of climate change simulations. *Nature* 430, 768–772 (2004).
25. Allen, M. R. & Tett, S. F. B. Checking for model consistency in optimal fingerprinting. *Clim. Dyn.* 15, 419–434 (1999).
26. Allen, M. R. & Stott, P. A. Estimating signal amplitudes in optimal fingerprinting, Part I: theory. *Clim. Dyn.* 21, 477–491 (2003).
27. Stott, P. A., Jones, G. S. & Mitchell, J. F. B. Do models underestimate the solar contribution to recent climate change? *J. Clim.* 16, 4079–4093 (2003).
28. Coles, S. *An Introduction to Statistical Modeling of Extreme Values* (Springer, London, 2001).

©2004 Nature Publishing Group

**letters to nature**

**Acknowledgements** P.A.S. was supported by the Department for Environment, Food and Rural Affairs, D.A.S. by a Wellcome Trust Showcase Award, and M.R.A. received partial support from the NOAA/DoE International Detection and Attribution Group.

**Competing interests statement** The authors declare that they have no competing financial interests.

**Correspondence** and requests for materials should be addressed to P.A.S. (peter.stott@metoffice.gov.uk).

..................................................................

# Evidence for cultivar adoption and emerging complexity during the mid-Holocene in the La Plata basin

José Iriarte[1], Irene Holst[1], Oscar Marozzi[2], Claudia Listopad[3], Eduardo Alonso[4], Andrés Rinderknecht[5] & Juan Montaña[6]

[1]Center for Tropical Paleoecology and Archaeology, Smithsonian Tropical Research Institute, Box 2072, Balboa, Panama
[2]Departamento de Antropología, Facultad de Humanidades y Ciencias de la Educación, Magallanes 1577, Montevideo 1200, Uruguay
[3]Florida Institute of Technology, Department of Biological Sciences, 150 West University Boulevard, Melbourne, Florida 32901-6975, USA
[4]Departamento de Botánica, Facultad de Química, Universidad de la República, Avda. Gral. Flores 2124, Montevideo, Uruguay
[5]Museos Nacionales de Historia Natural y Antropología, Casilla de Correo 339, Montevideo, Uruguay
[6]Facultad de Agronomía, Universidad de la República, Av. Garzón 780, Montevideo 12900, Uruguay

Multidisciplinary investigations at the Los Ajos archaeological mound complex in the wetlands of southeastern Uruguay challenge the traditional view that the La Plata basin was inhabited by simple groups of hunters and gatherers for much of the pre-Hispanic era[1–4]. Here we report new archaeological, palaeo-ecological and botanical data indicating that during an increasingly drier mid-Holocene, at around 4,190 radiocarbon (14C) years before present (BP), Los Ajos became a permanent circular plaza village, and its inhabitants adopted the earliest cultivars known in southern South America. The architectural plan of Los Ajos during the following Ceramic Mound Period (around 3,000–500 14C yr BP) is similar to, but earlier than, settlement patterns demonstrated in Amazonia[5–10], revealing a new and independent architectural tradition for South America.

Research on the emergence of complex societies in South America has mainly concentrated on Andean coastal and highland valleys[11–14], and more recently in the lowland forest and riverine regions of Amazonia[5–10]. The La Plata basin (Fig. 1a) is a large and little explored river system that is beginning to reveal an early and long sequence of unique and complex cultural trajectories. The natural environment of the study area is dominated by subtropical grasslands interspersed with vast extensions of wetlands. In strategic locations circumscribed to wetland floodplains, archaeological mound complexes are large and numerous. They have mounded architecture geometrically arranged in circular, elliptical and horseshoe formats that surround a central communal space (Fig. 1b).

The first excavations at the multi-mound site called Los Ajos, by Bracco[15], in the early 1990s consisted of a block excavation in Mound Alfa, a test unit in Mound Beta and a few opportunistic test units in off-mound areas. This work established the mid-Holocene age of the earthen mounds in the area. The Preceramic Mound Period (PMP) component at Los Ajos yielded five dates between 3,950 and 3,350 14C yr BP (4,580 and 3,380 calibrated (cal.) yr BP)[16]. Closely comparable dates from the deeper PMP components of the Puntas de San Luis, Isla Larga and Potrerillo sites collectively ascertained the antiquity of the PMP[17–19] (Table 1).

Our new excavation programme consisted of the placement of a block excavation in Mound Gamma, a test unit in Mound Delta, two trench transects articulating mound and off-mound areas and a 50-m systematic interval transect sampling strategy of test units to target off-mound areas (Fig. 2) totalling an excavated area of 305 m² (ref. 20). Our work revealed that Los Ajos is one of the largest and most formally laid out sites in the study area and covers about 12 ha (Fig. 2a). Its Inner Precinct includes six flat-topped, quadrangular platform mounds (called 6, Alfa, Delta, Gamma, 4 and 8) closely arranged in a horseshoe formation and with a height above ground level of 1.75 to 2.5 m (Fig. 2a, b). Two dome-shaped mounds (called Beta and 8) frame the central, oval plaza with a size of 75 × 50 m (Supplementary Fig. 1a). The formal and compact Inner Precinct contrasts with more dispersed and informally arranged peripheral sectors, which include two crescent-shaped rises (named TBN (Supplementary Fig. 1b) and TBS), five circular and three elongated lower dome-shaped mounds, borrow pits and a vast off-mound area bearing subsurface occupational refuse.

A series of major social and economic changes took place at Los Ajos during the PMP. The broad contemporaneity of radiocarbon dates (Table 1), artefact content and similarities in Preceramic Mound Component (PMC) stratigraphy among mounds Alfa, Delta and Gamma suggest that the Los Ajos inhabitants began to live in a circular household-based community, partitioning the site into a number of discrete functional areas characterized by the placement of residential units around a central plaza area. Charcoal from the basal level of Mound Gamma, 270–275 cm deep (arbitrary depth), dates the beginning of the PMC at 4,190 ± 40 14C yr BP (4,840–4,580 cal. yr BP). Another radiocarbon assay at 205–210 cm deep yielded a date of around 3,460 14C yr BP (3,980–3,470 cal. yr BP). The upper portion of the PMC in Mound Delta yielded a date of around 2,960 ± 120 14C yr BP. Taken together, the eight dates from Los Ajos place the PMC occupation between 4,190 ± 40 and 2,960 ± 40 14C yr BP. The two oldest dates from the basal levels of the PMC at Mound Gamma and Alfa suggest that mound-building began between around 4,190 and 3,950 14C yr BP (4,840–4,160 cal. yr BP). Mounds grew as a result of multiple overlapping of domestic occupations where a wide range of activities associated with food preparation, consumption, stone tool production and maintenance took place. The PMC Layer 4 is characterized by a ~85-cm-thick compact, very dark brown silty loam organic sediment (Fig. 3) consisting of relatively undifferentiated deposits composed of lithic debitage and tools, small fragments of charred bone, ash and soot lenses, and small pieces of burned clay.

Our palaeoecological data[20] indicate that, similar to other regions in the Americas[21], the mid-Holocene (between 6,620 ± 40 14C yr BP (7,580–7,440 cal. yr BP) and 4,020 ± 20 14C yr BP (4,570–4,410 cal. yr BP)) was a period of significant environmental flux marked by increasing aridity. At around 4,020 14C yr BP (4,570–4,410 cal. yr BP) a maximum drying episode occurred, as evidenced by a massive spike of Amaranthaceae/Chenopodiaceae coupled with a sharp drop in wetland species (Supplementary Fig. 2). These changes probably caused a decrease in the surface water recharge to the inland wetlands and waterways. Although reduced in extent, wetlands probably became attractive places for pre-Hispanic populations by providing abundant, now more highly circumscribed plant and animal resources and a stable source of water. The mid-Holocene drying trend may thus have acted as an important catalyst for the reorientation of settlements towards the topographically higher freshwater wetlands, where permanent communities were established.

Despite the application of an intensive flotation program, seeds, roots and nuts were not recovered; however, phytoliths and starch grains were abundant (Methods are available as Supplementary Information). Phytoliths diagnostic of maize cobs[22] (Fig. 4c) record their earliest appearance in the level from 255–260 cm deep, 15 cm

Case 1:25-cv-00168-BKS-DJS    Document 230-7    Filed 12/20/25    Page 8 of 43

## CORRIGENDUM

doi:doi:10.1038/nature04100

## Magnetic carbon

Tatiana L. Makarova, Bertil Sundqvist, Roland Höhne,
Pablo Esquinazi, Yakov Kopelevich, Peter Scharff,
Valerii A. Davydov, Ludmila S. Kashevarova
& Aleksandra V. Rakhmanina

*Nature* **413**, 716–718 (2001)

In this Letter, there was a mistake in the presentation of the synthesis conditions of the reported samples. The actual range of the temperatures of synthesis for the four rhombohedral samples was 975–1,025 K. One of the five reported samples was wrongly characterized in relation to the polymerization type: the sample was actually prepared at 2.5 GPa (synthesis temperature, 1,125 K), representing a mixture of the rhombohedral and tetragonal phases with some hard carbon. The error in characterization of this sample weakens our attribution of the ferromagnetism to defects in the rhombohedral phase (Rh-$C_{60}$) but does not influence our main conclusion concerning the observation of magnetism in a carbon solid based on polymerized fullerenes, although its origin and the actual magnitude remain an open question. Also, we were unaware of earlier work on magnetism in polymerized fullerenes[1], that should have been cited.

   T.L.M. takes full responsibility for the misidentification of the sample preparation conditions. We thank A. V. Talyzin for alerting us to this mistake.

1.   Murakami, Y. & Suematsu, H. Magnetism of $C_{60}$ induced by photo-assisted oxidation. *Pure Appl. Chem.* **68**, 1463–1467 (1996).

## CORRIGENDUM

doi:10.1038/nature04099

## Human contribution to the European heatwave of 2003

P. A. Stott, D. A. Stone & M. R. Allen

*Nature* **432**, 610–614 (2004)

The description of the method used for the calculation of the fraction attributable risk (FAR) shown in Fig. 4b is incorrect. The corresponding sentence in the Methods section should read "For the red curve, the response to anthropogenic forcing is also included, and a normal distribution is used to estimate the chance of exceeding the 1.6 K threshold."

## ERRATUM

doi:10.1038/nature04102

## Measurement of the conductance of single conjugated molecules

Tali Dadosh, Yoav Gordin, Roman Krahne, Ilya Khivrich,
Diana Mahalu, Veronica Frydman, Joseph Sperling,
Amir Yacoby & Israel Bar-Joseph

*Nature* **436**, 677–680 (2005)

In Fig. 4a of this Letter, in which the spectra of two BPD dimmers are compared, the scaling on the two *y* axes should have been shifted relative to one another in order to illustrate the point made in the text. The corrected Fig. 4a is shown here.



