UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LETITIA JAMES, et al.,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00168-BKS-DJS |

**NOTICE OF MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying motion and attached exhibits, *amici curiae* United States Senators Sheldon Whitehouse and Kirsten Gillibrand, by their undersigned counsel, will move this Court, before the Honorable Brenda K. Sannes, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York 12207, at a date and time to be designated by the Court, for leave to file a brief as *amici curiae* in support of Defendants' motion for summary judgment and in opposition to Plaintiffs' motions for summary judgment, pursuant to the United States District Court for the Northern District of New York's Local Rule 7.2, and for such other and further relief as the Court may deem just and proper.

1

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted,<br><br>/s/Christophe Courchesne<br>Christophe Courchesne*<br>Associate Professor and Director<br>ENVIRONMENTAL ADVOCACY CLINIC<br>Vermont Law and Graduate School<br>P.O. Box 96<br>164 Chelsea St.<br>South Royalton, VT 05068<br>(802) 831-1630<br>ccourchesne@vermontlaw.edu<br><br>*Counsel for Amici Curiae United States Senators*<br><br>*Motion for Limited Appearance*<br>*Pro Hac Vice Pending* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 22, 2025               */s/ Christophe Courchesne*
                                                                Christophe Courchesne
                                                                Counsel for Amici Curiae