# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., *Plaintiffs,* v. LETITIA JAMES, et al., *Defendants.* | Civil Action No. 1:25-cv-00168-BKS-DJS |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.2(b) and the accompanying notice of motion, United States Senators Sheldon Whitehouse and Kirsten Gillibrand ("Proposed Amici") respectfully move for leave to file a brief as *amici curiae* in the above-captioned action in support of Defendants' motion for summary judgment and in opposition to Plaintiffs' motions for summary judgment. The proposed amicus brief and a proposed order granting the motion are attached as exhibits to this motion. In support of the motion, Proposed Amici state as follows:

1.  "A district court has broad discretion to grant or deny an appearance as amicus curiae in a given case." *Pratt v. Indian River Cent. Sch. Dist.*, No. 7:09-CV-0411, 2010 WL 11681606, at *2 (N.D.N.Y. Dec. 6, 2010) (citation omitted). "An amicus brief should normally be allowed … when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* at *3 (quotation marks omitted).

2.  Senator Sheldon Whitehouse of Rhode Island is the ranking member of the Senate Environment and Public Works Committee, which has jurisdiction over the Clean Air Act and

1

federal environmental policy. Senator Whitehouse has long worked at both domestic and global levels to address the harms of climate change. He was the sole representative of the U.S. federal government to attend the United Nations' 30th Conference of Parties in Belém, Brazil.

3. Senator Kirsten Gillibrand is the junior Senator from New York and represents over 19 million New Yorkers in the United States Senate. She has long worked to protect the health and safety of her constituents from the effects of climate change.

4. As United States Senators, Proposed Amici bring unique perspectives to the legal issues before the Court in this case. Proposed Amici have a strong interest in maintaining an appropriate constitutional balance of power between federal and State governments and a deep understanding of the preemptive effects of federal statutes and federal foreign policy as expressed by Congress.

5. Based on these unique perspectives, Proposed Amici's brief explains that, under the relevant standards for federal preemption, neither the Clean Air Act nor federal foreign policy preempt New York's Climate Change Superfund Act.

6. Because preemption is relevant to the Court's decision on the pending motions for summary judgment, the Proposed Amici's brief will be helpful to the Court.

7. The proposed amicus brief complies with the length limitation and other requirements of Local Rule 7.2.

8. Accordingly, Proposed Amici respectfully request that the Court grant their motion for leave to file the accompanying brief as *amici curiae*.

### LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERRAL

In accordance with Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for the Plaintiff States and associated Plaintiffs and for Defendants consented to the motion, and counsel for the other Plaintiffs indicated they do not oppose the motion.

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted,<br><br>/s/Christophe Courchesne<br>Christophe Courchesne*<br>Associate Professor and Director<br>ENVIRONMENTAL ADVOCACY CLINIC<br>Vermont Law and Graduate School<br>P.O. Box 96<br>164 Chelsea St.<br>South Royalton, VT 05068<br>(802) 831-1630<br>ccourchesne@vermontlaw.edu<br><br>*Counsel for Amici Curiae United States Senators*<br><br>**Motion for Limited Appearance*<br>*Pro Hac Vice Pending* |

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 22, 2025                                                */s/ Christophe Courchesne*
                                                                                       Christophe Courchesne
                                                                                       Counsel for Amici Curiae