UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., *Plaintiffs,* v. LETITIA JAMES, et al., *Defendants.* | Civil Action No. 1:25-cv-00168-BKS-DJS |

### [PROPOSED] ORDER

Upon review of the motion for leave to file an amicus brief, and accompanying exhibits, submitted to this Court pursuant to Local Rule 7.2, filed by *amici curiae* United States Senators Sheldon Whitehouse and Kirsten Gillibrand, the Court hereby **GRANTS** leave for Amici to file the proposed amicus brief.

It is hereby ORDERED, that Amici should file the amicus brief attached to their motion on the docket within two (2) business days.

SO-ORDERED:
DATED:

_____
United States District Judge