# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LETITIA JAMES, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-168 (BKS/DJS) |

## NOTICE OF UNOPPOSED MOTION FOR
## LEAVE TO FILE AMICUS CURIAE BRIEF

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law submitted in support of this motion, West Harlem Environmental Action, Inc., Black Farmers United-New York State, Inc., Citizens Campaign for the Environment, and Catskill Mountainkeeper move this Court, before the Honorable Daniel J. Stewart, U.S. Magistrate Judge, for an order granting their motion for leave to file an amicus curiae brief pursuant to Local Rule 7.2.

Defendants and the State Plaintiffs consent to the filing of the amicus brief, and the remaining Plaintiffs do not oppose. The proposed amicus brief, a proposed order, and a corporate disclosure statement accompany this filing.

Dated: December 22, 2025

Respectfully submitted,

/s/ Michelle Wu
Michelle Wu (NDNY Bar No. 706205)
Mitchell S. Bernard (NDNY Bar No. 104409)
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
(646) 889-1489
michellewu@nrdc.org
mbernard@nrdc.org

/s/ Dror Ladin
Dror Ladin (NDNY Bar No. 705171)
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(917) 410-8701
dladin@earthjustice.org

*Counsel for West Harlem Environmental Action, Inc., Black Farmers United-New York State, Inc., Citizens Campaign for the Environment, and Catskill Mountainkeeper*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Court's CM/ECF system on December 22, 2025, which will serve all counsel of record in this matter.

                                                    /s/ Michelle Wu