UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

-------------------------------------------------------------- x

STATE OF WEST VIRGINIA, et al.,

              *Plaintiffs*,

v.

LETITIA JAMES, in her official capacity as the
Attorney General of New York, et al.,

              *Defendants*.

-------------------------------------------------------------x

Case No.: 1:25-cv-00168-BKS-DJS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alice R. Baker, an attorney with the Corporation Counsel's office of the City of New York, 100 Church Street, New York, NY 10007, hereby enters her appearance as attorney for the City of New York as amicus curiae in the above-captioned matter.

Dated: December 23, 2025

                                        Respectfully submitted,

                                        MURIEL GOODE-TRUFANT
                                        *Corporation Counsel*
                                        *of the City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        212-356-1000

                       By:    */s/ Alice R. Baker*
                                ALICE R. BAKER
                                *Senior Counsel*
                                NDNY Bar No. 519438
                                albaker@law.nyc.gov
                                (212) 356-2314