# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
### ALBANY DIVISION

------------------------------------------------------------ x

STATE OF WEST VIRGINIA, et al.,

*Plaintiffs*,    Case No.: 1:25-cv-00168-BKS-DJS

v.    **NOTICE OF MOTION**

LETITIA JAMES, in her official capacity as the
Attorney General of New York, et al.,

*Defendants*.

------------------------------------------------------------x

PLEASE TAKE NOTICE THAT the City of New York respectfully moves for leave to file the accompanying brief as amicus curiae in support of LETITIA JAMES, in her official capacity as the Attorney General of New York, AMANDA LEFTON, in her official capacity as Acting Commissioner of the New York State Department of Environmental Conservation, and AMANDA HILLER, in her official capacity as the Acting Tax Commissioner of the New York State Department of Taxation and Finance's (collectively "Defendants") opposition to Plaintiffs' motions for summary judgment in West Virginia, et al. (Docket No. 25-00168) and the in Chamber of Commerce, et al. (Docket No. 25-1307) and in support of Defendants' cross-motion for summary judgment in both matters. A copy of the proposed amicus brief is attached as Exhibit 1 to this motion. A Proposed Order is attached as Exhibit 2. Defendants consent to the filing of this motion and the attached amicus brief. The Chamber of Commerce, et al. Plaintiffs do not oppose this motion. The City of New York contacted the West Virginia, et al. Plaintiffs to obtain their consent to the filing of this motion but has not received a response.

For the reasons set forth in the accompanying memorandum of law, the motion should be granted.

Dated: December 23, 2025                          Respectfully submitted,

                                                  MURIEL GOODE-TRUFANT
                                                  *Corporation Counsel*
                                                  *of the City of New York*
                                                  100 Church Street
                                                  New York, New York 10007
                                                  212-356-1000

                                     By:     */s/ Alice R. Baker*
                                                  ALICE R. BAKER
                                                  *Senior Counsel*
                                                  NDNY Bar No. 519438
                                                  albaker@law.nyc.gov
                                                  (212) 356-2314