UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

------------------------------------------------------------ x

WEST VIRGINIA, et al.,

                              *Plaintiffs*,        Case No.: 1:25-cv-00168-BKS-DJS

     v.

LETITIA JAMES, in her official capacity as the
Attorney General of New York, et al.,

                             *Defendants*.

------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING MOTION OF THE CITY OF NEW YORK TO FILE AN AMICUS BRIEF

Upon consideration of the unopposed motion for leave to file an amicus curiae brief by the City of New York and accompanying papers, it is hereby ORDERED that the motion is GRANTED.

SO ORDERED:

DATED this ___ day of _____, 2025.