**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

STATE OF WEST VIRGINIA, et al.,

*Plaintiffs*,

v.

LETITIA JAMES, et al.,

*Defendants*.

Civil Action No. 1:25-cv-00168-BKS-DJS

**NOTICE OF PLAINTIFFS CHAMBER OF COMMERCE OF THE UNITED STATES
OF AMERICA, AMERICAN PETROLEUM INSTITUTE, NATIONAL MINING
ASSOCIATION, AND THE BUSINESS COUNCIL OF NEW YORK STATE, INC.'S
MOTION TO STRIKE THE DECLARATIONS OF JUSTIN MANKIN,
<u>DON FULLERTON, AND HAROLD KOH</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 56 and Federal

Rules of Evidence 401, 402, and 702(a), and in accord with this Court's Order, ECF 243, upon the

accompanying memorandum of law, Plaintiffs will move this Court at the United States

Courthouse, James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York,

13261, before the Honorable Brenda K. Sannes at a date and time to be designated by the Court,

for an Order striking as inadmissible the declarations of Justin Mankin, ECF 230-5, Don Fullerton,

ECF 230-2, and Harold Koh, ECF 230-8. Dr. Mankin's, Dr. Fullerton's, and Professor Koh's

declarations should be stricken under Federal Rules of Evidence 401, 402, and 702(a) because they

are improper evidence for resolving the cross-motions for partial summary judgment presently

before the Court.

Dated: February 13, 2026

Respectfully submitted,

/s/ Steven P. Lehotsky

Jennifer B. Dickey*
Kevin R. Palmer*
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337

*Counsel for Plaintiff the Chamber of Commerce of the United States of America*

Steven P. Lehotsky*
Scott A. Keller*
Michael B. Schon*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
  Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: steve@lkcfirm.com
Email: scott@lkcfirm.com
Email: mike@lkcfirm.com

Ryan Meyers*
American Petroleum Institute
200 Massachusetts Avenue, NW,
  Suite 1200
Washington, DC 20001
Telephone: (202) 682-8000

*Counsel for Plaintiff American Petroleum Institute*

Andrew B. Davis*
LEHOTSKY KELLER COHN LLP
750 Rialto Blvd.
  Suite 1-250
Austin, TX 78735
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: andrew@lkcfirm.com

Tawny Bridgeford*
National Mining Association
101 Constitution Avenue, NW
Washington, DC 20001
Telephone: (202) 463-2629

*Counsel for Plaintiff National Mining Association*

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: jared@lkcfirm.com

Heather Briccetti Mulligan*
The Business Council of New
York State, Inc.
111 Washington Avenue,
  Suite 400
Albany, NY
Telephone: (518) 465-7511

*Counsel for Plaintiff The Business Council of New York State, Inc.*

Meredith R. Pottorff*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: meredith@lkcfirm.com

*admitted pro hac vice*

Yvonne E. Hennessey
Richard S. Hartunian
Barclay Damon LLP
80 State Street
Albany, NY 12207
Telephone: (518) 429-4293
Email: YHennessey@barclaydamon.com
Email: RHartunian@barclaydamon.com

*Counsel for Plaintiffs the Chamber of Commerce of the United States of America, American Petroleum Institute, National Mining Association, and The Business Council of New York State, Inc.*

**Certificate of Service**

I, Steven P. Lehotsky, certify that on February 13, 2026, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Steven P. Lehotsky*

Steven P. Lehotsky