

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

<u>Via CM/ECF</u>                                                                          March 20, 2026

The Honorable Brenda K. Sannes
Chief U.S. District Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

Re:     *West Virginia v. James, No. 1:25-cv-00168-BKS-DJS*

Dear Judge Sannes:

Defendants in this action (together, "New York") write to request leave to include supplemental arguments in their reply brief in support of their cross-motion for partial summary judgment, which is due March 27, 2026 and an extension of the page limit for the reply brief from 25 to 40 pages solely to address those arguments. Plaintiffs in *Chamber of Commerce of the United States of America v. James* (the "Chamber") and in *West Virginia v. James* ("West Virginia") consent to the request, subject to the Court also granting them leave to submit a supplemental brief, not to exceed 15 pages and limited to addressing the matters identified in this letter by April 10.

New York seeks to make supplemental arguments to address two recent matters:

- The Environmental Protection Agency's February 18, 2026 rescission of its 2009 determination that greenhouse gases endanger public health and welfare and its repeal of the greenhouse gas emission standards for motor vehicles, effective April 20, 2026. 91 Fed. Reg. 7686.
- The United Nations' February 27, 2026 determination that the United States' withdrawal from the United Nations Framework Convention on Climate Change will take effect on February 27, 2027. https://treaties.un.org/doc/Publication/CN/2026/CN.102.2026-Eng.pdf

With respect to the first matter, New York would discuss the inconsistency between EPA's conclusion that the Clean Air Act does not authorize it to regulate greenhouse gas emissions from motor vehicles, *e.g.,* 91 Fed. Reg. at 7710, and

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8446 ● FAX (212) 416-6007 ● WWW.AG.NY.GOV
Writer's Direct Phone: (212) 416-8460 ● E-mail Address:sabita.krishnan@ag.ny.gov

arguments made by the Chamber and West Virginia that the Clean Air Act preempts New York's Climate Change Superfund Act (the "Climate Act") because the Clean Air Act "establishes a comprehensive scheme for regulating air pollutants—including greenhouse gases—across the United States." Chambers Mem. of Law in Supp. of Mot. for Summ. J. at 19, ECF 216-1; *see also* West Virginia Mem. of Law in Supp. of Mot. for Summ. J (WV Br.) at 41, ECF 217-1.

With respect to the second matter, the brief would address the inconsistency between the United States' withdrawal from the UN Framework Convention and arguments made by West Virginia, the Chamber and the United States, in its Statement of Interest, including arguments that the Climate Act intrudes on the federal government's foreign affairs power by passing diplomatic channels the United States utilizes such as the UN Framework Convention, WV Br. at 37; United States Statement of Interest at 8, ECF 222, and "with the United States' decision about whether and how to join treaties." Chambers Rep Mem. of Law in Supp. of Mot. for Summ. J. at 24, ECF 248

Accordingly, New York respectfully requests (1) leave to address the supplemental arguments identified in this letter in its reply brief; (2) an extension of the page limit for the reply brief from 25 to 40 pages solely to address those issues; and (3) leave for West Virginia and the Chamber to submit supplemental briefs, not to exceed 15 pages and limited to addressing the matters identified in this letter by April 10.

Respectfully,

By:*/s/ Sabita Krishnan*
Sabita Krishnan
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-8460
E-mail: sabita.krishnan@ag.ny.gov