**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW YORK
ALBANY DIVISION**

| | |
|---|---|
| **STATE OF WEST VIRGINIA**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**LETITIA JAMES**, in her official capacity as the Attorney General of New York, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-00168-BKS-DJS |

## <u>NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD</u>

Pursuant to Local Rule 11.1(b), Victor B. Maddox respectfully notifies the Court and all parties that he hereby withdraws as counsel for the Plaintiff Commonwealth of Kentucky. In support, Mr. Maddox states that he will no longer be employed by the Kentucky Office of the Attorney General effective April 1, 2026. The Commonwealth of Kentucky has consented to this withdrawal and will continue to be represented by Jason Woodall, who has previously entered his appearance in this matter.

RUSSELL COLEMAN
ATTORNEY GENERAL OF KENTUCKY

1

/s/ *Victor B. Maddox*
Victor B. Maddox (KBA No. 43095)**
Jason P. Woodall (KBA No. 95013)**
Kentucky Office of the Attorney General
310 Whittington Parkway, Suite 101
Louisville, KY 40222
(502) 696-5300
Victor.Maddox@ky.gov
Jason.Woodall@ky.gov
Counsel for Commonwealth of Kentucky

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of New York through the CM/ECF system, which will send a Notice of Electronic Filing to registered CM/ECF participants.

March 27, 2026                                  /s/*Victor B. Maddox*
                                               Counsel for Commonwealth of Kentucky

2