LEHOTSKY KELLER COHN LLP

200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

April 1, 2026

**VIA CM/ECF**

The Honorable Brenda K. Sannes
Chief Judge
U.S. District Court
Northern District of New York
P.O. Box 7336
Syracuse, NY 13261

      RE:    *West Virginia v. James*, No. 1:25-cv-00168-BKS-DJS

Dear Chief Judge Sannes:

Plaintiffs the Chamber of Commerce of the United States of America, American Petroleum Institute, National Mining Association, and The Business Council of New York State, Inc. (collectively, "Plaintiffs"), respectfully request a seven-day extension of their deadline to file a reply in support of their motion to strike. ECF 250. Defendants consent to this request.

The current deadline for Plaintiffs' reply is Friday, April 3. ECF 243. Plaintiffs request an extension to Friday, April 10.

There is good cause for the requested extension. Due to out-of-state travel for a motions hearing on Monday, March 30, Plaintiffs' counsel needs additional time to complete the reply in support Plaintiffs' motion to strike. And no party will be prejudiced by this extension. Per this Court's order, ECF 252, Plaintiffs will already be filing a surreply addressing supplemental arguments in Defendants' reply in support of their motion for summary judgment on April 10. An extension of the deadline to file Plaintiffs' reply in support of their motion to strike would allow Plaintiffs to file both briefs on the same day.

                      Respectfully submitted,

                      */s/ Steven P. Lehotsky*
                      Steven P. Lehotsky

cc: (by CM/ECF, N.D.N.Y.): All counsel of record.