

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

June 15, 2026

<u>Via CM/ECF</u>
The Honorable Brenda K. Sannes
Chief U.S. District Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

    Re:   *West Virginia v. James,* No. 1:25-cv-00168-BKS-DJS;
          *Chamber of Commerce of the United States of America v. James,*
          No. 1:25-cv-01307-BKS-DJS

Dear Chief Judge Sannes:

    Our office represents defendants Attorney General Letitia James, Commissioner Amanda Lefton, and Acting Commissioner Amanda Hiller (together, "New York") in the above-referenced actions. Last Friday, the Court scheduled oral argument on the parties' motions for summary judgment and motions to strike for July 7 at 10:00 a.m. New York would like to respectfully inquire whether the Court can adjourn the oral argument to the week of July 13 because of previously scheduled vacation plans of one of the lawyers that will argue for New York. Counsel for *West Virginia* plaintiffs consent to that adjournment and counsel for *Chamber of Commerce* plaintiffs consent to the adjournment but are available to argue that week only on July 15, 16, or 17.

            Respectfully,

            By: */s/ Sabita Krishnan*
               Sabita Krishnan
               Assistant Attorney General
               Office of the New York State Attorney General
               28 Liberty Street
               New York, New York 10005
               Telephone: (212) 416-8460
               E-mail: sabita.krishnan@ag.ny.gov