

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environment and Natural Resources Division*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 532-5139*
*Email: Ian.Swenson@usdoj.gov*

VIA CM/ECF                                                                July 14, 2026

The Honorable Brenda K. Sannes
Chief United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

      Re:   United States' Request for Allotment of Oral Argument Time
           *West Virginia, et al. v. James, et al.*, No. 1:25-cv-00168-BKS-DJS

Dear Chief Judge Sannes:

The United States requests a brief allotment of oral argument time at the motions hearing set for July 30, 2026. Last November, the United States filed a statement of interest as authorized by 28 U.S.C. § 517. *See* Dkt. 222. As explained in that statement of interest, "[t]his case presents important questions about whether the federal Constitution and Clean Air Act preclude New York's Climate Change Superfund Act" and this case therefore "directly implicates the United States' sovereign interest in the supremacy of federal law and the proper division of power between the national government and the states." *Id.* at 1. Indeed, because New York's Climate Superfund Act undermines federal interests and is preempted by federal law, the United States has filed a parallel lawsuit challenging the Act in the Southern District of New York. *See United States v. New York*, 1:25-cv-03656-PKC (S.D.N.Y.). The United States has also filed suit challenging Vermont's similar Climate Superfund Act. *See United States v. Vermont*, 2:25-cv-00463-MKL (D. Vt.). Hearing the United States' views may assist the Court in the resolution of this case, which directly affects the United States' sovereign interests. *See* Dkt. 222.

The United States also requests to be heard on Defendants' Motion to Strike, which attacks the United States' Statement of Interest. *See* Dkt. No. 229. Because "New York seeks to regulate global greenhouse gas emissions" the Climate Superfund Act "intrudes into the field of foreign affairs" and "conflicts with the express foreign policy of the United States," which "has long opposed the establishment of liability and compensation schemes at the international level." Dkt. No. 222 at 6-11. The United States' statement of interest includes a declaration from Deputy Secretary of State Christopher Landau, who serves as "the principal deputy, adviser, and alter ego to the Secretary of State" and who explains the foreign policy problems created by New York's Climate Superfund Act. Dkt. No. 222-1. Defendants moved to strike portions of the Landau Declaration, *see* Dkt. No. 229, and the United States opposed Defendants' Motion to Strike, *see* Dkt. 245. If the Court hears argument from Defendants on their Motion to Strike on July 30, the United States requests the opportunity to be heard as well.

The parties have met and conferred regarding the United States' request for oral argument time.  None of the Plaintiffs oppose the United States' request.  Defendants oppose the United States' request and intend to submit a letter response.

Respectfully submitted,

*/s/ Ian M. Swenson*
Ian M. Swenson
Counsel
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530
(202) 532-5139
Ian.Swenson@usdoj.gov