

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

July 27, 2026

BY CM/ECF
The Honorable Brenda K. Sannes
Chief U.S. District Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

     Re:  *West Virginia v. James,* No. 1:25-cv-00168-BKS-DJS
        *Chamber of Commerce of the United States of America v. James*,
        No. 1:25-cv-01307-BKS-DJS

Dear Chief Judge Sannes:

  In light of the Court's recent text order, ECF 300, New York respectfully proposes that, at the July 30 hearing in these actions, the parties first argue the cross-motions for summary judgment and then address the motions to strike. New York has conferred with the plaintiffs prior to submitting this request. The *West Virginia* plaintiffs join in this request, and the *Chamber* plaintiffs do not oppose this request.

       Respectfully,

       By: ***/s/ Ayah F. Badran***
        Ayah F. Badran (Bar No. 706184)
        Assistant Attorney General
        Office of the New York State Attorney General
        Environmental Protection Bureau
        The Capitol
        Albany, NY 12224
        (518) 776-2394
        Email: ayah.badran@ag.ny.gov