**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

**STATE OF WEST VIRGINIA**, *et al.*,

*Plaintiffs*,

v.

**LETITIA JAMES**, in her official capacity as the Attorney General of New York, *et al.*,

*Defendants.*

Civil Action No. 1:25-cv-00168-BKS-DJS

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 11.1(b), please take notice that William E. Trachman, counsel for Gas and Oil Association of West Virginia, Inc. (GO-WV), hereby withdraws his appearance for GO-WV in this matter. Mr. Trachman is leaving the law firm of Mountain States Legal Foundation to assume another position. GO-WV has been notified and will continue to be represented by other counsel who have already appeared for GO-WV in this matter: Kole W. Kelley.

*/s/William E. Trahcman*
William E. Trachman*
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
wtrachman@mslegal.org
*Attorney for GO-WV*

**Admitted Pro Hac Vice*

IT IS SO ORDERED:

Daniel J. Stewart
U.S. Magistrate Judge

Dated: August 11, 2026
Albany, NY