**U.S. Department of Justice**

Environment and Natural Resources Division

***Environment and Natural Resources Division***
***950 Pennsylvania Ave. N.W.***
***Washington, DC 20530***

***Telephone (202) 532-5139***
***Email: Ian.Swenson@usdoj.gov***

VIA CM/ECF

August 24, 2026

The Honorable Brenda K. Sannes
Chief United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

Re: United States' Request to Use the July 30 Motions Hearing Transcript
*West Virginia, et al. v. James, et al.*, No. 1:25-cv-00168-BKS-DJS

Dear Chief Judge Sannes:

The United States requests to use the transcript of the July 30 motions hearing as an exhibit to a filing in *United States v. New York*, No. 1:25-cv-03656 (S.D.N.Y.), a related case pending in the Southern District of New York, prior to the expiration of the 90-day bar for public use of the transcript. The State of New York, the State Plaintiffs, and the Chamber of Commerce Plaintiffs consent to the United States' request to use the transcript of the July 30 motions hearing.

Respectfully submitted,

/s/ *Ian M. Swenson*

Ian M. Swenson
Counsel
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530
(202) 532-5139
Ian.Swenson@usdoj.gov