**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al.,<br>*Plaintiffs*,<br>v.<br>LETITIA JAMES, in her official capacity as the Attorney General of New York, et al.,<br>*Defendants.* | No. 1:25-cv-00168-BKS-DJS<br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants, LETITIA JAMES, in her official capacity as the Attorney General of New York, AMANDA LEFTON, in her official capacity as Commissioner of the New York State Department of Environmental Conservation, and AMANDA HILLER, in her official capacity as the Acting Tax Commissioner of the New York State Department of Taxation and Finance, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment pursuant to Fed. R. Civ. P. 54(b) of the district court entered in this matter on September 24, 2026, ECF No. 321.

Dated: October 23, 2026
New York, New York

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

By*:* */s Sabita Krishnan*
Sabita Krishnan
Assistant Attorney General
Office of the New York State Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

Telephone: (212) 416-8460
E-mail: sabita.krishnan@ag.ny.gov

Monica Wagner
Deputy Bureau Chief

Laura Mirman-Heslin
Joya Sonnenfeldt
Assistant Attorneys General
Office of the New York State Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8184

Ayah F. Badran (Bar No. 706184)
Assistant Attorney General
Office of the New York State Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2394