© 2005 **Nature Publishing Group**

Mankin Exhibit B-2 — Stephen H. Schneider & Robert S. Chen (1980)

*Ann. Rev. Energy. 1980. 5:107-40*
*Copyright © 1980 by Annual Reviews Inc. All rights reserved*

# CARBON DIOXIDE WARMING
# AND COASTLINE FLOODING:
## Physical Factors and Climatic Impact

♦11078

*Stephen H. Schneider and Robert S. Chen*[1]

National Center for Atmospheric Research,[2] Boulder, Colorado 80307

## INTRODUCTION

Carbon dioxide concentration is known to be increasing in the atmosphere, and some calculations project about a 20% increase over present levels by 2000 AD and a doubling by the middle of the next century (1–9). $CO_2$ increases are associated with increasing use of fossil fuels (10, 11) and possibly also from a net decrease in the pools of biospheric carbon, primarily from deforestation of tropical woodlands (12–16). If such increases in $CO_2$ do materialize, as is widely believed (6, 17), then theoretical equilibrium calculations with climatic models suggest some 1°C global warming near 2000 AD and a few degrees centigrade global warming by the middle of the twenty-first century (18–22). Both theoretical and observational arguments have been given which suggest that such global warming estimates could be substantially amplified (perhaps by a factor as large as 5) in polar regions (18, 21). Thus a warming of about 5°C is quite possible in polar regions over several decades if present estimates of $CO_2$ increases and climatic equilibrium responses prove correct. However, recently the neglect of transient effects has been noted (23). These imply that the climatic response to $CO_2$ increases could be delayed up to several decades relative to the equilibrium calculations. Also, the nature of the climate changes during the transient period could be of significantly different character than the equilibrium responses.

It is against this background that some glaciologists have expressed grave concern that a $CO_2$-induced polar warming could lead to the disintegration of the West-Antarctic floating ice shelf, which could trigger a deglaciation

---

[1]Present address: Climate Research Board, National Academy of Sciences, Washington DC.
[2]Sponsored by the National Science Foundation.

0362-1626/80/1010-0107$01.00

108    SCHNEIDER & CHEN

or "surge" of the land ice in that region and result in a sea level rise averaging some 5 m globally. (24–27). This rise could be distributed a few meters more or less in some areas (28). Depending on the nature of the physical processes governing such a deglaciation, the hypothesized sea level rise could take place over time scales as rapid as a few decades or as slow as a few centuries.

Considerable scientific uncertainty surrounds estimates of all three of these physical links in the argument: $CO_2$ concentration increases, resultant climatic effects, and the likelihood, timing, and magnitude of a $CO_2$-induced, West Antarctic deglaciation. It is not our purpose to assess in more than summary detail the evidence for each of these links, since this has been done extensively elsewhere (1–30). Nor do we wish to suggest that other processes, natural or anthropogenic, may not enhance or oppose the projected $CO_2$-induced warming trend (9). Finally, we do not suggest that a deglaciation is necessarily the most likely or even the most deleterious possible impact on society of a possible $CO_2$-induced warming. Changes in agricultural productivity, water supply, and energy demand are examples of other possible impacts which, although difficult to quantify, may well be the most likely and significant consequences of climatic changes (31–35). But we do believe that (a) plausible physical arguments can be given to support the possibility of a deglaciation from $CO_2$-induced warming and (b) it could well take decades of research to narrow considerably the wide range of uncertainties inherent in present estimates of the magnitude and timing of these three potential physical changes—approximately the time frame in which the climate system will "perform the experiment" of proving many of these present estimates too high or too low.

Before one can seriously consider actions to mitigate the potential risks of $CO_2$-induced climatic changes, some comparison will be necessary between the distribution of potential costs of $CO_2$ abatement policies and the distribution of potential costs for society of such climatic changes. In most cases, the latter are quite difficult to assess, especially in light of the extreme uncertainty in predictions of the regional distribution of changes in climatic parameters (9, 19). However, in the case of a West Antarctic deglaciation, order of magnitude estimates of the demographic and economic consequences of a 5 m rise in global mean sea level are possible. Such estimates have been derived by the authors (manuscript in preparation) for several coastal regions of the United States. These provide a preliminary look at the magnitude of the costs that may be associated with climatic changes and are thus an early step toward a more complete global climatic impact assessment of $CO_2$ buildup. A complete assessment would, of course, need to go well beyond the issue of a possible sea level rise.

To trace the process of making an integrated climatic impact assessment, it is useful to list five points, each a subcomponent of such an assessment:

1. climatic prediction (or scenario);
2. the physical effect of the climatic scenario on some environmental factor of interest (e.g. crop yield or sea level);
3. the social, economic, and political impacts of physical effects of the climatic scenario;
4. the *interactions* among these; and
5. an analysis to assess the influence of a variety of policy options on the relative distribution of impacts; that is, how policy options can alter the impact of the climatic scenario on various political or economic sectors of society.

Although our ability to carry out this type of assessment is currently quite limited (36), it is nevertheless useful to trace the sea level rise example through each subcomponent in order to identify strengths, weaknesses, and gaps in our knowledge. We begin by reviewing briefly the basic elements of the climatic prediction, including some discussion of the many uncertainties and a list of references. [A very thorough review is provided by Marland & Rotty (29).] We then examine points *2* and *3* by presenting the results of our preliminary analysis of the potential geographic extent of inundation and the associated economic losses of real property and income. We skim over some speculations on social or political impacts and their interactions, since these have been treated elsewhere. Finally, we present a short discussion of alternative policy responses. Our chief purpose is to encourage (by concrete, quantitative example) vastly expanded efforts at integrated climatic impact assessments so that policy options can be viewed more rationally than is possible at today's levels of knowledge.

## PHYSICAL FACTORS: A BRIEF REVIEW

### CO₂ Concentration Projections

Hypothesized changes in atmospheric $CO_2$ concentration and its effect on climate have been suggested since at least the late nineteenth century (37). The principal evidence for an increasing trend of $CO_2$ in the air comes from the continuous Mauna Loa record of the past two decades (38–40). It shows a secular increase of $CO_2$ from 1958 to the present of some 20 parts per million (ppm) by volume above the 315 ppm value in 1958. Superimposed on this trend are an annual oscillation of about 5 ppm and an interannual variation of some 1 ppm. The annual oscillation in this record is widely believed to be primarily a result of the expansion and contraction of the seasonal biosphere in the northern hemisphere, with a decrease of atmospheric $CO_2$ from photosynthesis increase in the warm season succeeded by an increase in the concentration of $CO_2$ in the cold season, when respiration

and decay rates exceed photosynthesis rates. The interannual variation in $CO_2$ increase is small compared either with the amplitude of the seasonal oscillation or the secular trend over a few years or more. It has been hypothesized that the former coincide with ocean surface temperature anomalies associated with the climatic phenomena known as the Southern Oscillation (8, 41, 42).

Several other $CO_2$ records taken in both hemispheres confirm the secular trend in the Mauna Loa record, although the annual and interannual fluctuations differ with latitude and hemisphere (43–46). Thus, while some quantitative doubt as to the local magnitude of both annual and interannual fluctuations remains, there is little controversy over the existence of a secular trend showing an increase in $CO_2$ of almost 7% in the two decades since the late 1950s.

Until recently, it has been generally believed that the secular trend in $CO_2$ concentration reflects the anthropogenic effect of burning fossil fuels (47). Roughly one half of the $CO_2$ produced by the combustion of fossil fuels over the past two decades can account for the observed secular trend. The remaining 50% was assumed to have been absorbed largely by the oceans, and possibly in the biosphere [since an increase in atmospheric $CO_2$ would cause an increase of photosynthetic $CO_2$ uptake in some plants not limited by other nutrient deficiencies (6, 48)]. This leads to the conclusion that the "airborne fraction" of inputed $CO_2$ is 50%. Recently, however, a number of investigators have argued that biospheric reservoirs of carbon (in both the standing crop forests and soil humus) have been *decreasing* through deforestation of tropical woodlands and agriculture (13–15). One large estimate from Woodwell et al (13) would put the rate of biospheric $CO_2$ injection as comparable to that of fossil fuel combustion. If that estimate is correct, then the sinks for $CO_2$ would need to be twice as active as previously assumed to account for the observed secular trend, and the airborne fraction for injected $CO_2$ would be half as large, only 25%. The airborne fraction is important because it is needed to project future $CO_2$ concentrations, whether inputs are from fossil fuel or biospheric origins.

Since the isotopic composition of $CO_2$ is fractionated differently among the fossil, biospheric, and atmospheric reservoirs, some attempts have been made to trace the recent secular increase in $CO_2$ to its respective source by isotopic decomposition (14). Although this approach is promising, it is still quantitatively uncertain because of the large sampling errors inherent, for example, in the $^{13}C$ record in tree rings. Very recently there have been suggestions that charcoal is a principal sink for biospheric carbon in areas where deforestation is accomplished by burning (12). These, or similar, suggestions are likely to be welcomed by chemical oceanographers who cannot explain uptake of $CO_2$ by the oceans in amounts much larger than

50% of the fossil fuel injection (6, 49). However, it has also been suggested that the role of the ocean as a $CO_2$ sink may have been underestimated (19).

Although resolution to the debate over past sources and sinks of $CO_2$ does bear significantly on the quantitative estimation of the airborne fraction, and hence projections of future $CO_2$ concentrations, it is very likely that sufficient fossil fuels (primarily coal) remain unused, so that a several-fold increase in $CO_2$ in the atmosphere over the next century or so would occur should the decisions to burn them be made (50, 51). It is upon this foundation of debate and uncertainty over the biogeochemistry of the carbon cycle that we forge the next physical link in our argument: the potential climatic response to an increase in $CO_2$.

## Estimating Climatic Effects of $CO_2$ Increase

$CO_2$ is one of the principal absorbers of terrestrial infrared radiation (IR), leading to the well-known (and somewhat misnamed) term "greenhouse effect." Calculations made with climatic models based on a doubling of $CO_2$ have been critically reviewed (19, 21). These models suggest, for a $CO_2$ doubling, a global surface temperature increase, $\Delta T_S$, of roughly 1.5–4.5°C, with an amplification of up to a factor of five in the surface temperature increase in polar regions (21, 52). The radiative calculations are generally based on absorption of IR in the 15 $\mu$ band of $CO_2$, and the different $\Delta T_S$ estimates of different models is thus primarily a result of different assumptions of how the climatic system reacts to a global radiative energy perturbation like a $CO_2$ doubling. Recently, Augustsson & Ramanathan (20) have demonstrated that $CO_2$ absorption of IR by "hot bands," in addition to the classical 15 $\mu$ band, can be significant in the calculation of IR changes for large increases in $CO_2$. Nevertheless, the principal controversy in estimating the global surface temperature increase from the $CO_2$ trend projections (up to a doubling or two) comes not from the radiative calculations, but rather from the assumptions used in climatic models about the relative importance of various interactive physical processes or climatic feedback mechanisms. These processes could either amplify or damp by several times the calculation of a global surface temperature response to a given $CO_2$ increase relative to that of a calculation that otherwise excluded such processes (or treated them partially or incorrectly). It is not clear whether the sum of all climatic feedback mechanisms would act to increase or decrease present estimates of $\Delta T_S$, as has been discussed in detail elsewhere (10, 19, 21, 53, 54).

But, despite their uncertainties, climatic models are the only available tools to estimate the relative magnitude of the effect of an unprecedented[3]

---

[3]It is unprecedented only in the sense that we have no reliable measurements of historic $CO_2$ concentrations from which to scale future climatic changes.

perturbation, like a $CO_2$ increase, to the global energy budget. Thus, when the computed estimates of $T_S$ from $CO_2$ projections become as large as the inherent fluctuations in historical temperature records, they attract considerable controversy. If a global surface temperature change of about 1°C can be taken as a rough measure of the range of natural interannual variation in $T_S$ over the past few centuries, then some time around 2000 AD an equilibrium temperature change ($\Delta T_S$) of about 1°C (several times larger at the poles) is typically projected by present generation climate models, assuming about a 20% increase in $CO_2$ by 2000 AD.

Finally, we must recognize that a "global surface temperature" increase is not the only dimension of a climatic change. Not only could regional responses in $T_S$ to a $CO_2$ increase be different in magnitude from the global value, but they could even be different in sign. Furthermore, precipitation changes would probably result from any atmospheric circulation adjustments that might accompany a change in large-scale thermal forcing (i.e. $\Delta T_S$ or the spatial distribution of $\Delta T_S$ arising from $CO_2$ increase). Again, such changes could be large in some regions and negligible in others. The general circulation model experiments of Manabe & Wetherald (18) exhibit such regionally asymmetric responses. Also, Kellogg has shown that the regional distribution in precipitation about 8,000 years ago (when the earth was about 2 K warmer than today—but not necessarily from anthropogenic $CO_2$ increase) was different from today's (55). This again suggests that a global average is merely one possible measure of when human influences grow to be comparable to natural variations on a global scale. Although regional changes can be anticipated when global estimates become large (greater than about 1°C), a specific regional forecast cannot be very reliably estimated with state-of-the-art climatic models.

This problem is complicated further by the fact that most estimates of $CO_2$ effects have been made with equilibrium assumptions. That is, the response of, say, the global average or zonal average temperature distribution, is made to a given (usually a doubling) fixed increase in $CO_2$ concentrations. Thompson & Schneider (23) showed that mixing of upper layer waters with deeper oceanic reservoirs can vastly increase the effective heat capacity of the climatic system on longer time scales, resulting in delays of up to several decades before the actual climatic response would approach that made with equilibrium assumptions. More recently, these authors showed (56) that because of the latitudinal variations in oceanic heat reservoirs (and other factors), the response of different regions of the globe to a $CO_2$ perturbation could proceed at different rates toward its equilibrium value at different places. Thus, the character of transient response (for example, local or regional climatic changes) could be very different from the

ultimate equilibrium response to a fixed CO$_2$ increase. In fact, the actual increase of CO$_2$ in the atmosphere is more closely approximated by an exponential function than by a step function; the latter is generally used in CO$_2$ equilibrium calculations.

Although a variety of physical, economic, social, and political impacts are plausible (in crop yields or water supplies, for example), should there be a change in accustomed climatic conditions with an increase in CO$_2$ (31–36), we review quantitatively here the impact assessment of only one such possibility: a rise in global mean sea level of some 5 m.

## Glacial Volume Change

The plausibility of a significant and rapid rise in mean sea level (should the surface temperature at the poles increase) is based on the possibility that a huge mass of glacial ice, the West-Antarctic Ice Sheet (WIS), could collapse into the surrounding ocean. We discuss this possibility in some detail, highlighting as much as possible the assumptions and points of contention; however, we do not attempt to judge the probability of such an event, a task better left to experienced glaciologists, who presently disagree materially among themselves (57).

Before we proceed, a few definitions are necessary.

An ice sheet is a continent-sized mass of ice and snow . . . consisting of terrestrial portions grounded on continental shields that are above sea level when unglaciated, marine portions grounded on continental shelves that are below sea level when unglaciated, and floating portions called ice shelves. . . . Ice shelves form from thickening sea ice and from the coalescence of ice streams, which are fast-flowing currents of ice in marine ice caps or the marine portion of an ice sheet. Outlet glaciers are ice streams that flow in fjords through coastal mountains (58).

The junction between grounded marine ice, ice shelves, and sea water is termed the "grounding line." The particular ice sheet in question has four major drainage areas, two of which are ice shelves and two of which contain outlet glaciers.

The possible instability of the WIS has been discussed by several authors, primarily because of its role in one theory of climatic change (24–27, 59–64). The principal contention is that the ice sheet is now unstable, as evidenced by a concave surface profile, decreasing glacial extent (i.e. a retreating grounding line), extensive basal melting, and the overall thinning of the interior ice (27, 58, 64). These conditions could lead to a "surge" of the ice streams, in which the glacial ice advances at a relatively high velocity [perhaps 110 m per day or more according to Hollin (60)]. Such a surge, augmented by powerful calving processes, could then result in the rapid disintegration of the interior of the ice sheet (58).

114    SCHNEIDER & CHEN

However, Budd & McInnes (65) disagree that the ice sheet is in danger of imminent disintegration. They state that "the present (surface) profile is one typical of the post-surge slow build-up phase," citing evidence that the interior may be increasing in mass (thickening) rather than decreasing (thinning) (65, 66). In addition, although the major ice shelves could surge, the calculated rates of ice outflow may be too low for any rapid advances. This controversy has yet to be resolved.

Surges in the ice streams may now be prevented by the ice shelves which slow up the outflow of ice (67) and which may establish a relatively stable equilibrium at the grounding line, depending largely on the bottom slope and depth (68). Outlet glaciers may be further restrained by high sills in the underlying bedrock (58). According to Mercer (24), the protective ice shelves are quite sensitive to warming at their upper surface, since the resulting meltwater can help disrupt the cold internal ice and accelerate melting at their base. Moreover, Hughes (58) suggests that the "shelves exist in metastable equilibrium; their calving margins are stable for small temperature perturbations but become unstable when a critical temperature perturbation is exceeded."

Air temperatures during the warmest month (January) at the northern edges of the Ross and Filchner shelves average some $-4°$ to $-5°C$ (69). Therefore, a temperature rise greater than about $5°C$ could initiate the rapid destruction of these ice shelves and lead to a catastrophic surge of the ice sheet. The small ice shelves of the Pine Island and Thwaites outlet glaciers may be even more susceptible and could perhaps already be collapsing (25). Thus a rise in global mean surface air temperature of a degree or two, magnified several times near the poles, could cause the removal of the ice shelves and the subsequent disintegration of much of the WIS. However, the surface temperature over polar waters is a complicated result of many factors, not just the radiative balance. The salinity of the surface waters is a major factor in determining the stability of the upper oceanic layers. Heat transport from lower layers in the ocean toward the surface depends on this stability. How the stability and thus the heat transport would be affected by $CO_2$-induced warming or possible associated precipitation changes is still difficult to establish.

Some evidence suggests that the ice shelves may already be receding, perhaps in conjunction with a detectable Antarctic warming trend [Mercer (70) reviews the observations]. For example, analysis of LANDSAT satellite photographs tentatively indicates that the fronts of several small ice shelves underwent major recessions from 1972 to 1975 (71). Although some measurements show that the grounding line at the Ross Ice Shelf may be advancing, Thomas (72) feels that this may not be inconsistent with a general retreat. Such a retreat may also explain part of the observed eustatic sea level rise of slightly over a millimeter annually (73).

The extent of a WIS disintegration is of particular interest. Budd & McInnes (65) imply that the drainage basins would surge independently from each other in the absence of a common initiation, as indicated by bedrock elevations and ice flowlines for Antarctica (74). Thus, the entire WIS might not collapse all at once if each drainage basin were to respond differently to its local temperature change. Furthermore, should one portion collapse, the resulting isostatic uplift (the response of the underlying bedrock to the substantial decrease in weight) might affect the collapse in another portion. It does seem likely, nevertheless, that if a surge were to begin, most of the WIS ice now above sea level would enter the ocean (75). Additional ice might also flow out through outlet glaciers across the mountains from East Antarctica (64).

Only general limits can be placed on the likely timing of a WIS disintegration. Hollin (61, 62) discusses a catastrophic collapse that might occur in a week and examines the possibility of sedimentary evidence of waves or tsunamis which might accompany such a rapid event. The Laurentide Ice Sheet is thought by some to have undergone a collapse of its Hudson Bay ice dome by calving processes in 200 years or less (76–78), based on relative dates derived from carbon-14 analysis. Thomas et al (25) have recently derived estimates for the retreat times of grounding lines of ice streams in the Ross Ice Shelf region, obtaining values of 50–200 years which depend critically on the bottom topography and the presence of ice rises. They also suggest that the destruction of the ice shelves might not begin for several centuries due to an assumed slow thermal response of the ocean; however, this seems inconsistent with estimates of the sensitivity of sea surface temperatures to the CO$_2$-perturbed radiation balance and the recently reported active circulation and melting beneath the Ross Ice Shelf (79–81). In any case, the Pine Island and Thwaites outlet glaciers may already be collapsing, a process that could take as little as 40 yr (25). In summary, although many uncertainties remain, a WIS disintegration could begin within a few years of an Antarctic warming and could take between a few decades and a few centuries to proceed significantly toward completion.

## Sea Level Variations

The rise in global mean sea level due to the deglaciation of the West Antarctic Ice Sheet (WIS) would result directly from the redistribution of ice now above sea level, approximately half of the total WIS volume. A 4–5 m overall rise could be expected. Uncertainty exists in the amount of ice above sea level, the extent of WIS disintegration, and the potential contribution of ice from the East Antarctic or Greenland ice sheets. This global mean rise may be unevenly distributed due to the redistribution of mass [isostatic uplift in Antarctica, isostatic depression in the tropics and northern hemisphere, and a reduction in the gravitational attraction of WIS on the sur-

rounding ocean (28)]. In other words, local values of the rise in mean sea level may be substantially different (tens of percent) from the global average change in mean sea level; and the local patterns could change as the disintegration progressed.

Several researchers have reviewed evidence of a global mean sea level about 6 m higher than the present level during a warm interglacial period some 120,000 years ago (61, 62, 70, 82–83). Of particular interest are the apparently higher values of sea level in the northern hemisphere, consistent at first glance with the suggestion of Clark & Lingle (28) that sea level changes may be unevenly distributed geographically. For example, Florida, North and South Carolina, Virginia, Washington DC, and northwest Alaska all have evidence of sea levels some 5–20 m higher than the present (62, 70). Evidence also exists that such a past higher sea level was most likely the result of a WIS deglaciation rather than a Greenland one and of greater ocean volumes than at present rather than tectonic or other factors (24).

## IMPACT ASSESSMENT OF A CO$_2$-INDUCED SEA LEVEL RISE

### Geographic Changes from a Sea Level Rise

The geographic changes due to a sea level rise of approximately 5 m have been analyzed for the United States using US Geological Survey topographic maps, usually the 7½-min series (scale 1:24000). The 15- and 25-foot (4.6–7.6 m) contours for land elevation above mean sea level were used to derive approximate areas flooded within individual counties. These estimates may be somewhat conservative since the effects of tides, storm surges, coastal erosion, and land subsidence have been ignored. However, they provide simple yet reasonably accurate (to within a few percent) values for flooded areas.

Dramatic changes in coastal geography would result from a sea level rise of 4.6–7.6 m. As can be seen from Figure 1, as much as one fourth of Florida may be submerged by a 4.6 m local rise and one third by a 7.6 m rise, including all but four of its cities of over 25,000 people (in 1970) in the latter case. Louisiana would be subject to inundation of comparable magnitude. New Orleans is of particular note since much of the city is already several feet below below sea level, protected only by extensive levees. Large portions of the Texas coast, including the cities of Galveston, Corpus Christi, Beaumont, and Port Arthur, already very susceptible to hurricane flooding because of the flat terrain, would be inundated permanently. In the mid-Atlantic region, a 25-ft rise would submerge Savannah, Georgia; Charleston, South Carolina; four out of the eight Virginia cities with populations

over 100,000 (in 1970); one fourth of Delaware; and portions of Washington DC, including much of the Smithsonian Institution. One could launch a boat from the west steps of the United States Capitol, should such a flooding occur, and row to the White House South Lawn (Figure 2). Along the north Atlantic Coast, although only small land areas are involved compared with the previous regions, well-developed coastal lowlands in several major cities such as New York, Atlantic City, and Boston, (including most of the Massachusetts Institute of Technology and Harvard University) would be inundated by a 15- to 25-ft rise in local mean sea level. Along the West Coast, with the exception of the Sacramento River flood plain (and the state capitol), only relatively minor losses would be expected. All in all, for the continental United States, about 1.5% and 2.1% of the total land area would be covered for each respective level of rise (Table 1).

## Demographic and Economic Impacts

The geographic analysis of the previous section can be combined with demographic and property value data from United States censuses (84, 85) to yield quantitative estimates of the impacts of the hypothesized sea level rise. By assuming that population, income, and wealth are distributed evenly within a county, initial estimates of the numbers of people displaced and the immobile wealth destroyed can be obtained. Table 1 summarizes the results for the continental United States. For a 15-ft rise, over 11 million people (about 6% of the 1970 continental United States population) plus some 110 billion 1971 dollars in non-removable, taxable property value (about 6% of the total) are affected; for the 25-ft case, these values increase to about 16 million people (8%) and 150 billion 1971 dollars (8%). Since an estimated one third of the United States property is not taxed (86), these figures can be increased by 50%, yielding 160 and 220 billion 1971 dollars for the 15- and 25-ft cases, respectively (or about 4% and 6% of the 1971 Net National Wealth). On a regional scale, the impacts are yet more severe: some 40% of Florida's population and about half of both its income and immobile wealth (44% of its total 1971 locally taxable wealth of about 75 billion dollars) are affected in the 15-ft case and an additional 10–15% of each in the 25-ft case. (In 1980 dollars these estimates are probably several times too low.)

It is important to note that these values are only first-order estimates based on census data that are frequently limited and somewhat uncertain because of averaged adjustment factors. Moreover, we have not made any attempt to estimate secondary economic effects, which may at the least equal direct losses (87), nor actual replacement costs after a major economic perturbation of this kind. We have ignored potential environmental consequences for wetlands, inland ecosystems, and even low-lying nuclear

118   SCHNEIDER & CHEN



*Figure 1.*   Approximate areas flooded by a 15–25 foot (4.6–7.6 meter) rise in mean sea level:
Florida. The darkest shading is sea level (ocean or lake). The next lighter shade is 0-15 ft.,
and the next lighter 15-25 ft. above sea level.

CO₂ WARMING AND COASTLINE FLOODING · 119







*Figure 2.* Approximate areas flooded by a 15–25 foot (4.6–7.6 meter) rise in mean sea level: Washington DC.

Table 1  Summary of estimated geographic, demographic, and economic impacts of 15- and 25-ft (4.6- and 7.6- m) rises in sea level for the continental United States[a]

| Region/state | 15-ft case | | | | | 25-ft case | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Percentage flooded | Population (millions) | Approx. percentage of state | EMV[b] (bill. $) | Approx. percentage of state | Percentage flooded | Population (millions) | Approx. percentage of state | EMV[b] (bill. $) | Approx. percentage of state |
| Florida | 24.1 | 2.9 | 43 | 33.4 | 52 | 35.5 | 3.8 | 55 | 41.7 | 6 |
| Gulf Coast | 4.7 | 2.7 | — | 21.3 | — | 5.8 | 3.3 | — | 26.9 | — |
| Texas | 2.2 | 0.9 | 8 | 14.3 | 14 | 3.2 | 1.3 | 11 | 19.2 | 1 |
| Louisiana | 27.5 | 1.7 | 46 | 6.5 | 51 | 31.4 | 1.8 | 50 | 7.0 | 5 |
| Mississippi | 1.0 | c | 2 | 0.2 | 3 | 1.5 | 0.1 | 4 | 0.3 | |
| Alabama | 0.8 | c | 2 | 0.3 | 2 | 1.1 | 0.1 | 2 | 0.4 | |
| Mid-Atlantic | 5.3 | 1.8 | — | 11.6 | — | 7.6 | 2.5 | — | 16.6 | — |
| Georgia | 2.4 | 0.2 | 4 | 0.8 | 4 | 4.0 | 0.3 | 6 | 1.2 | |
| South Carolina | 6.7 | 0.3 | 10 | 1.6 | 12 | 10.2 | 0.3 | 13 | 2.2 | 1 |
| North Carolina | 7.9 | 0.2 | 3 | 1.4 | 4 | 9.8 | 0.2 | 4 | 1.9 | |
| Virginia | 3.1 | 0.7 | 16 | 4.1 | 12 | 4.8 | 1.0 | 21 | 5.8 | 1 |
| Maryland | 12.3 | 0.2 | 6 | 1.5 | 5 | 17.3 | 0.4 | 10 | 2.6 | |
| Dist. of Col. | 15.0 | 0.1 | 15 | 1.2 | 15 | 20.0 | 0.2 | 20 | 1.6 | 2 |
| Delaware | 16.0 | 0.1 | 19 | 1.0 | 18 | 25.0 | 0.1 | 25 | 1.3 | 2 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| North-Atlantic | 0.9 | 3.6 | — | 33.3 | — | 1.3 | 5.0 | — | 47.6 | — |
| New Jersey | 9.5 | 0.7 | 9 | 6.2 | 9 | 13.1 | 0.9 | 12 | 8.4 | 1 |
| Pennsylvania | 0.1 | 0.4 | 3 | 2.0 | 3 | 0.2 | 0.5 | 4 | 2.8 | |
| New York | 0.6 | 2.1 | 12 | 22.0 | 12 | 0.8 | 3.0 | 16 | 30.9 | 1 |
| Connecticut | 1.2 | c | 2 | 0.6 | 2 | 2.2 | 0.1 | 3 | 1.1 | |
| Rhode Island | 3.5 | c | 3 | 0.2 | 3 | 7.0 | 0.1 | 6 | 0.4 | |
| Massachusetts | 2.1 | 0.3 | 4 | 2.2 | 5 | 3.4 | 0.4 | 8 | 3.7 | |
| New Hampshire | 0.1 | c | 0 | c | 1 | 0.4 | c | 1 | 0.1 | |
| Maine | 0.2 | c | 1 | 0.1 | 2 | 0.4 | c | 1 | 0.2 | |
| | | | | | | | | | | |
| West Coast | 0.6 | 0.8 | — | 7.8 | — | 1.2 | 1.4 | — | 14.2 | — |
| California | 1.0 | 0.7 | 4 | 7.3 | 3 | 1.7 | 1.2 | 6 | 12.7 | |
| Oregon | 0.1 | c | 1 | 0.3 | 1 | 0.4 | 0.1 | 3 | 0.6 | |
| Washington | 0.4 | c | 1 | 0.2 | 1 | 7.1 | 0.1 | 2 | 0.9 | |
| | | | | | | | | | | |
| All regions | — | 11.6 | — | 107.5 | — | — | 15.7 | — | 146.9 | — |
| Percentage of continental US | 1.5 | 5.7 | — | 6.2 | — | 2.1 | 7.8 | — | 8.4 | — |

a Totals may not add exactly due to rounding errors.
b Estimated Market Value derived by dividing the "locally assessed taxable real property" in each county by the "aggregate assessment price ratio," which is based on a sample of market values (85).
c Less than 0.1.

124    SCHNEIDER & CHEN

reactors [of which at least 10 may be affected by a 25-ft rise (88)]. Further-more, future population growth, migration patterns, or economic trends may well change the value of coastal land and structures (84, 89–92). Actions, such as the building of levees or dams, could also be taken to reduce damage or to redistribute losses across the entire country (89).

Experience with such huge displacements of population and losses of wealth is extremely limited. Other natural hazards are qualitatively differ-ent and quantitatively less damaging (a few billion dollars annually in the United States). Only coastal erosion, which for the entire United States costs about 300 million dollars per year, results in permanent loss of land. Damage from hurricanes, earthquakes, windstorms, lightning, and so forth are measured in hundreds of millions of dollars at most, rather than the tens of billions of losses estimated for areas such as the Texas coast (Table 1). Furthermore, such hazards are characterized by such complications as extensive loss of life (89).

The seriousness of damage would certainly depend on the time frame of a sea level rise. For example, if the rise were to occur in only one year, the logistic problems of housing and feeding people and of salvaging household property, equipment, and inventories would become formidable. They would be compounded by the difficulty of absorbing rapidly the costs of relocation and reconstruction and the immediate losses of productive capac-ity. On the other hand, were the rise spread over a decade or longer, the migration of people (say, 1–1.5 million per year) could be considerably easier and the macroeconomic effects less of a shock. For instance, housing construction exceeded 2 million units per year for the three years 1971–1973 (92). An annual direct loss of 15–20 billion dollars would be economically serious, but perhaps not catastrophic [on the order of past and present "losses" to members of the Organization of Petroleum Exporting Countries (93)]. Moreover, an accurate prediction or warning a few years in advance could reduce and distribute impacts even further.

## Some Speculations on Social and Political Impacts

A variety of social and political impacts could result from a sea level rise or from policy actions to reduce risks or damage. Such impacts are more difficult both to quantify and to compare than economic factors, especially since they often involve such important issues as equity, individual and collective responsibilities, risk perceptions, and international development goals. Rather than analyzing these impacts and issues in detail, a task more appropriate for an integrated, multidisciplinary team of researchers, we briefly list some possible consequences and interactions.

One type of impact could result directly from a rise in sea level. For example, a rise would endanger various historical monuments, cemeteries, educational institutions, wildlife preserves, and other cultural and environmental assets such as the Smithsonian Institution, MIT, Harvard University, Plymouth Rock, the Lincoln and Jefferson Memorials, and the Everglades. Although the costs of protecting or transplanting such resources may be calculable, changes in aesthetic, historical, or cultural value may not be.

Even more uncertain, quantitatively, would be the psychological and sociological trauma of disruption and dislocation. The loss of much of an individual's or family's assets, forced relocation, changes in employment, destruction of communities, and severing of "roots" would cause substantial mental stress and anguish. Other complications, such as consumer fraud, racial and income discrimination in the distribution of relief, and housing shortages might also contribute to the hardship (89, 94–96). In areas such as Florida, with its high proportion of elderly, these problems could become even more severe (84). Another interesting possibility is the potential restructuring of political power within a region due to relocation.

A second type of impact results from actions taken in response to an actual or predicted sea level rise. Clearly the extent and conduct of government assistance would influence both the distribution of economic losses and the magnitude of the psychological and sociological shocks (89, 97). A prediction of a sea level rise could severely disrupt the real estate market by causing severe price fluctuations due to speculation and windfall profits. The nature of the prediction, including the source and its credibility, the uncertainty stated, the timing, and the support given by the scientific community would certainly be important in the ensuing situation (98, 99).

The perceived risk of a sea level rise may significantly affect other sociopolitical trends and policies, a third type of impact. The possibility of inundation might impact upon a low-lying area's economic well-being and development, especially if the government were to encourage or enforce land-use controls or a no-growth policy (100). Internationally, proposals to reduce fossil fuel consumption or deforestation may directly conflict with development and energy growth goals, particularly in the less-developed countries where the risk of these impacts seems less important than in the developed nations.

The potential impacts described above are merely an early cut at the issues. Indeed, thorough analyses are needed for all types of climatic change. Such further examination should consider equity issues, problems in the perception of risk, inhomogeneity in both impacts and causal factors, and decision-making processes.

126    SCHNEIDER & CHEN

## PERSPECTIVE AND CONCLUSIONS

### $CO_2$: An "Externality" of Development

In economic parlance the term "externalities" has been used to describe the cost or benefit of some economic activity to parties not directly involved in (i.e. external to) that economic activity (101). The medical costs to people subjected to health-damaging pollutants are usually external to the economic considerations of the polluters (unless environmental emissions regulations are in force). This is an example of a negative externality (102). On the other hand, the benefit to some fishermen from the delayed freezing of a pond heated by the thermal discharge of a power plant is a positive externality to those fishermen (it could also be negative, of course, depending on the nature of the impact to the fish).

In the case of $CO_2$ and climate, the potential externalities from $CO_2$-induced climatic changes are not now being internalized in the economic calculations of activities that can change the concentration of $CO_2$. No external costs, such as those borne by people whose coasts might be flooded or whose crop yields might be reduced, are included in today's "cost of doing business," for, for example, a deforester or a fossil fuel user. Nor, on the other hand, are external benefits such as potential crop-yield increases from $CO_2$ fertilization internalized in the balance sheets of $CO_2$-related economic activities. At least four factors contribute to the neglect of $CO_2$-related externalities in present economic activities:

1. Widespread recognition of potential $CO_2$ impacts is lacking.
2. Considerable technical uncertainty remains over the timing and magnitude of physical, economic, social, and political impacts of a given $CO_2$-induced climatic change (to say nothing of the uncertainty in the $CO_2$ projections themselves or in present calculations of climatic response).
3. Difficulty exists in identifying specific interests upon whom negative or positive externalities will accrue. In particular, no mechanism exists for resolving conflicts between individual or regional economic activities and a global perspective.
4. Difficulty exists in choosing a discount rate (or perhaps a value rate) at which future costs or benefits should be weighed in today's monetary units. As the first three points have been touched upon in varying degrees of detail to this point, we next discuss point 4, the question of discounting the future.

### Consequences of Discounting in the Context of $CO_2$

Even if we knew (or assumed) a future climatic scenario resulting from $CO_2$ increases today and could specify in detail what the physical and

economic impacts of that scenario would be at some future time, we would still not be able to internalize this externality into today's economic planning until we had assumed some rate at which the future could be discounted (or valued). For example, if offered the opportunity to buy today the option to receive $10 next year, we would be unlikely to offer $10 for that option simply because, in today's economic conditions, we can invest that $10 in a bank and receive both the principal plus an interest payment of at least 7% in one year. Thus, in this example, $10 one year from now is worth only $9.35 today (assuming, of course, no inflation of the dollar, which only exacerbates the devaluation of the future). Clearly then, in many, if not all, of our economic activities we discount the future by such a process. The rate at which we do so is related to the discount rate.

Extending this trivial example to the case of coastal flooding from $CO_2$ increases requires the use of a discount rate because the costs of mitigating $CO_2$ impacts will be felt, in general, earlier than the costs of leaving them unabated. Reducing today the economic activities that increase $CO_2$ will generate costs that, in a classical "cost-benefit" study, need to be weighed against the discounted costs of not reducing those activities (we ignore for the moment the equity issues of who benefits or loses today or in the future).

To be more specific, we generalize our estimate of the real property costs to the United States of a 7.6 m sea level rise (about one quarter of 1 trillion 1971 US dollars) to the rest of the world. For the sake of this example, we assume the total world value (in 1971 US dollars) of inundated areas to be $2.5 × 10^{12}$, ten times greater than estimated US losses. Furthermore, we assume that losses from such flooding occur in 150 years. What then is it "worth" to us today to invest in measures to prevent such a $2.5 × 10^{12}$ catastrophe in 150 years?

If we discount the future at 7% per year, this represents a doubling time for investments of roughly 10 years (and only 7 years for a 10% discount rate). Therefore, a dollar invested at 7% per year today would double roughly 15 times in the next 150 years, and be worth (ignoring inflation) about $30,000.

Similarly, a dollar in 150 years is worth only about 1/30,000 of a dollar today—assuming again that we discount the future at a yearly rate of 7% per year, of course. Thus, a $2.5 × 10^{12}$ inundation cost in 150 years is worth only about $75,000,000, a sum considerably less than the economic value of fossil fuel–related industries or the potential agricultural income from deforested lands. Thus, many people today would not consider it "economically rational" to spend more than 75 million dollars (hardly more than the cost of a few fossil-fueled power plants) now even to prevent a two and one-half trillion-dollar catastrophe 150 years in the future. In other words, this 75 million-dollar sum would presumably increase at about 7% per year,

128    SCHNEIDER & CHEN

reaching 2.5 trillion in 150 years, exactly enough to compensate in the aggregate for future losses (again ignoring inflation and equity issues). All of this assumes, of course, that discounting the future at 7% per year is a "politically rational" policy.

If the inundation were to occur in only 20 years, though, it would be worth $6 \times 10^{11}$, a loss sufficiently serious to warrant dramatic, immediate policy actions. Uncertainties in the timing of potential sea level rises combine with those of estimating the discount rate, thus further complicating our impact assessment. Of course, in the future, population pressures and the desire to live near the oceans could drive up the value of coastal properties relative to now. But such value rate factors (as opposed to discount rate factors) are difficult to assess.

Regardless of the "correct" discount (or, some would argue, value) rate we should use to evaluate the worth of the future, one thing remains clear: discounting at high rates further diminishes the likelihood that this generation will invest heavily to hedge against potential $CO_2$-induced losses in the future.

## Policy Options

Although the process of policy choice is clearly a value-laden activity that rightly belongs in the political, not scientific, arena, experts can still exert considerable influence through policy analyses. That is, expertise is needed to assess the effects of different policy options on changing the magnitude or distribution of, say, economic impacts from climatic changes arising from $CO_2$ increase. Such assessments can help to clarify political choices.

In the case of the potential climatic consequences of $CO_2$ increases, several policy options can be listed, progressing from the most passive (i.e. do nothing), up to very active countermeasures that involve complex international regulations—or even climate control schemes. These policy options in response to $CO_2$ could be:

1. DO NOTHING DIFFERENT    Those either (a) unaware of the issues, (b) perplexed thoroughly by the uncertainties, or (c) special interests most likely to be adversely affected by some policy are the most likely to favor this inactive policy. However, at least a few social scientists who have examined this problem believe that adaptation by society to climatic changes may be the best, or at least the most likely, option (103, 104). This does not, however, preclude option 3.

2. STUDY (OR MONITOR) MORE    Few who are aware of the potential for global climatic change from $CO_2$-generating activities wholly dismiss the policy aspect of the problem as premature. Instead, those who are disturbed by the prospect of active policy (e.g. emission regulations) in view of the

large degree of technical uncertainty often favor a "prudent" response: study (or monitor). (We scientists who so frequently suggest this option, in part because of our professional commitment to increased knowledge, must be especially careful to justify our advice, as funding agencies are well aware of our special interest in research.) This choice is of course an active policy, since it commits funds now for research to narrow the uncertainties surrounding the costs and benefits of $CO_2$-induced climatic changes in the future. In fact, the active efforts of the US Department of Energy and other agencies to invest in climatic research and monitoring with emphasis on $CO_2$ demonstrates that this policy is favored at the highest levels of government in the United States (40, 105–107).

A troublesome part of this policy is the often implicit feeling that since present estimates of $CO_2$-induced societal impacts are not "due" to be large for a few decades, then we can safely study the problem for 10 more years or so without risks, thereby avoiding costly and perhaps premature, active $CO_2$-control policies. The danger of this policy is twofold: (a) It could well take decades before the data needed to verify or deny the predictions of state-of-the-art climatic models are in hand; presently the time frame over which the atmosphere itself will "perform the experiment" of proving present estimates too high or low. (b) The historic record shows that the time taken for a new energy supply technology to replace a significant fraction of an existing infrastructure (e.g. coal to replace wood or oil to replace coal) is 50–100 yr (108, 109). Although it is possible that nonmarket interventions such as government regulations or incentive programs and the use of modern technological aids (e.g. communications and transportation systems) could significantly reduce this "market penetration time," it would still be hard to replace the bulk of the "standing crop" of fossil fuel energy devices in less than several decades at least. Thus this infrastructural inertia implies that once a decision to curb $CO_2$ emissions were made, it would likely be decades before the trend of increasing $CO_2$ concentrations could be reversed. Thus, one cannot delay a decision to curtail $CO_2$ emissions (or other such active policies) by some 10 yr while experts study, without some risk! That risk, of course, is that the future will be committed to a larger dose of $CO_2$ and its impacts if such a decision is delayed, relative to the impacts that would be felt if the decision to cut $CO_2$ emissions were made now. Whether the risk of delay justifies stronger action than research is a value choice that balances the costs of immediate actions versus the potential costs of future $CO_2$ impacts—all in the face of large uncertainty.

3. BUILD RESILIENCE   A more active response than research to the prospect of $CO_2$-induced environmental changes, but less severe than emission controls, is the policy to build resilience; that is, active efforts are pursued

to minimize the vulnerability of various economic or political sectors of society to climatic changes whether natural or induced by $CO_2$ or other human influences [what one of us has previously termed a Genesis Strategy (110)]. Examples of policy actions that could be undertaken in advance of $CO_2$ emission controls, but beyond (and/or in addition to) the more passive policy of research are: food reserves, seed stocks capable of producing plants widely adapted to different growing conditions, soil conservation practices, judicious management of coastal development, water supply networks, food trade agreements, research and development of nonfossil fuel energy alternatives, reduced energy demand, and decoupling of the dependence of economic development (whether GNP or some alternative measure) on energy growth. Not only would the building of resilience (or minimizing vulnerability) help to mitigate the impacts of $CO_2$-induced climatic changes, should they prove as serious as some estimations, but it could also reduce the economic impacts of curtailed or regulated $CO_2$-emitting activities by changing the character of the economy slowly enough to prevent sudden disruptions, should new evidence prove $CO_2$ a more certain threat.

4. REDUCE THE $CO_2$ INSULT    The most active response to the potential impact of $CO_2$-induced climatic changes [short of $CO_2$-transfer and climate-control schemes (40, 111, 112)] would be policies to reduce the emissions of $CO_2$ by curtailing the activities that produce them. At least four steps could be taken, ranging from voluntary conservation up to international regulatory controls.

*(a) Conservation*    Regardless of technologies used, each alternative energy system has risks in rough proportion to the total amount of energy utilized. With fossil fuel energy systems, for example, fuel not consumed will result in diminished $CO_2$ input to the atmosphere, sulfate pollution, release of heat, strip mining damage, etc.

Conservation itself can be taken in two forms. The form least disruptive in economic terms would be an effort to improve end-use efficiency. Better insulated structures, mass transit systems rather than individual vehicles, more efficient cars, use of less energy-intensive materials, lowered thermostats, etc are all well-known examples of steps that could reduce considerably energy consumption without significant economic losses. In fact, several major studies have recently concluded that conservation in the sense of increased end-use efficiency is the cheapest and cleanest energy alternative (93, 113–116).

The second and more severe form of conservation of energy involves "curtailment" of its usage. Curtailment, it has been argued, can result in job losses in affected industries and thus is likely to be unpopular—or at

least controversial. On the other hand, overall employment could increase if an economy were designed to utilize more workers in less energy intensive occupations. In fact, one means of reducing the $CO_2$ emissions with minimal economic damage is to plan for an economy whose growth rate depends less and less on the growth rate of energy usage. Shifts from industrial to service sectors in employment have already been evolving toward this goal.

Regardless of the degree of conservation chosen by society, it seems clear that most people agree that energy waste cannot be tolerated in view of the broad array of risks from energy use.

*(b) Alternatives to fossil fuel energy systems*   There are many options to reduce the $CO_2$ insult in the long run without reducing the utilization of energy below some "desirable" level. These include solar, nuclear, wind, geothermal, biomass, and hydroelectric power, among others (113–118). Each offers the chance to provide the same benefit, a unit of energy, but the costs and risks vary widely across these systems. Whether these alternative systems provide more or less risk than fossil fuels is difficult to determine, since their risks are heterogenous and often accompanied by large uncertainties (119).

*(c) Land use regulation*   If deforestation of the tropics or loss of organic carbon in soil from agriculture are, as some biologists suspect, likely sources of $CO_2$, then control of atmospheric $CO_2$ concentrations will require land use regulations. Of course, just as fossil fuel burning is an international pursuit, so are land uses with the potential to increase $CO_2$. Thus, if actions to reduce the insult of increasing $CO_2$ are to be effective, they will, of necessity, have to be international, and deal with both fossil fuel burning and land usage.

*(d) Law of the Air*   To meet any international desire to keep $CO_2$ concentrations below some "standard," an international regulatory mechanism would need to be set up, first to negotiate standards and then to inspect for national emissions of $CO_2$. In essence, what would be required is a multilateral treaty or "Law of the Air" [as suggested by Margaret Mead (120)]. For it to succeed, not only would nations need to assign to such an international mechanism the power to set global $CO_2$ standards, but they would also have to follow through by agreeing to restrict their individual developmental activities to levels sufficient to prevent $CO_2$ emissions that were above their national quotas. The possibility of achieving such a "Law of the Air" at this point is, from a political standpoint, next to nil, especially since present emissions of $CO_2$ are due primarily to the industrialized countries of the world (121). However, if climatic impact assessments can demonstrate

132    SCHNEIDER & CHEN

more credibly that the potential risks of $CO_2$ buildup are sufficiently threatening, then pressures to protect the global atmospheric commons could mount. Moreover, the costs of prevention, though large, could be tenable (122).

On the other hand, once individual special interests have been identified (i.e. who might benefit and who might lose from a $CO_2$ increase), they will demand protection. We face a predicament: At present, great uncertainties persist as to the magnitude, timing, and distribution of consequences from $CO_2$-induced climatic changes. These mitigate against aggressive policies of costly preventative measures. Yet, once any benefactors of such changes could be identified, they will likely resist participation in international effort to control $CO_2$. This argues for early action on a Law of the Air to protect the global climatic commons while all nations still face the *possibility* of harmful changes. This $CO_2$ predicament is merely a part of the larger issues of the growths of population, use of resources, environmental quality, and rates of development. The balancing of interests in these areas has been termed the human predicament (110, 117, 123–125).

## $CO_2$ as Part of the Human Predicament

A rousing, often bitter, debate has been going on for a decade or so about the problem of providing sufficient amenities (e.g. food, health, education, shelter, energy, environmental quality, etc) to a growing world population. Particularly heated have been questions about the earth's carrying capacity for humans, the desirability of increased technology versus population control as a means to ensure adequate per capita standards for future generations, and the more general questions of "limits to growth." The pessimists have argued that environmental degradation and resource shortages, driven by both population pressures and unrealistic expectations of the benefits of technology, will result in social and environmental catastrophes. The optimists argue that more technology, not less, is needed to help improve global economic conditions—and, they claim, the per capita quality of life—to a sufficient degree such that birth rates will decline naturally (what has been termed the "demographic transition"). They point to increasing use of energy as a major correlate with Gross National Product (GNP), and low birth rates with high GNP per capita. The limits-to-growth advocates respond that such a demographic transition, even if it were to work in the less-developed countries (LDCs) as it has in the developed countried (DCs), would still take many generations, too long to wait since total population levels would be too high to sustain (117).

Others share aspects of each position, arguing that it is not per capita GNP that correlates well with lowered birth rates, but rather per capita measures of the physical quality of life. One index, the physical quality of

life index (PQLI), has shown that health care, education, and basic nutrition, not GNP (at least for GNP below about $1000 per capita), are the chief correlates with lowered birth rates in LDCs (126, 127). This argument suggests that increased energy usage, fossil or other, will help solve the world predicament *only to the extent that it helps achieve the rapid spread of these basic human services.*

This brief review of these well-publicized discussions brings us back to the role of $CO_2$ in the human predicament. If fossil fuel burning and land uses that produce $CO_2$ are to be minimized, then the total use of fossil fuel and deforestation rates must be kept in check. On the other hand, if greater per capita energy consumption and land usage are needed to improve PQLI in order to bring down birth rates, then more $CO_2$-producing activities will, at least in the short run, need to be encouraged. But this may raise total $CO_2$ levels and increase the likelihood of $CO_2$-induced problems. Since total energy use is the per capita level times the total population, the trade-off becomes clear: energy-use expansion to improve PQLI and thus reduce birth rates (should it prove more than a coincidence) must be accomplished rapidly enough to help create a stable population level so that adequate per capita levels of consumption can be obtained before the total population becomes so large that severe environmental damages, like a sea level rise, occur. The $CO_2$ issue, then, enters the world predicament debate by suggesting an urgency for minimizing the time in which population growth rates must be reduced, after which further per capita $CO_2$ production could create such large environmental changes as to negate the benefits the very expansion in fossil fuel energy (or land use) was designed to allow (110, 125).

## The Risks of Alternative Energy Systems

Clearly, before a decision to regulate $CO_2$-producing activities can become less controversial, we need to assess the benefits of energy use (or $CO_2$-producing land usage) relative to the risks of that usage. Assuming the relative benefits of energy usage can be measured primarily per unit of energy services produced, then the major difference among alternative supply technologies (again, per unit energy service produced) would be the economic, health, environmental, and sociopolitical costs of each alternative. A number of studies (93, 113–119) have shown that no energy system is without risks, and that these risks are of very different characters and affect different segments of society for different energy supply systems. Weighing the potential $CO_2$ risks from fossil fuels versus the possibility of nuclear weapons proliferation from the spread of nuclear power technology versus the risk of hydroelectric dam failures, to name a few, is a monumentally compex value choice.

134    SCHNEIDER & CHEN

Political choices on energy alternatives will partly depend on the technical assessments of both the probability and consequences of various potential energy supply system risks (both of which can be fraught with *inestimable* uncertainties). They will also depend on the public's perception of the acceptability of one kind of risk versus another. Finally, these differently assessed and perceived risks of alternative energy systems will have to be weighed through the political process against the differently assessed and perceived benefits of energy services. The prospect of choosing a mix of energy supplies systems that accommodates differing interests is a staggering challenge to existing political systems. In view of the immensity of the difficulties in choosing the "best" set of supply technologies, punctuated by large uncertainties in already analyzed data—to mention nothing of incomplete risk/benefit inputs—it may well be best to maintain open options (119, 128). The activities listed in the aforementioned policy of building resilience are examples of such options. Even if there were no $CO_2$ problem, the activities called "build resilience" are important for other reasons. Viewed this way, the $CO_2$ issue has tie-ins with other problems. In view of the large $CO_2$ uncertainties, it seems likely that policy responses with tie-ins are the ones that will receive priority attention by decision makers (129).

## SUMMARY

We have mentioned that energy increases are likely in the future, and that these can cause both benefits and risks for society. The risks are heterogeneous and often uncertain, making an optimum choice of alternatives difficult. Nevertheless, fossil fuel power is, and is likely for decades at least to continue to be, the dominant energy supply source. Fossil fuel burning and some land uses have led to, and are likely to continue to lead to, increases in the concentration of carbon dioxide ($CO_2$) in the atmosphere. The increases are projected by state-of-the-art equilibrium climatic models to lead to a global warming of a degree or so Celsius around 2000 AD, with this warming amplified several times near the poles. (Recent transient models suggest that the projected equilibrium signal may be delayed up to several decades. They also suggest that the character of the transient response could be different from equilibrium estimates.) Several glaciologists have hypothesized that such a warming could initiate a breakdown of the West Antarctic ice sheet and a subsequent rise in mean sea level of several meters. The process could be initiated over the next few decades and take anywhere from tens to hundreds of years to complete. Despite the cascade of uncertainties inherent in each link of the logical chain that started with $CO_2$ production and may end with sea level rise, its possibility remains plausible at present.

We have briefly reviewed the issues of the likelihood and timing of such a coastal flooding, and also have emphasized some demographic, economic, social, and geopolitical consequences of an assumed $CO_2$-induced rise in sea level of 15–25 ft (4.6–7.6 m). We have restricted our analyses to the continental United States, but conclude, nonetheless, that only in this one country on the order of $2 \times 10^{11}$ (in 1971 US dollars) in private and public land and structures would be inundated by the 7.6 m local rise. (In 1980 dollars these estimates are low by several fold.) Other economic, social, and political repercussions are also likely.

This "externality" of $CO_2$-producing activities is not now considered in economic development activities. If it were it could alter the present outlook for the expansion of such activities, depending upon the discount rate and other accounting factors used in any risk/benefit study. Moreover, as there are inestimable factors rendering cost/benefit studies perpetually tentative, a final consideration of the $CO_2$ problem is *ethics*: that is, is it ethical for this generation to allow a long-term buildup of $CO_2$ with potentially large consequences for posterity, even though the extent of the threat is presently uncertain (130).

The possible rise in sea level is certainly not the most immediate, and perhaps not even the most important potential $CO_2$-induced environmental effect. For example, alteration to accustomed patterns of rainfall as well as insects, diseases, and weeds could accompany a global warming, thereby affecting the location and productivity of grainbelts or watersheds. Primarily because of its tractability, we choose this sea level example as a quantitative case study to demonstrate the need for increased efforts toward more general climatic impact assessments. That is, although we suspect that assessments of the potential effects of regional climatic variations ($CO_2$-induced or otherwise) on regional food and water supplies will prove of greater importance to society (at least in the next few decades) than an assessment of a possible sea level rise, the latter is easier to perform quantitatively than the former. Regional climatic alterations, for which reliable estimates are beyond the state-of-the-art of climate theory, would (among other things) be necessary input to any assessment of the food and water supply impacts of a $CO_2$-induced climatic change.

We recognize that quantitative assessment of a relatively far away problem like the sea level rise case may be less useful for immediate decision making in society than a qualitative assessment of a potentially more significant problem like food production variations. But the general efforts at climatic impact assessment must, we believe, expand considerably, and the quantitative analysis of the potential impacts of a hypothetical, but plausible, sea level rise is a tangible case study. We hope many other studies will follow. At the same time, we believe it is not premature to begin to consider

136    SCHNEIDER & CHEN

steps to minimize our vulnerability both to $CO_2$-induced climatic changes and to any future shifts away from fossil fuels. It is in this spirit that we wish our efforts here to be interpreted.

ACKNOWLEDGMENTS

We wish to thank Lester Lave, Robert Kates, and Tom Teisberg for their helpful comments. R. S. Chen gratefully acknowledges the support of the Advanced Study Program of the National Center for Atmospheric Research which administers the Graduate Fellowship Program of the University Corporation of Atmospheric Research. We also thank Holly Howard for her prompt and efficient typing and Justin Kitsutaka and other members of the NCAR graphics group for their drafting of figures.

*Literature Cited*

1. Keeling, C. D., Bacastow, R. B. 1977. Impact of industrial gases on climate. In *Energy and Climate,* ed. Geophys. Res. Board, pp. 72–95. Wash. DC: Nat. Acad. Sci. 158 pp.
2. Machta, L., Telegades, K. 1974. In *Weather and Climate Modification,* ed. W. N. Hess, pp. 697–725. New York: Wiley
3. Hoffert, M. I. 1974. Global distributions of atmospheric carbon dioxide in the fossil-fuel era: A projection. *Atmos. Envir.* 8:1225–49
4. Smil, V., Milton, D. 1974. Carbon dioxide—alternative futures. *Atmos. Envir.* 8:1213–23
5. Niehaus, F. 1976. *A non-linear eight level tandem model to calculate the future $CO_2$ and C-14 burden to the atmosphere.* IIASA Rep. RM-76-35, Int. Inst. Appl. Syst. Anal., Laxenburg, Austria
6. Bolin, B., Degens, E. T., Kempe, S., Ketner, P., eds. 1979. *The Global Carbon Cycle,* SCOPE 13. New York: Wiley. 491 pp.
7. Baes, C. F. Jr., Goeller, H. E., Olson, J. S., Rotty, R. M. 1977. Carbon dioxide and climate: The uncontrolled experiment. *Am. Sci.* 65:310–20
8. Rust, B. W., Rotty, R. M., Marland, G. 1979. Inferences drawn from atmospheric $CO_2$ data. *J. Geophys, Res.* 84:3115–22
9. Kellogg, W. W., Schneider, S. H. 1978. Global air pollution and climate change. *IEEE Trans. Geosci. Electron.* GE16:44–50
10. Study of Man's Impact on Climate (SMIC). 1971. *Inadvertent Climate Modification: Report of the Study of Man's Impact on Climate.* Cambridge, Mass: MIT Press. 308 pp.
11. Callendar, G. S. 1938. The artificial production of carbon dioxide and its influence on temperature. *Q. J. Roy. Meteor. Soc.* 64:223–27
12. Seiler, W., Crutzen, P. J. 1980. Estimates of gross and net fluxes of carbon between the biosphere and the atmosphere from biomass burning. *Climatic Change.* 2:207–47
13. Woodwell, G. M., Whittaker, R. H., Reiners, W. A., Likens, G. E., Delwiche, C. C., Botkin, D. B. 1978. The biota and the world carbon budget. *Science* 199:141–46
14. Stuiver, M. 1978. Atmospheric carbon dioxide and carbon reservoir changes. *Science* 199:253–58
15. Bolin, B. 1977. Changes of land biota and their importance for the carbon cycle. *Science* 196:613–15
16. Adams, J. A. S., Mantovani, M. S. M., Lundell, L. L. 1977. Wood versus fossil fuel as a source of excess carbon dioxide in the atmosphere: A preliminary report. *Science* 196:54–56
17. Williams, J., ed. 1978 *Carbon Dioxide, Climate and Society.* New York: Pergamon. 332 pp.
18. Manabe, S., Wetherald, R. T. 1975. The effects of doubling the $CO_2$ concentration on the climate of a general circulation model. *J. Atmos. Sci.* 32:3–15
19. Ad Hoc Study Group on Carbon Dioxide and Climate. 1979. *Carbon Dioxide and Climate: A Scientific Assessment.* Wash. DC: Nat. Acad. Sci. 25 pp.
20. Augustsson, T., Ramanathan, V. 1977. A radiative-convective model study of

the $CO_2$ climate problem. *J. Atmos. Sci.* 34:448–51

21. Schneider, S. H. 1975. On the carbon dioxide-climate confusion. *J. Atmos. Sci.* 32:2060–66

22. Jason. 1979. *The Long Term Impact of Atmospheric Carbon Dioxide on Climate.* Tech. Rep. JSR-78-07. SRI Int., Arlington, Va. 184 pp.

23. Thompson, S. L., Schneider, S. H. 1979. A seasonal zonal energy balance climate model with an interactive lower layer. *J. Geophys. Res.* 84:2401–14

24. Mercer, J. H. 1978. West Antarctic ice sheet and $CO_2$ greenhouse effect: A threat of disaster. *Nature* 277:321–25

25. Thomas, R. H., Sanderson, T. J. O., Rose, K. E. 1979. Effect of climatic warming on the West Antarctic ice sheet. *Nature* 277:355–58

26. Denton, G. H., Armstrong, R. L., Stuiver, M. 1971. The late Cenozoic glacial history of Antarctica. In *The Late Cenozoic Glacial Ages,* ed. K. Turekian, pp. 267–306. New Haven: Yale Univ. Press

27. Hughes, T. 1973. Is the West Antarctic ice sheet disintegrating? *J. Geophys. Res.* 78:7884–7910

28. Clark, J. A., Lingle, C. S. 1977. Future sea-level changes due to West Antarctic ice sheet fluctuations. *Nature* 269:206–9

29. Marland, G., Rotty, R. M. 1979. Carbon dioxide and climate. *Rev. Geophys. Space Phys.* 17:1813–24

30. Thomas, R. 1979. Ice sheets and ice shelves. *Rev. Geophys. Space Phys.* 17:1257–58, 1273–76

31. Schneider, S. H., Temkin, R. L. 1977. In *Climatic Change,* ed. J. Gribbin, pp. 228–46. Oxford: Cambridge Univ. Press

32. Committee on Climate and Weather Fluctuations and Agricultural Production. 1976. *Climate and Food.* Wash. DC: Nat. Acad. Sci. 212 pp.

33. Geophysics Study Committee. 1977. *Climate, Climatic Change and Water Supply.* Wash. DC: Nat Acad. Sci. 132 pp.

34. Takahashi, I., Yoshino, M. M. 1978. *Climate Change and Food Production.* Tokyo: Univ. Tokyo Press. 433 pp.

35. National Defense University. 1978. *Climate Change to the Year 2000.* Wash. DC: Nat. Defense Univ. 109 pp.

36. Climate Research Board. 1979. *Toward a U.S. Climate Program Plan.* Wash. DC: Nat. Acad. Sci. 91 pp.

37. Arrhenius, S. 1896. On the influence of carbonic acid in the air upon the tem-perature of the ground. *Philos. Mag.* 41:237–76

38. Keeling, C. D., Bacastow, R. B., Bainbridge, A. E., Ekdahl, C. A. Jr., Guenther, P. R., Waterman, L. S., Chin, J. F. S. 1976. Atmospheric carbon dioxide variations at Mauna Loa Observatory, Hawaii. *Tellus* 28:538–51

39. Machta, L. 1972. Mauna Loa and global trends in air quality. *Bull. Am. Meteor. Soc.* 53:402–20

40. Elliott, W. P., Machta, L., eds. 1979. *Workshop on the Global Effects of Carbon Dioxide from Fossil Fuels.* CONF-770385, Springfield, Va: NTIS. 122 pp.

41. Bacastow, R. 1979. Dip in the atmospheric $CO_2$ level during the mid–1960s. *J. Geophys. Res.* 84:3108–14

42. Bacastow, R. 1976. Modulation of atmospheric carbon dioxide by the Southern Oscillation. *Nature* 261:116–18

43. Bolin, B., Bischof, W. 1970. Variations of the carbon dioxide content of the atmosphere in the northern hemisphere. *Tellus* 22:431–42

44. Pearman, G. I. 1977. Further studies of the comparability of baseline atmospheric carbon dioxide measurements. *Tellus* 29:171–80

45. Keeling, C. D., Adams, J. A. Jr., Ekdahl, Jr., C. A., Guenther, P. R. 1976. Atmospheric carbon dioxide variations at the South Pole. *Tellus* 28:552–64

46. McRae, J. E., Graedel, T. E. 1979. Carbon dioxide in the urban atmosphere: Dependencies and trends. *J. Geophys. Res.* 84:5011–17

47. Bacastow, R. B., Keeling, C. D. 1973. Atmospheric carbon dioxide and radio carbon in the natural carbon cycle: Changes from A.D. 1700 to 2070 as deduced from a geochemical model. In *Carbon and the Biosphere,* CONF 720510, ed. G. M. Woodwell, E. V. Pecan, pp. 86–135. Springfield, Va: NTIS

48. Loomis, R. S. 1979. $CO_2$ and the biosphere. See Ref. 40, pp. 51–62

49. Broecker, W. S., Takahashi, T., Simpson, H. J., Peng, T.-H. 1979. Fate of fossil fuel carbon dioxide and the global carbon budget. *Science* 206:409–18

50. Siegenthaler, U., Oeschger, H. 1978. Predicting future atmospheric carbon dioxide levels. *Science* 199:388–95

51. Niehaus, F., Williams, J. 1979. Studies of different energy strategies in terms of their effects on the atmospheric $CO_2$ concentration. *J. Geophys. Res.* 84:3123–29

52. Ramanathan, V., Lian, M. S., Cess, R. D. 1979. Increased atmospheric $CO_2$: Zonal and seasonal estimates of the

138    SCHNEIDER & CHEN

effect on the radiation energy balance and surface temperature. *J. Geophys. Res.* 84:4949–58

53. US Comm. for Global Atmos. Res. Program. 1975. *Understanding Climatic Change: A Program for Action.* Wash. DC: Nat. Acad. Sci. 239 pp.

54. Schneider, S. H., Washington, W. M., Chervin, R. M. 1978. Cloudiness as a climatic feedback mechanism: Effects on cloud amounts of prescribed global and regional surface temperature changes in the NCAR GCM. *J. Atmos. Sci.* 35:2207–21

55. Kellogg, W. W. 1977. Effects of human activities on global climate. *WMO Tech. Note* No. 156, WMO No. 486, World Meteor. Org., Geneva, Switz. 47 pp.

56. Schneider, S. H., Thompson, S. L. 1979. Carbon dioxide and climate change: Importance of the transient response. *J. Geophys. Res.* Submitted for publication

57. Weertman, J. 1976. Glaciology's grand unsolved problem. *Nature* 260:284–86

58. Hughes, T. 1977. West Antarctic ice streams. *Rev. Geophys. Space Phys.* 15:1–46

59. Wilson, A. T. 1969. The climatic effects of large-scale surges of ice sheets. *Can. J. Earth Sci.* 6:911–18

60. Hollin, J. T. 1965. Wilson's theory of ice ages. *Nature* 208:12–16

61. Hollin, J. T. 1969. Ice sheet surges and the geological record. *Can. J. Earth Sci.* 6:903–10

62. Hollin, J. T. 1972. Interglacial climates and Antarctic ice surges. *Quat. Res.* 2:401–8

63. Flohn, H. 1974. Background of a geophysical model of the initiation of the next glaciation. *Quat. Res.* 4:385–404

64. Hughes, T. 1975. The West Antarctic ice sheet: Instability, disintegration and initiation of ice ages. *Rev. Geophys. Space Phys.* 13:502–26

65. Budd, W., McInnes, B. 1978. Modeling surging glaciers and periodic surging of the Antarctic ice sheet. In *Climatic Change and Variability: A Southern Perspective,* ed. A. B. Pittock, L. A. Frakes, D. Jenssen, J. A. Peterson, J. W. Zillman, pp. 228–34. New York: Cambridge Univ. Press. 455 pp.

66. Giovinetto, M. B. 1970. The Antarctic ice sheet and its bimodal response to climate. In *Int. Symp. Antarctic Glaciol. Explor.,* Int. Assoc Sci. Hydrology (IASH) Commission on Snow and Ice, Publ. No. 86, pp. 347–58. Wash. DC: IASH (c/o Am. Geophys. Union)

67. Robin, G. de Q. 1975. Ice shelves and ice flow. *Nature* 253:168–72

68. Weertman, J. 1974. Stability of the junction of an ice sheet and an ice shelf. *J. Glaciol.* 13:3–11

69. Tolstikov, Y. I., ed. 1966. *Atlas Antartiki* 1:76. Moscow: Glavnoye Upravleniye Geodezii i Kartografii

70. Mercer, J. 1968. Antarctic ice and Sangamon sea level. In *Int. Assoc. Sci. Hydrol.,* Commission of Snow and Ice, General Assembly of Bern, Publ. No. 79, pp. 217–25

71. Colvill, A. J. 1977. Movement of Antarctic ice fronts measured from satellite imagery. *Polar Record* 18:390–94

72. Thomas, R. H. 1976. Thickening of the Ross Ice Shelf and equilibrium state of the West Antarctic ice sheet. *Nature* 259:180–83

73. Flohn, H. 1978. Abrupt events in climatic history. See Ref. 65, pp. 124–34

74. Budd, W. F., Jenssen, D., Radok, U. 1971. *Derived Physical Characteristics of the Antarctic Ice Sheet, Mark I.* Univ. Melbourne Meteor. Dept. Publ. No. 18, Melbourne, Australia. 178 pp.

75. Hughes, T. 1980. Climatic warming and collapse of the West Antarctic Ice Sheet. In *Workshop on Environmental and Societal Consequences of a Potential $CO_2$-induced Climate Warming,* Wash. DC: USDOE. In press

76. Bryson, R. A., Wendland, W. M., Ives, J. D., Andrews, J. T. 1969. Radiocarbon isochrones on the disintegration of the Laurentide ice sheet. *Arctic Alpine Res.* 1:1–14

77. Andrews, J. T., Mears, A., Miller, G. H., Pheasant, D. R. 1972. Holocene late glacial maximum and marine transgression in the eastern Canadian Arctic. *Nature Phys. Sci.* 239:147–49

78. Ives, J. D., Andrews, J. T., Barry, R. G. 1975. Growth and decay of the Laurentide ice sheet and comparisons with Fenno-Scandinavia. *Naturwissenschaften* 62:118–25

79. Gilmour, A. E. 1979. Ross ice shelf sea temperatures. *Science* 203:438–39

80. Jacobs, S. S., Gordon, A. L., Ardai, J. L. Jr., 1979. Circulation and melting beneath the Ross ice shelf. *Science* 203:439–43

81. Michel, R. L., Linick, R. W., Williams, P. M. 1979. Tritium and Carbon-14 distributions in seawater from under the Ross ice shelf project ice hole. *Science* 203:445–46

82. Broecker, W. S., Thurber, D. L., Goddard, J., Ku, T.-L., Matthews, R. K., Mesolella, K. J. 1968. Milankovitch hy-

pothesis supported by precise dating of coral reefs and deep-sea sediments. *Science* 159:297–300

83. Neumann, A. D., Moore, W. S. 1975. Sea level events and Pleistocene coral ages in the northern Bahamas. *Quat. Res.* 5:215–24

84. Bureau of the Census. 1973. *County and City Data Book, 1972, A Statistical Abstract Supplement.* Wash. DC: GPO. 1020 pp.

85. Bureau of the Census. 1973. *1972 Census of Governments, Vol. 2, Taxable Property Values and Assessment-Sales Price Ratios, Parts 1 and 2.* Wash. DC: GPO

86. Balk, A. 1971. *The Free List: Property Without Taxes.* New York: Russell Sage

87. Cochrane, H. C., Haas, J. E., Bowden, M. J., Kates, R. W. 1974 *Social Science Perspectives on the Coming San Francisco Earthquake: Economic Impact, Prediction and Reconstruction.* Natural Hazard Res. Working Pap. No. 25, Inst. Behav. Sci., Univ. Colo., Boulder, Colo. 82 pp.

88. Nuclear News. 1978. World list of nuclear power plants. In *Nuclear News Buyers Guide, mid-Feb. 1978,* pp. 49–62

89. White, G. F., Haas, J. E. 1975. *Assessment of Research on Natural Hazards.* Cambridge, Mass: MIT Press. 487 pp.

90. Ginsburg, N. 1972. The lure of tidewater: The problem of the interface between land and sea. In *Pacem in Maribus,* ed. E. M. Borgese, pp. 32–41. New York: Dodd Mead. 382 pp.

91. Kendrick, J. W., Lee, K. S., Lomask, J. 1976. *The National Wealth of the United States, By Major Sector and Industry.* Rep. No. 698, The Conference Board, New York. 81 pp.

92. Bureau of the Census. 1976. *U.S. Statistical Abstract, 1976.* Wash. DC: GPO

93. Stobaugh, R., Yergin, D. 1979. After the second shock: Pragmatic energy strategies. *Foreign Affairs* 57:836–71

94. Economic Development Council of Northeastern Pennsylvania. 1972. *Economic Impact of Tropical Storm Agnes on Luzerne County.* Flood Recovery Task Force, Inc. Philadelphia, Pa.

95. American Friends Service Committee (AFSC) 1972. *The Agnes Disaster and the Federal Response.* Philadelphia, Pa: AFSC

96. Boisvert, R. N. 1975. *Impact of Floods and Flood Management Policy on Area Economic Development and Recovery.* Dept. Agric. Econ., Cornell Univ., Ithaca, NY. 71 pp.

97. Dacy, D. C., Kunreuther, H. 1969. *The Economics of Natural Disasters.* New York: The Free Press

98. Mileti, D. S. 1975. *Natural Hazard Warning Systems in the United States: A Research Assessment.* Inst. Behav. Sci., Univ. Colo., Boulder, Colo. 97 pp.

99. Panel on the Public Policy Implications of Earthquake Prediction. 1975. *Earthquake Prediction and Public Policy.* Wash. DC: Nat. Acad. Sci. 142 pp.

100. Baker, E. J., McPhee, J. G. 1975 *Land Use Management and Regulation in Hazardous Areas: A Research Assessment.* Inst. Behav. Sci., Univ. Colo., Boulder, Colo. 124 pp.

101. Kneese, A. V. 1977. *Economics and the Environment.* New York: Penguin

102. Lave, L. B., Seskin, E. P. 1977. *Air Pollution and Human Health.* Baltimore: Johns Hopkins Univ. 368 pp.

103. Meyer-Abich, K. 1980. Socioeconomic impacts of climatic changes and the comparative changes of alternative political responses—prevention, compensation and adaptation. *Climatic Change.* 2 (No. 4): In press

104. Glantz, M. 1979. A political view of CO₂. *Nature* 280:189–90

105. National Climate Program Office. 1979. *National Climate Program Preliminary 5-Year Plan.* NOAA, Wash. DC. 150 pp.

106. Carbon Dioxide and Climate Research Program. 1979. *Summary of the Carbon Dioxide Effects Research and Assessment Program.* US. Dept. Energy, Wash. DC. 37 pp.

107. Climate Research Board. 1979. *A Strategy for the National Climate Program.* Wash. DC: Nat. Acad. Sci. 70 pp.

108. Marchetti, C. 1975. *Chem. Econ. Eng. Rev.* 7:9–15

109. Laurmann, J. A. 1979. Market penetration characteristics for energy production and atmospheric carbon dioxide growth. *Science* 205:896–98

110. Schneider, S. H., with L. E. Mesirow. 1976. *The Genesis Strategy: Climate and Global Survival.* New York: Plenum. 419 pp.

111. Marchetti, C. 1977. On geoengineering and the CO₂ problem. *Climatic Change* 1:59–68

112. Schneider, S. H. 1976. See Ref. 110, pp. 151–244

113. Stobaugh, R., Yergin, D., eds. 1979. *Energy Future: Report of the Energy Project at the Harvard Business School.* New York: Random House. 353 pp.

114. Resources for the Future. 1979. *Energy:*

*The Next Twenty Years.* Cambridge, Mass: Ballinger. 628 pp.
115. National Energy Strategies Project. 1979. *Energy in America's Future.* Baltimore: Johns Hopkins Univ. 555 pp.
116. Massachusetts Energy Office. 1978. *New England Energy Policy Alternatives Study.* Mass. Energy Office, Boston, Mass.
117. Ehrlich, P. R., Ehrlich, A. H., Holdren, J. P. 1977. *Ecoscience.* San Francisco: Freeman. 1051 pp.
118. Lovins, A. 1976. Energy strategy: The road not taken? *Foreign Affairs* 55:65–96
119. Risk/Impact Panel. 1980. Report of the Risk/Impact Panel of the U.S. NRC Comm. on Nuclear and Alternative Energy Systems. *Risks and Impacts of Alternative Energy Systems.* Wash. DC: Nat. Acad. Sci. In press
120. Kellogg, W. W., Mead, M., eds. 1977. The atmospheric resources: Will mankind behave rationally? In *The Atmosphere: Endangered and Endangering.* Fogarty Intnatl. Cent. Proc. No. 39, Publ. No. NIH 77-1065. Wash. DC: Nat. Inst. Health, pp. 75–92
121. Pearson, C., Pryor, A. 1977. *Environment: North and South—An Economic Interpretation.* New York: Wiley. 355 pp.
122. Nordhaus, W. D. 1977. Economic growth and climate: The carbon dioxide problem. *Am. Econ. Rev.* 67:341–46
123. Meadows, D. H., Meadows, D. L., Randers, J., Behrens, W. W. III. 1972. *The Limits to Growth.* New York: Universe Books. 241 pp.
124. Kahn, H., Brown, W., Martel, L. 1976. *The Next 200 Years: A Scenario for America and the World.* New York: Morrow. 241 pp.
125. Holdren, J. P. 1975. Energy and prosperity. *Bull. Atom. Sci.* Jan.: 26–28
126. Morris, M. D., Liser, F. B. 1977. The PQLI: Preliminary Progress in meeting human needs. In *Communique on Development Issues,* Overseas Devel. Council, No. 32, 10 pp.
127. Brown, H. 1977. Relating the PQLI to other factors. *Intnatl. Devel. Rev.* 19:36–37
128. Schneider, S. H. 1979. Comparative Risk Assessment of Energy Systems. *Energy—The International Journal.* 4:919–31
129. See Ref. 75, Panel IV report
130. Schneider, S. H., Morton, L. 1981. *The Primordial Bond: Exploring Connections Between Man and Nature Through the Humanities and the Sciences.* New York: Plenum. In press
131. Kopec, R. J. 1971. Global climate change and the impact of a maximum sea level on coastal development *J. Geog.* 70:541–50

NOTE ADDED IN PROOF   The authors have become aware of a study which examines a rise of 100m due to a hypothetical melting of all glacial ice (131).